# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form16instructions.pdf

**9th Cir. Case Number(s)**  25-2935

**Case Name**  Epic Games, Inc. v. Apple Inc.

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

> Apple seeks a partial stay pending appeal of the new injunction imposed by the district court's order entered on April 30, 2025. Apple specifically seeks a stay of the prohibitions on (1) charging any commission or fee for transactions made through external purchase links, and (2) setting any conditions on the language or placement of links or other references to external purchase options.

Relief is needed no later than *(date)*: May 28, 2025

The following will happen if relief is not granted within the requested time:

> The district court's order is already in effect. The permanent injunction fundamentally changes Apple's business and creates destabilizing effects for hundreds of millions of consumers on the App Store platform. For the reasons discussed in Apple's stay motion and supporting declaration, Apple seeks immediate relief from this Court to prevent irreparable harm.

I could not have filed this motion earlier because:

> The district court's 80-page order was entered on April 30. Apple is filing the emergency motion for partial stay seven days later. Apple is concurrently filing a motion to expedite the briefing and oral argument schedule for its merits appeal.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

I requested this relief in the district court or other lower court: ○ Yes  ● No

If not, why not:

> The district court's order stated that "[t]he Court will not entertain a request for a stay." (D.C. Dkt. 1508, at 76). Because the district court preemptively denied a stay, filing a stay motion before the district court was impracticable within the meaning of Fed. R. App. P. 8(a).

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ● Yes  ○ No

If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: May 7, 2025

By *(method)*: Email

Position of other parties: Opposed

Name and best contact information for each counsel/party notified:

> Gary Bornstein
> Cravath, Swaine & Moore LLP
> Two Manhattan West
> 375 Ninth Avenue, New York, NY 10001
> (212) 474-1000
> gbornstein@cravath.com

I declare under penalty of perjury that the foregoing is true.

**Signature** s/ Mark A. Perry  **Date** May 7, 2025

(use "s/[typed name]" to sign electronically-filed documents)

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*