# EXHIBIT C

| | |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **NORTHERN DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| **EPIC GAMES, INC.,** | Case No. 4:20-cv-05640-YGR |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| **APPLE INC.,** | |
| Defendant. | |
| **AND RELATED COUNTERCLAIM** | |

This action came to trial before the Court. The issues have been tried and a decision rendered on September 10, 2021. The Court having granted in part and denied in part the claims asserted, it is **ORDERED, ADJUDGED AND DECREED** that, in compliance with the Findings of Fact and Conclusions of Law, **JUDGMENT IS HEREBY ENTERED**:

On the complaint, in favor of plaintiff Epic Games, Inc. on the Tenth Count for violation of California's Unfair Competition Law (with a separate injunction issuing herewith) and in favor of defendant Apple, Inc. on all other counts;

On the counterclaim, in favor of Apple on the counterclaim for breach of contract. Epic Games shall pay (1) damages in an amount equal to (i) 30% of the $12,167,719 in revenue Epic Games collected from users in the *Fortnite* app on iOS through Epic Direct Payment between August and October 2020, plus (ii) 30% of any such revenue Epic Games collected from November 1, 2020 through the date of judgment, and interest according to law. The second and third counts are denied as moot. The claim for declaratory judgment is granted in part as set forth therein.

Each party shall bear its own costs of the action.

The Clerk of the Court shall enter this judgment.

**IT IS SO ORDERED.**

Dated: September 10, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**