CYNTHIA E. RICHMAN (D.C. Bar No. 492089; *pro hac vice*)
  crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone:  202.955.8500
Facsimile:  202.467.0539

MARK A. PERRY, SBN 212532
  mark.perry@weil.com
JOSHUA M. WESNESKI (D.C. Bar No. 1500231; *pro hac vice*)
  joshua.wesneski@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone:  202.682.7000
Facsimile:  202.857.0940

Attorneys for Defendant APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| EPIC GAMES, INC. | Case No. 4:20-cv-05640-YGR |
| Plaintiff, Counter-defendant | **AMENDED NOTICE OF APPEAL** |
| v. | |
| APPLE INC., | The Honorable Yvonne Gonzalez Rogers Courtroom 1, 4th Floor |
| Defendant, Counterclaimant | |

AMENDED NOTICE OF APPEAL                                    CASE NO. 4:20-CV-05640-YGR

1   Notice is hereby given that Apple Inc., Defendant and Counterclaimant in the above-captioned

2   case, appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Epic

3   Games, Inc.'s Motion to Enforce Injunction and all rulings contained therein, entered on April 30, 2025

4   (Dkt. 1508), and all orders leading to or related to that order, including but not limited to the Court's

5   rulings on the application of the attorney-client privilege and work-product doctrine.

6   Plaintiff Epic Games, Inc. previously noticed an appeal from the final judgment, which was dock-

7   eted as No. 21-16506 in the Ninth Circuit.

8   Defendant Apple Inc. previously noticed an appeal from the final judgment, which was docketed

9   as No. 21-16695 in the Ninth Circuit.

10

11   Dated: May 5, 2025                          Respectfully submitted,

12                                               By: */s/* Mark A. Perry
                                                 Mark A. Perry
13                                               WEIL, GOTSHAL & MANGES LLP

14                                               Attorney for Apple Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

AMENDED NOTICE OF APPEAL                                     CASE NO. 4:20-CV-05640-YGR

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Apple Inc.

Name(s) of counsel (if any):

Mark A. Perry, Weil, Gotshal & Manges LLP

Address: 2001 M Street NW, Suite 600, Washington, DC 20036

Telephone number(s): (202) 682-7000

Email(s): mark.perry@weil.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⊙ Yes    ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Epic Games, Inc.

Name(s) of counsel (if any):

Gary A. Bornstein, Cravath, Swaine & Moore LLP

Address: 375 Ninth Avenue, New York, New York 10001

Telephone number(s): (212) 474-1000

Email(s): gbornstein@cravath.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Apple Inc.

Name(s) of counsel (if any):

Joshua M. Wesneski, Weil, Gotshal & Manges LLP

Address:  2001 M Street NW, Suite 600, Washington, DC 20036

Telephone number(s):  (202) 682-7000

Email(s):  joshua.wesneski@weil.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ⦿ Yes  ○ No

**Appellees**

Name(s) of party/parties:

Epic Games, Inc.

Name(s) of counsel (if any):

Yonatan Even, Cravath, Swaine & Moore LLP

Address:  375 Ninth Avenue, New York, New York 10001

Telephone number(s):  (212) 474-1000

Email(s):  yeven@cravath.com

Name(s) of party/parties:

Epic Games, Inc.

Name(s) of counsel (if any):

Lauren A. Moskowitz, Cravath, Swaine & Moore LLP

Address:  375 Ninth Avenue, New York, New York 10001

Telephone number(s):  (212) 474-1000

Email(s):  lmoskowitz@cravath.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *2*                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Apple Inc.

Name(s) of counsel (if any):

Cynthia E. Richman, Gibson, Dunn & Crutcher LLP

Address: 1700 M Street, N.W., Washington, DC 20036-4504

Telephone number(s): (202) 955-8500

Email(s): crichman@gibsondunn.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ◉ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Epic Games, Inc.

Name(s) of counsel (if any):

Justin C. Clarke, Cravath, Swaine & Moore LLP

Address: 375 Ninth Avenue, New York, New York 10001

Telephone number(s): (212) 474-1000

Email(s): jcclarke@cravath.com

Name(s) of party/parties:

Epic Games, Inc.

Name(s) of counsel (if any):

Michael J. Zaken, Cravath, Swaine & Moore LLP

Address: 375 Ninth Avenue, New York, New York 10001

Telephone number(s): (212) 474-1000

Email(s): mzaken@cravath.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                        *2*                        *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Epic Games, Inc.

Name(s) of counsel (if any):

M. Brent Byars, Cravath, Swaine & Moore LLP

Address: 375 Ninth Avenue, New York, New York 10001

Telephone number(s): (212) 474-1000

Email(s): mbyars@cravath.com

Name(s) of party/parties:

Epic Games, Inc.

Name(s) of counsel (if any):

Paul J. Riehle, Faegre Drinker Biddle & Reath LLP

Address: Four Embarcadero Center, San Francisco, CA  94111

Telephone number(s): (415) 591-7500

Email(s): paul.riehle@faegredrinder.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*