# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form16instructions.pdf

**9th Cir. Case Number(s)** | 25-2935

**Case Name** | Epic Games, Inc. v. Apple Inc.

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

> Epic Games seeks for Apple's emergency motion for a partial stay (Case No. 25-2935, Dkt. 7) and Apple's underlying appeal to be decided by the same panel that heard a prior appeal brought by Apple in this matter, Case No. 21-16695.

Relief is needed no later than *(date)*: May 28, 2025

The following will happen if relief is not granted within the requested time:

> If the motion to assign is not decided before a decision on Apple's emergency stay motion (Dkt. 7), then Epic's motion for assignment to the prior panel would be rendered partially moot. Apple has requested relief on its stay motion by no later than May 28, 2025. For the reasons stated in Epic's unopposed emergency motion to assign, Epic respectfully requests that this Court assign Apple's motion to stay to the prior panel before that motion is decided by a different panel.

I could not have filed this motion earlier because:

> Apple's motion to stay the Injunction and motion to expedite the briefing were filed on May 7, 2025. Epic promptly requested Apple's position on the filing of the motion to assign on May 9, 2025. Apple informed Epic it would take no position on the filing of the motion to assign on May 10, 2025. Epic is filing this motion the earliest court day thereafter.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 16**                                    *1*                              *Rev. 11/21/2019*

I requested this relief in the district court or other lower court:  ○ Yes  ● No

    If not, why not:

> The requested relief could not be decided by the district court.

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ● Yes  ○ No

    If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

    On *(date)*: May 9, 2025

    By *(method)*: Email

    Position of other parties: Unopposed

    Name and best contact information for each counsel/party notified:

> Mark A. Perry
> Weil, Gotshal & Manges LLP
> 2001 M Street NW, Suite 600
> Washington, DC 20036
> mark.perry@weil.com
> (202) 682-7511

I declare under penalty of perjury that the foregoing is true.

**Signature**  /s/ Gary A. Bornstein          **Date**  May 12, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 16**          2          *Rev. 11/21/2019*