No. 25-2935

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

EPIC GAMES, INC.,
*Plaintiff – Appellee*
v.

APPLE INC., et al.,
*Defendant – Appellant*

On Appeal from the United States District Court for the
Northern District of California (Hon Yvonne Gonzalez Rogers)
No. 4:20-cv-05640-YGR

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* THE
INTERNATIONAL CENTER FOR LAW & ECONOMICS IN SUPPORT
OF APPELLANT'S MOTION FOR PARTIAL STAY PENDING APPEAL**

Sara T. Schneider (SBN: 298103)
ARENTFOX SCHIFF LLP
555 South Flower Street, 43rd Fl.
Los Angeles, CA 90071
Tel.:            (213) 629-7400
*Email:*      [sara.schneider@afslaw.com](mailto:sara.schneider@afslaw.com)
*Counsel for Amicus Curiae the*
*International Center for Law & Economics*

# CORPORATE DISCLOSURE STATEMENT

No. 25-2935

EPIC GAMES, INC.,
*Plaintiff-Appellee*,
*v.*
APPLE INC.,
*Defendant-Appellant*

Under Federal Rule of Appellate Procedure 26.1, the International Center for Law & Economics certifies that it has no parent corporation, and that no publicly held company owns 10% or more of its stock.*:*

Date: May 14, 2025

**ARENTFOX SCHIFF LLP**

*/s/ Sara T. Schneider*
Sara T. Schneider

*Counsel for Amicus Curiae the International Center for Law & Economics*

i

Amicus the International Center for Law & Economics ("ICLE") respectfully moves for leave to file the accompanying amicus brief in support of Defendant-Appellant Apple Inc.'s pending motion for a partial stay pending appeal. *See* Fed. R. App. P. 29(a)(3); Cir. R. 29-2, 29-3. Amicus counsel conferred with counsel for the parties. Appellant Apple consents to this request. Appellee Epic Games does not consent.

ICLE is a nonprofit, non-partisan global research and policy center aimed at building the intellectual foundations for sensible, economically grounded policy. ICLE promotes the use of law and economics methodologies and economic learning to inform policy debates and has long-standing expertise evaluating antitrust law and policy. A list of staff, nonresident scholars, academic advisors, and academic affiliates is available at https://laweconcenter.org/about/.

ICLE has expertise in antitrust law and economics, including the competitive dynamics of digital markets and the appropriate scope of antitrust remedies. ICLE's staff, scholars, academic advisors and academic affiliates have written extensively about antitrust law, and conducted

1

research on antitrust law and economics, including the appropriate scope of antitrust remedies. Amicus have an interest in ensuring that antitrust law promotes the public interest by remaining grounded in sensible rules informed by sound economic analysis. That includes ensuring that any remedy in this case promotes consumer welfare and competition without unduly punishing success or undermining innovation.

ICLE' research and expertise in law and economics gives them an important perspective on the remedies proposed here, and the impact they would have on consumer welfare, competition, and innovation. Amicus' work as scholars of law and economics allows them to offer additional context on the trial court's injunction and its potential impacts on the marketplace.

Accordingly, this Court's consideration of the pending motion will be aided by Amicus' unique perspective on the economic policy implications of this case.

ICLE has filed amicus briefs in this Court numerous times, including in previous appeals in this case. *E.g.*, *Epic Games, Inc. v. Google LLC*, 9th Cir.

2

Nos. 24-6256, 24-6274 (Oct. 23, 2024); *Epic Games, Inc. v. Apple, Inc.*, 9th Cir. Nos. 21-16506, 21-16695 (June 20, 2023).

## CONCLUSION

ICLE respectfully requests leave to file the accompanying amicus brief in support of Apple's pending motion for a partial stay pending appeal.

Date: May 14, 2025          Respectfully submitted.

*/s/ Sara T. Schneider*
Sara T. Schneider (SBN: 298103)
ARENTFOX SCHIFF LLP
555 South Flower Street, 43rd Fl.
Los Angeles, CA 90071
Tel.:       (213) 629-7400
*Email:*       sara.schneider@afslaw.com

*Counsel for Amicus Curiae the International Center for Law & Economics*

3

**CERTIFICATE OF SERVICE**

On May 14, 2025, this brief was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court.

By:     */s/ Sara T. Schneider*    
Sara T. Schneider

**CERTIFICATE OF SERVICE**

I certify that this Motion complies with Fed. R. App. P. 32(a)(5) and (6) because it was prepared in 14-point Palatino Linotype, a proportionally spaced font. I further certify that this Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(a) because it contains 374 words according to Microsoft Word.

By:   */s/ Sara T. Schneider*    
Sara T. Schneider

4