UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EPIC GAMES, INC., <br><br>  Plaintiff-ctr-defendant - Appellee, <br><br>  v. <br><br> APPLE INC., <br><br>  Defendant-ctr-claimant - Appellant. | No. 25-2935 <br><br> D.C. No. 4:20-cv-05640-YGR <br> Northern District of California, Oakland <br><br> ORDER |

Before: S.R. THOMAS and M. SMITH, Circuit Judges, and McSHANE, Chief District Judge.[*]

Epic Games, Inc.'s Unopposed Emergency Motion Under Circuit Rule 27-3 to Assign Appeal and Emergency Stay Motion to Prior Panel (Dkt. 15) is **GRANTED**. This panel will decide this appeal, including all pending motions.

Apple's Unopposed Motion to Expedite Briefing and Oral Argument Schedule (Dkt. 8) is **GRANTED**. Apple's Opening Brief shall be filed on or before June 23, 2025; Epic's Response Brief shall be filed on or before August 8, 2025; and Apple's Reply Brief shall be filed on or before August 18, 2025. An oral argument will be scheduled in the near future.

---

[*] The Honorable Michael J. McShane, United States Chief District Judge for the District of Oregon, sitting by designation.

With respect to Apple's Emergency Motion Under Circuit Rule 27-3 for a Partial Stay Pending Appeal (Dkt. 7), the panel does not intend to deviate from the default briefing schedule set forth in Fed. R. App. P. 27(a)(3)(A) and (a)(4). After briefing is concluded, the panel will rule on this pending motion in due course.