No. 25-2935

In The
United States Court of Appeals for the Ninth Circuit

EPIC GAMES, INC.,

*Plaintiff-Appellee,*

v.

APPLE INC.,

*Defendant-Appellant.*

———————————

On Appeal from the United States District Court
for the Northern District of California
No. 4:20-cv-05640-YGR
Hon. Yvonne Gonzalez Rogers

———————————

**DECLARATION OF MICHAEL J. ZAKEN IN SUPPORT OF EPIC GAMES, INC.'S OPPOSITION TO APPLE'S EMERGENCY MOTION UNDER CIRCUIT RULE 27-3 FOR A PARTIAL STAY PENDING APPEAL**

———————————

| | |
|---|---|
| Gary A. Bornstein | Paul J. Riehle |
| Yonatan Even | FAEGRE DRINKER BIDDLE & |
| Lauren A. Moskowitz | REATH LLP |
| Michael J. Zaken | Four Embarcadero Center |
| M. Brent Byars | San Francisco, CA 94111-4180 |
| CRAVATH, SWAINE & MOORE LLP | (415) 591-7500 |
| Two Manhattan West | |
| 375 Ninth Avenue | |
| New York, NY 10001-1867 | |
| (212) 474-1000 | |

*Counsel for Plaintiff-Appellee Epic Games, Inc.*

Pursuant to 28 U.S.C § 1746, I, Michael J. Zaken, hereby declare as follows:

1. I am an attorney in New York and counsel for Plaintiff-Appellee Epic Games, Inc. ("Epic") in the above-captioned action. I have personal knowledge of the matters set forth below and, if called to testify to them, could and would do so competently.

2. I submit this declaration in support of Epic's Opposition to Apple's Emergency Motion under Circuit Rule 27-3 for a Partial Stay Pending Appeal.

3. Attached hereto as **Exhibit A** is a true and correct copy of an article titled "Apple violated injunction in antitrust case, judge finds", dated April 30, 2025, which is available at the URL address: https://www.cbsnews.com/news/apple-violated-injunction-antitrust-case-judge-finds/.

4. Attached hereto as **Exhibit B** is a true and correct copy of an article titled "Amazon now has a 'Get book' button in its iOS Kindle app", dated May 6, 2025, which is available at the URL address: https://www.theverge.com/news/661719/amazon-app-ios-apple-iphone-ipad-kindle-buy-books.

1

5. Attached hereto as **Exhibit C** is a true and correct copy of a press release titled "Following Landmark Court Ruling, Spotify Submits New App Update to Apple to Benefit U.S. Consumers", updated May 9, 2025 which is available at the URL address: https://newsroom.spotify.com/2025-05-01/following-landmark-court-ruling-spotify-submits-new-app-update-to-apple-to-benefit-u-s-consumers/.

6. Attached hereto as **Exhibit D** is a true and correct copy of a letter sent by counsel for Apple to counsel for Epic dated May 15, 2025.

7. Attached hereto as **Exhibit E** is a true and correct copy of the currently operative version of Apple's Developer Program License Agreement ("DPLA").

8. I declare under penalty of perjury that the foregoing is true and correct. Executed on this 19 day of May, 2025 in New York, New York.

May 19, 2025　　　　　　　　　　Respectfully submitted,

/s/ *Michael J. Zaken*

Michael J. Zaken
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

*Counsel for Plaintiff-Appellee Epic Games, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS system on May 19, 2025. All participants in the case are registered ACMS users, and service will be accomplished by the appellate ACMS system.

/s/ *Gary A. Bornstein*