# Exhibit C

(2 of 4), Page 2 of 4        Case: 25-2935, 05/19/2025, DktEntry: 22.5, Page 2 of 4

5/18/25, 10:49 AM                    Following Landmark Court Ruling, Spotify Submits New App Update to Apple to Benefit U.S. Consumers — Spotify

TIME TO PLAY FAIR

# Following Landmark Court Ruling, Spotify Submits New App Update to Apple to Benefit U.S. Consumers

MAY 1, 2025

↑ SHARE

**Updated May 9, 2025**: *Earlier this morning Spotify submitted a new update. If approved, Spotify users will be able to buy individual audiobooks, and Premium users will be able to purchase additional "Top Up" hours for audiobook listening beyond the 15 free hours each month. This is thanks to the recent U.S. court ruling in Epic Games v. Apple. It helps level the playing field by allowing developers to offer basic pricing information and easy-to-access links to purchase digital goods through iPhones with no unnecessary steps or additional taxes levied by Apple. This change also unlocks new revenue opportunities for audiobook publishers and authors, allowing them to reach fans and access new audiences seamlessly. In short, this freedom is a win for authors, audiences, and developers everywhere—if Apple approves and if the legal ruling stands despite Apple's continued attempts to stop it.*

**Updated May 2, 2025:** *In a victory for consumers, artists, creators, and authors,* **Apple has approved Spotify's U.S. app update**. *After nearly a decade, this will finally allow us to freely show clear pricing information and links to purchase, fostering transparency and choice for U.S. consumers. We can now give consumers lower prices, more control, and easier access to the Spotify experience. There is more work to do, but today represents a significant milestone for developers and entrepreneurs everywhere who want to build and compete on a more level playing field. It's the opening act of a new era, and we could not be more ready for the show.*

On April 30, a U.S. federal judge ordered Apple to stop its illegal behavior and loosen its iron grip on its App Store, finding that the company was in "willful violation" of a 2021 injunction. This means that Apple will now have to stop restricting developers' ability to communicate with their customers free of charge. While other governments around the world have taken steps against Apple's harmful practices, **this is, by far, the most consequential action to date—and it delivers the benefits that all consumers deserve around the world**.

(3 of 4), Page 3 of 4          Case: 25-2935, 05/19/2025, DktEntry: 22.5, Page 3 of 4

5/18/25, 10:49 AM                    Following Landmark Court Ruling, Spotify Submits New App Update to Apple to Benefit U.S. Consumers — Spotify

This is a great day for Spotify users in the U.S. **We have just submitted a Spotify app update to Apple, which includes certain features we can now bring to our American users.** Once Apple approves our update, U.S. consumers:

- Can finally see how much something costs in our app, including pricing details on subscriptions and information about promotions that will save money;
- Can click a link to purchase the subscription of choice, upgrading from a Free account to one of our Premium plans;
- Can seamlessly click the link and easily change Premium subscriptions from Individual to a Student, Duo, or Family plan;
- Can use other payment options beyond just Apple's payment system—we provide a wider range of options on our website; and
- Going forward, this opens the door to other seamless buying opportunities that will directly benefit creators (think easy-to-purchase audiobooks).

If all of this seems obvious and user-friendly, you're right, and we agree—these are the kinds of improvements that any app should offer its users. The fact that we haven't been able to deliver these basic services, which were permitted by the judge's order four years ago, is absurd. The ruling made it clear that Apple deliberately abused its market power to intentionally harm others and benefit only itself. But thanks to this important ruling in the case between Apple and Epic Games yesterday, this should change "effective immediately"—those are the judge's words.

Spotify has always believed that the internet should be a fair and open ecosystem. It's absolutely necessary to fuel growth, innovation, and creator discovery. This groundbreaking decision could unlock real opportunities for creators building their businesses and sharing their art with fans through Spotify. For example, these changes should soon allow publishers to sell their audiobooks through Spotify's platform seamlessly.

(4 of 4), Page 4 of 4

Case: 25-2935, 05/19/2025, DktEntry: 22.5, Page 4 of 4

5/18/25, 10:49 AM     Following Landmark Court Ruling, Spotify Submits New App Update to Apple to Benefit U.S. Consumers — Spotify

Meaningful parts of Apple's anticompetitive barriers have been removed, and it's long overdue—this should be table stakes for doing business not only in the U.S., but in every corner of the world.

Visit **Time To Play Fair** *to learn more.*