No. 25-2935

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**EPIC GAMES, INC.,**

*Plaintiff-ctr-defendant - Appellee,*

v.

**APPLE INC.,**

*Defendant-ctr-claimant - Appellant.*

Appeal from the United States District Court
for the Northern District of California
No. 4:20-cv-05640-YGR (Yvonne Gonzalez Rogers, District Judge)

## EXCERPTS OF RECORD FOR APPLE INC.

## INDEX VOLUME

| | |
|---|---|
| Mark A. Perry | Gregory G. Garre |
| Zachary D. Tripp | Roman Martinez |
| Joshua M. Wesneski | Peter E. Davis |
| WEIL, GOTSHAL & MANGES LLP | Soren J. Schmidt |
| 2001 M Street, NW | LATHAM & WATKINS LLP |
| Suite 600 | 555 Eleventh Street, NW |
| Washington, DC 20036 | Suite 1000 |
| (202) 682-7511 | Washington, DC 20004 |
| | (202) 637-2200 |
| Cynthia E. Richman | |
| GIBSON, DUNN & CRUTCHER LLP | Ben Harris |
| 1700 M Street, NW | Kristin C. Holladay |
| Washington, DC 20036 | LATHAM & WATKINS LLP |
| (202) 955-8500 | 1271 Avenue of the Americas |
| | New York, NY 10020 |
| June 23, 2025 | (212) 906-1200 |

*Counsel for Apple Inc.*

# EXCERPTS OF RECORD INDEX[*]

## VOLUME 1 OF 7 (1-ER-1 to 1-ER-81)

### I. Decision on Appeal

| Date | Dkt. No. | Description | Page |
| --- | --- | --- | --- |
| 2025/04/30 | 1508 | Order Granting Epic Games, Inc.'s Motion to Enforce Injunction; Denying Apple Inc.'s Motion to Set Aside Judgment; Denying Apple Inc.'s Motion Under Federal Rule of Evidence 502(d); Denying Apple Inc.'s Motion for Entry of Judgment on its Indemnification Counterclaim without Prejudice; and Referral to the United States Attorney re Criminal Contempt * | 1-ER-2 |

## VOLUME 2 OF 7 (2-ER-82 to 2-ER-353)

### II. District Court Record

| Date | Dkt. No. | Description | Page |
| --- | --- | --- | --- |
| 06/13/2025 | 1645 | Joint Discovery Letter | 2-ER-83 |
| 05/07/2025 | 1542 | Joint Certification of Counsel Regarding Admitted Exhibits from Evidentiary Hearing | -- |
|  | 1542-2 | CX-0002: StoreKit External Purchase Link Entitlement Addendum for US Apps | 2-ER-86 |

---

[*] Asterisks denote items from which certain financial and personal information was redacted in the public versions on the district court's docket. The redacted information is not relevant to the issues on appeal.

i

| Date | Dkt. No. | Description | Page |
|---|---|---|---|
| | 1542-3 | CX-0003: Apple Support Page: Distributing apps in the U.S. that provide an external purchase link | 2-ER-95 |
| | 1542-6 | CX-0009A: Price Committee Deck dated January 16, 2024 * | 2-ER-103 |
| | 1542-7 | CX-0013: App Review Guidelines dated April 5, 2024 (excerpts) | 2-ER-118 |
| | 1542-8 | CX-0014: Analysis Group Report (Detailed) * | 2-ER-125 |
| | 1542-9 | CX-0015: Analysis Group Report (Streamlined) – App Store Commission Rates and the Value of Apple and the App Store to Developers (Jan. 2024) * | 2-ER-195 |
| | 1542-17 | CX-0223: June 16, 2023 Email from S. Cameron to P. Schiller et al re Wisconsin Deck – review for Tim meeting on 6/20, attaching presentation titled "Epic Injunction Implementation Proposal" * | 2-ER-220 |
| | 1542-18 | CX-0224: June 19, 2023 Email from S. Cameron to P. Schiller et al re Wisconsin Deck –Review for Tim Meeting on 6/20, attaching presentation titled "Epic Injunction Implementation Proposal" * | 2-ER-263 |
| | 1542-19 | CX-0225: Email from S. Cameron to T. Cook re Epic injunction – consumer warning revision, attaching warning screens* | 2-ER-352 |

## VOLUME 3 OF 7 (3-ER-354 to 3-ER-641)

## II. District Court Record—Continued

| Date | Dkt. No. | Description | Page |
|---|---|---|---|
| 05/07/2025 | 1542 | Joint Certification of Counsel Regarding Admitted Exhibits from Evidentiary Hearing | -- |
| | 1542-20 | CX-0227: Presentation titled "App Store Price Committee – U.S Linked Transactions" (7/5/2023) * | 3-ER-355 |
| | 1542-31 | CX-0272: Presentation titled "Proposed responses to Epic injunction" (May 2023) * | 3-ER-383 |
| | 1542-32 | CX-0274: Presentation titled "Pricing Options" (June 2023) * | 3-ER-403 |
| | 1542-53 | CX-0505: June 27, 2023 Email from T. Washburn to M. Fischer et al re Updated Wisconsin Deck for 6/28, attaching presentation titled "Epic Injunction Implementation" * | 3-ER-418 |
| | 1542-57 | CX-0520: Presentation titled "App Store: Michigan (IAP Links)" | 3-ER-445 |
| | 1542-64 | CX-0859: Presentation titled "Epic Injunction Implementation Proposal" * | 3-ER-489 |
| 03/07/2025 | 1324 | Apple Inc.'s Post-Hearing Brief | 3-ER-576 |

| Date | Dkt. No. | Description | Page |
|---|---|---|---|
| 02/12/2025 | 1198 | Notice of Motion; Motion for Order Pursuant to Federal Rule of Evidence 502(d) | -- |
| | 1198-1 | Declaration of Mark A. Perry in Support of Apple Inc.'s Motion for Entry of a Rule 502(d) Order | 3-ER-623 |

**VOLUME 4 OF 7 (4-ER-642 to 4-ER-796)**

## II.   District Court Record—Continued

| Date | Dkt. No. | Description | Page |
|---|---|---|---|
| 12/31/2024 | 1095 | Order Denying Apple Inc.'s Motion for Relief from a Nondispositive Pre-Trial Order of a Magistrate Judge | 4-ER-643 |
| 11/07/2024 | 1049 | Epic Games, Inc.'s Opposition to Apple's Motion for Relief from the Judgment | -- |
| | 1049-2 | Exhibit A to Declaration of M. Brent Byars in Support of Epic Games, Inc.'s Opposition to Apple's Motion for Relief from the Judgment: *Beverage v. Apple Inc.* Answer to Petition for Review | 4-ER-646 |
| 09/30/2024 | 1018 | Apple Inc.'s Motion for Relief from the Judgment Under Federal Rule 60(b) | 4-ER-666 |

| Date | Dkt. No. | Description | Page |
|---|---|---|---|
|  | 1018-2 | Exhibit 1 to Declaration of Mark A. Perry in Support of Apple Inc.'s Motion for Relief from the Judgment Under Federal Rule 60(b): *Beverage v. Apple Inc.* Order Concerning Defendant Apple Inc.'s Demurrer to Plaintiffs' Complaint | 4-ER-698 |
|  | 1018-5 | Exhibit 4 to Declaration of Mark A. Perry in Support of Apple Inc.'s Motion for Relief from the Judgment Under Federal Rule 60(b): *Beverage v. Apple Inc.* Order Denying Review | 4-ER-714 |
| 04/23/2024 | 925 | Order Setting Evidentiary Hearing | 4-ER-717 |
| 03/13/2024 | 897 | Plaintiff Epic Games, Inc.'s Notice of Motion and Motion to Enforce Injunction | 4-ER-720 |
| 01/16/2024 | 871 | Notice of Compliance with UCL Injunction | 4-ER-749 |
|  | 871-1 | Declaration of Matthew Fischer Regarding Compliance with UCL Injunction | 4-ER-767 |
|  | 871-4 | Exhibit 21 to Declaration of Mark A. Perry Regarding Compliance with UCL Injunction: July 19, 2023 Letter from Y. Even on behalf of Epic Games, Inc. to Attorneys General of New York, Utah, California, and North Carolina related to litigation against Google regarding the Google Play Store, with Attachment A providing draft injunctive language (excerpts) * | 4-ER-779 |

| Date | Dkt. No. | Description | Page |
|---|---|---|---|
| 11/09/2021 | 830 | Order Denying Apple's Motion to Stay Injunction Pending Appeal | 4-ER-792 |
| 09/10/2021 | 813 | Permanent Injunction | 4-ER-796 |

**VOLUME 5 OF 7 (5-ER-797 to 5-ER-1066)**

II.     District Court Record—Continued

| Date | Dkt. No. | Description | Page |
|---|---|---|---|
| 09/10/2021 | 812 | Rule 52 Order After Trial on the Merits | 5-ER-798 |
| 05/28/2021 | 779-1 | Apple Inc.'s Proposed Findings of Fact and Conclusions of Law (excerpts) | 5-ER-983 |
| 05/23/2021 | 742 | Notice of Filing of Final Versions of Expert Written Direct Testimony | -- |
|  | 742-2 | Written Direct Testimony of Francine Lafontaine, Ph.D. (excerpts) | 5-ER-990 |
| 01/22/2021 | 276 | Joint Submission Regarding Trial Elements, Legal Framework and Remedies | -- |
|  | 276-1 | Appendix A: Remedies Sought – Specific Relief | 5-ER-996 |

## III. Transcripts

| Date | Dkt. No. | Description | Page |
| --- | --- | --- | --- |
| 05/08/2024 | -- | Evidentiary Hearing Transcript of Proceedings | -- |
|  | 976 | May 8, 2024 Reporter's Transcript of Proceedings – Volume 1, pp. 1-231 (filed June 5, 2024) (excerpts) | 5-ER-1005 |
|  | 977 | May 10, 2024 Reporter's Transcript of Proceedings – Volume 2, pp. 232-407 (filed June 5, 2024) (excerpts) | 5-ER-1046 |

**VOLUME 6 OF 7 (6-ER-1067 to 6-ER-1279)**

## III. Transcripts—Continued

| Date | Dkt. No. | Description | Page |
| --- | --- | --- | --- |
|  | 978 | May 16, 2024 Reporter's Transcript of Proceedings – Volume 3, pp. 408-561 (filed June 5, 2024) (excerpts) | 6-ER-1068 |
|  | 979 | May 17, 2024 Reporter's Transcript of Proceedings – Volume 4, pp. 562-710 (filed June 5, 2024) (excerpts) | 6-ER-1110 |
|  | 980 | May 22, 2024 Reporter's Transcript of Proceedings – Volume 5, pp. 711-903 (filed June 5, 2024) (excerpts) | 6-ER-1148 |
|  | 981 | May 31, 2024 Reporter's Transcript of Proceedings – Volume 6, pp. 904-1118 (filed June 5, 2024) (excerpts) | 6-ER-1201 |

| Date | Dkt. No. | Description | Page |
|---|---|---|---|
|  | 1306 | February 24, 2025 Reporter's Transcript of Proceedings – Volume 7 pp. 1119-1424 (filed March 5, 2025) (excerpts) | 6-ER-1223 |
|  | 1307 | February 25, 2025 Reporter's Transcript of Proceedings – Volume 8, pp. 1425-1478, 1491-1670 (filed March 5, 2025) (excerpts) | 6-ER-1252 |
|  | 1309 | February 26, 2025 Reporter's Transcript of Proceedings – Volume 9, pp. 1671-1916 (filed March 5, 2025) (excerpts) | 6-ER-1265 |
| 05/03/2021 | -- | Reporter's Transcript of Proceedings | -- |
|  | 616 | May 3, 2021 Hearing Transcript – Volume 1 (filed May 10, 2021) (excerpts) | 6-ER-1274 |

## VOLUME 7 OF 7 (7-ER-1280 to 7-ER-1490)

IV.   Notice of Appeal and Docket

| Date | Dkt. No. | Description | Page |
|---|---|---|---|
| 05/05/2025 | 1527 | Amended Notice of Appeal | 7-ER-1281 |
| -- | -- | Docket for Case No. 4:20-cv-05640-YGR (N.D. Cal.) | 7-ER-1287 |