**No. 25-2935**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

**EPIC GAMES, INC.,**

*Plaintiff-ctr-defendant - Appellee,*

v.

**APPLE INC.,**

*Defendant-ctr-claimant - Appellant.*

Appeal from the United States District Court
for the Northern District of California
No. 4:20-cv-05640-YGR (Yvonne Gonzalez Rogers, District Judge)

## EXCERPTS OF RECORD FOR APPLE INC.

### VOLUME 2 OF 7 (2-ER-82 to 2-ER-353)

Mark A. Perry
Zachary D. Tripp
Joshua M. Wesneski
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Suite 600
Washington, DC 20036
(202) 682-7511

Cynthia E. Richman
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036
(202) 955-8500

June 23, 2025

Gregory G. Garre
Roman Martinez
Peter E. Davis
Soren J. Schmidt
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

Ben Harris
Kristin C. Holladay
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

*Counsel for Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| EPIC GAMES, INC., | Case No. 4:20-cv-05640-YGR-TSH |
| *Plaintiff, Counter-defendant,* | |
| v. | |
| APPLE INC., | **JOINT DISCOVERY LETTER** |
| *Defendant, Counterclaimant.* | |

The Honorable Thomas S. Hixson
San Francisco Courthouse
Courtroom E - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Dear Magistrate Judge Hixson,

Pursuant to Your Honor's Discovery Standing Order, the Parties in the above-captioned action respectfully submit this joint discovery letter.

Respectfully submitted,

CRAVATH, SWAINE                    WEIL, GOTSHAL
& MOORE LLP                        & MANGES LLP

By: */s/  Yonatan Even*            By: */s/  Mark A. Perry*
    Yonatan Even                       Mark A. Perry
    *Counsel for Epic Games,*          *Counsel for Apple Inc.*
    *Inc.*

**Apple's Position**:

In the discovery order of June 10, 2025, the Court stated that Apple had failed to submit copies of Entries 2522 and 2525 with redactions indicated as directed by the Court, and that Apple therefore had waived its privilege claims over those documents. *See* Dkt. 1641. Apple respectfully requests that the Court reconsider that ruling and decide Apple's privilege claims on the merits, because Apple timely provided the Court with the versions of the documents ruled upon by the Special Masters and twice clarified its privilege assertions over the documents.

Entries 2522 and 2525 do not have any redactions indicated on their paper copies because they were not redacted; Apple sought to withhold them in their entirety. This is indicated on the face of the documents (which are stamped "PRIV WITHHOLD") and in the privilege log entries filed by Epic in connection with its objections to the documents. *See* Dkt. 1191 (column "Redact or Withhold"). The Special Masters upheld both documents as privileged in their entirety.

In its response to Epic's objections regarding these documents, Apple incorrectly stated that "Apple redacted (and the Special Masters upheld) certain portions of these email chains." Dkt. 1204, at 3. That mistake led the Court to direct Apple to submit paper copies indicating the redacted "portions." Dkt. 1242. Apple promptly provided new paper copies in accordance with the Court's order and also delivered those copies via email on February 20, 2025. In that email, Apple advised the Court: "With respect to Entries 2522 (PRIV-APL-EG_0053805) and 2525 (PRIV-APL-EG_00053820), Apple incorrectly stated in its response that these two documents had been redacted and upheld. In fact, these two documents were withheld, and the Special Masters upheld those assertions." Following a second order from the Court regarding these documents, *see* Dkt. 1631, Apple resubmitted the paper copies to the Court and filed a public notice of lodging, *see* Dkt. 1634. In the notice of lodging, Apple stated: "Apple further clarifies that Entries 2522 (PRIV-APL-EG_00053805) and 2525 (PRIV-APL-EG_00053820) were withheld in their entirety, not redacted." *Id.*

Apple regrets that its initial filing with the Court incorrectly identified the documents as having been "redacted," but respectfully submits that in light of the fact that the documents were correctly identified as withheld in both the privilege log entries and in their document stamps, and that Apple attempted twice to correct the record, Apple should not be held to have forfeited its claims of privilege over these documents. Apple requests that the Court reconsider its order in part and rule on Apple's privilege claims as to Entries 2522 and 2525.

**Epic's Position:**

On February 10, 2025, Epic objected to Apple's assertion of privilege over Entries 2522 and 2525. (Dkt. 1191 at 3-4.) On February 12, 2025, Apple responded to Epic's objections, asserting that it had "redacted" privileged language in the documents. (Dkt. 1204 at 3.) On June 10, the Court determined Apple forfeited its privilege assertions over these documents because Apple failed to lodge with the Court copies of the documents clearly marking the language Apple sought to redact (Dkt. 1641)—despite explicit Court Orders requiring Apple to provide such markings. (Dkt. 1242.) Apple now claims it did not forfeit its privilege claims because it had previously sent an explanatory email to the Court advising the Court that Apple's responses (Dkt. 1204) referred to redactions by error, and then further stated in its notice of re-lodging (Dkt. 1634) that "Entries 2522 (PRIV-APL-EG_00053805) and 2525 (PRIV-APL-

2

EG_00053820) were withheld in their entirety, not redacted". Epic was unaware of Apple's *ex parte* explanatory email to the Court until this Joint Discovery Letter and is unfamiliar with its content. Epic therefore takes no position on whether or not Apple forfeited its privilege assertions over the documents. Regardless, Epic maintains that the documents are not privileged and should not be withheld, for the reasons stated in Epic's Objections at Dkt. 1191.

        Respectfully submitted,

DATED: June 13, 2025                CRAVATH, SWAINE & MOORE LLP
                                        By: */s/ Yonatan Even*
                                        *Counsel for Plaintiff Epic Games, Inc.*

                                      WEIL, GOTSHAL & MANGES LLP
                                        By: */s/ Mark A. Perry*
                                        *Counsel for Defendant Apple Inc.*

3

**2-ER-85**



**PLAINTIFF**
U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games, Inc. v Apple Inc.*
Ex. No. __**CX-0002**__
Date Entered_____
By_____

# EXHIBIT 2

**PLEASE READ THE FOLLOWING ADDENDUM TO THE APPLE DEVELOPER PROGRAM LICENSE AGREEMENT CAREFULLY.  THESE TERMS AND CONDITIONS CONSTITUTE A LEGAL AGREEMENT BETWEEN YOU AND APPLE AND ARE IN ADDITION TO THE TERMS OF THE APPLE DEVELOPER PROGRAM LICENSE AGREEMENT.  SIGNIFY YOUR AGREEMENT TO BE BOUND BY THE TERMS OF THIS ADDENDUM BY CLICKING THE "AGREE" BUTTON.**

# StoreKit External Purchase Link Entitlement Addendum for US Apps
**(to the Apple Developer Program License Agreement)**

This StoreKit External Purchase Link Entitlement Addendum for US Apps ("**Addendum**") is in addition to the terms of the Apple Developer Program License Agreement ("**Developer Agreement**"). To enter into this Addendum, You must be a member in good standing of the Apple Developer Program and You must have entered into the current terms of the Developer Agreement. Defined terms not defined herein shall have the same meaning as set forth in the Developer Agreement.

## 1.    Definitions

"**Alternative Billing System**" means a billing system for the sale of digital goods and services that does not use the In-App Purchase API.

"**Apple Materials**" means the Documentation, Entitlement Profile, and other materials provided by Apple to You, and which are incorporated by reference into the requirements of this Addendum.

"**Entitlement Profile**" means the entitlement profile that may be made available to You by Apple under this Addendum that permits Your Application to use links from Your Application to an external website for purchases in accordance with the requirements of this Addendum.

"**StoreKit External Purchase Link App (US)**" means Your Application that has been granted an Entitlement Profile.

"**StoreKit External Purchase Link APIs**" means the restricted Application Programming Interfaces ("APIs") contained in the Apple Software or provided as web APIs, which enable approved developers to carry out various functions related to using links from Your Application to an external website for purchases under this Addendum.

"**Transaction**" means the sale of digital goods or services (including one-time purchases, auto-renewing subscriptions) on a website You own or have responsibility for ("Your website"), provided that the sale was initiated within seven (7) calendar days after a link out (i.e., the end user taps "Continue" on the system disclosure sheet) from Your StoreKit External Purchase Link App (US) to Your website, and the digital goods or services can be used in an Application.  This includes (a) any applicable taxes and (b) any adjustments for refunds, reversals and chargebacks.  For auto-renewing subscriptions, (i) a sale initiated, including with a free trial or offer, within seven (7) calendar days after a link out is a Transaction; and (ii) each subsequent auto-renewal after the subscription is initiated is also a Transaction.

"**Transaction Reports**" means reports to be provided for a fiscal period of whether there were any Transactions (including whether there were none), and if there were, all Transactions for that period.  Transaction Reports shall be provided in the form and intervals instructed by Apple.

## 2.    Entitlement Profile, Licenses and Restrictions

**2.1**    You understand that You will need to request an Entitlement Profile on the Apple Developer Program web portal prior to use of links from Your Application to an external website for purchases. To use an Entitlement Profile, Your Application must:

- Be available in the iOS or iPadOS App Store on the United States storefront;

- Offer in-app purchases when distributed through the iOS or iPadOS App Store on the

United States storefront;

- Not participate in the Apple Video Partner Program or News Partner Program; and

- Meet all additional requirements provided in the Apple Materials.

**2.2**   The Entitlement Profile is compatible and may only be used with Applications distributed through the iOS or iPadOS App Store on the United States storefront, on devices running iOS or iPadOS 15.4 or later.

**2.3**   You may use the Entitlement Profile only with the StoreKit External Purchase Link App (US) for which You requested the Entitlement Profile and for which Apple approved the Entitlement Profile.  You agree to submit true, accurate, and complete information to Apple regarding Your requested use of the StoreKit External Purchase Link (US) Entitlement and APIs, and to update Apple according to instructions provided in the Apple Materials if any of Your information changes. Apple will review Your request and reserves the right to not provide You with the Entitlement Profile in its sole discretion, in which case You will not be able to use the StoreKit External Purchase Link (US) Entitlement or StoreKit External Purchase Link APIs, and to revoke such Entitlement Profile, at any time in its sole discretion.  Apple will not be liable to You for declining Your request for the StoreKit External Purchase Link (US) Entitlement or to access the StoreKit External Purchase Link APIs even if You have agreed to this Addendum.

**2.4**   You acknowledge and agree that You will not use links from Your Application to an external website for purchases unless You have received an Entitlement Profile from Apple.  If You receive an Entitlement Profile, then subject to the terms and conditions of this Addendum and the Developer Agreement, Apple hereby grants You during the Term a limited, non-exclusive, personal, revocable, non-sublicensable and non-transferable license to:

(a)    distribute the Entitlement Profile to Your Authorized Developers for testing and developing Your StoreKit External Purchase Link App (US); and

(b)    use the Entitlement Profile with Your StoreKit External Purchase Link App (US) solely on Authorized Test Devices, Registered Devices, and for submission to the App Store pursuant to **Section 6 (Application Submission and Selection)** of the Developer Agreement.

**2.5**   You agree to use, only through the use of the Entitlement Profile, links from Your StoreKit External Purchase Link App (US) to an external website for purchases only as expressly permitted in this Addendum and in the Apple Materials.  You agree not to use or attempt to use the Entitlement Profile in or with any of Your Applications not granted the Entitlement Profile or with any other developers' applications.  For clarity, You may not use the Entitlement Profile with applications developed or distributed under any other Apple Developer agreements (e.g., the Apple Developer Enterprise Program License Agreement). You are permitted to use the Entitlement Profile only in connection with Your StoreKit External Purchase Link App (US) developed or distributed under this Addendum and with Apple-branded products.

**2.6**   You further agree to keep updated the information You provided to Apple to obtain an Entitlement Profile, and You acknowledge that changes may affect Your continued eligibility for an Entitlement Profile.

**2.7**   While in no way limiting Apple's other rights under this Addendum or the Developer Agreement, or any other remedies at law or equity, if Apple has reason to believe You or Your StoreKit External Purchase Link App (US) have failed to comply with the requirements of this Addendum or the Developer Agreement, Apple reserves the right to revoke to Your access to any or all of the StoreKit External Purchase Link APIs immediately upon notice to You; require You to remove Your Entitlement Profile from Your StoreKit External Purchase Link App (US) and resubmit it; terminate this Addendum; block updates of, hide, or remove Your StoreKit External Purchase Link App (US) and/or other Applications from the App Store; block Your Applications from distribution on Apple platforms; and/or to suspend or remove You from the Apple Developer Program.

## 3.    Technical Requirements

StoreKit External Purchase Link (US) Entitlement Addendum                                      Page 2

You must meet the following StoreKit External Purchase Link (US) technical requirements, as well as the requirements provided in the Apple Materials and the Program Requirements contained in **Section 3.3** of the Developer Agreement, as they may be modified by Apple from time to time.

**3.1**    Your StoreKit External Purchase Link App (US) must continue to offer in-app purchases in accordance with the Developer Agreement and the App Store Review Guidelines.  Your StoreKit External Purchase Link App (US), including any link You provide under this Addendum, may not discourage end users from making in-app purchases.

**3.2**    Prior to each instance of linking from Your StoreKit External Purchase Link App (US) to an external website for purchases, You must:

- Call the canMakePayments API and determine that the end user may authorize payments; and

- Call the StoreKit External Purchase Link API and determine that the end user is a user of the United States App Store, and if so, surface to the end user the associated system disclosure.

**3.3**    The link You provide in Your StoreKit External Purchase Link App (US) under this Addendum must:

- Go directly to Your website without any redirect or intermediate links or landing page;

- Open a new window in the default browser on the device, and may not open a web view;

- Not pass additional parameters in the URL, to protect the end user (for example, their privacy);

- Be statically-defined in the <<SKExternalPurchaseLink>> in Your app's Info.plist before submission to the App Store;

- Be submitted with Your StoreKit External Purchase Link App (US) to the App Store, and shall be resubmitted if the URL changes;

- Be accompanied by language and a button adhering to the requirements provided in the Apple Materials;

- Not mimic Apple's in-app purchase system, nor discourage end users from using it;

- Be displayed in Your StoreKit External Purchase Link App (US) on no more than one app page the end user navigates to (not an interstitial, modal, or pop-up), in a single, dedicated location on such page, and may not persist beyond that page;

- Not be displayed on any page that is part of an in-app flow to merchandise or initiate a purchase using in-app purchase; and

- Comply with any additional requirements provided in the Apple Materials.

**3.4**    You must attach to Your app submission in App Store Connect screenshots showing the app page where You display the link in Your StoreKit External Purchase Link App (US).

**3.5**    You may not include information about purchasing on Your website or a link to Your website for purchasing on the product page of Your StoreKit External Purchase Link App (US).

**3.6**    Digital purchases sold on Your website to end users after link out that are marketed as being for use in an Application must be available for use in that Application.

**3.7**    TestFlight may be used for beta testing the StoreKit External Purchase Link (US) entitlement profile, provided that any Transactions incurred in such testing must be provided to testers at no cost.

## 4.    Commerce Requirements

You must meet the following StoreKit External Purchase Link commerce requirements, as well as

the requirements provided in the Apple Materials and the Program Requirements contained in **Section 3.3** of the Developer Agreement, as they may be modified by Apple from time to time.

**4.1** For the purposes of Sections 4-7 of this Addendum, **"Apple"** means:

- Apple Canada Inc., located at 120 Bremner Blvd., Suite 1600, Toronto ON M5J 0A8, Canada if You are located in Canada;
- Apple Services LATAM LLC, located at 1 Alhambra Plaza, Ste 700 Coral Gables, Florida, if You are located in Mexico, Central or South America, or any Caribbean country or territory (excluding Puerto Rico); and
- Apple Inc., located at One Apple Park Way, Cupertino, California, if You are located anywhere else.

**4.2**    Solely for the purpose of Transactions with end users of the United States App Store occurring under the terms of this Addendum, You act as the seller in Your own name and on Your own account and appoint Apple as Your service provider.

**4.3**    You certify that the Alternative Billing System used on Your website satisfies the following requirements:

- Meets Level 1 Payment Card Industry (PCI) compliance for handling credit and debit card data;

- Makes a customer service process available for end users, including a process to dispute unauthorized transactions, manage subscriptions (if applicable), and request refunds; and

- Denominates all prices for the sale of digital goods and services to end users of the United States App Store in the United States dollar currency.

**4.4**    Within fifteen (15) calendar days following the end of each calendar month, You must provide Apple with Transaction Reports for that month as instructed in the Apple Materials. In the future, Apple may release an API through which You report Transactions. If such API is released, You must adopt it with the next update of Your StoreKit External Link App (US), to occur within thirty (30) calendar days, and follow the requirements and timing provided in the Apple Materials for providing Transaction Reports.

## 5.    Commissions and Payments

**5.1**    Apple shall be entitled to a commission equal to twenty-seven percent (27%) of all Transaction proceeds made on Your website; the commission shall be equal to twelve percent (12%) for Transactions while You are a participant in the App Store Small Business Program, or where the Transaction is an auto-renewal in the second year or later of an auto-renewing subscription. For purposes of the App Store Small Business Program, any Transaction proceeds (net of Apple's commission and certain taxes and adjustments) You earn count towards program eligibility. Such commission applies to all amounts paid by each end user net of transaction taxes charged by You.

**5.2**    Apple will issue an invoice to You for all commissions and any applicable taxes owed and will use commercially reasonable efforts to do so within fifteen (15) calendar days of receiving the Transaction Report(s) covering a calendar month. The invoice may be issued by an affiliate of Apple. Within thirty (30) calendar days of the invoice being issued, You shall pay all commissions and any applicable taxes as directed by Apple in the Apple Materials and in the currency stated in the invoice, using a payment method approved by Apple for You (as may be modified by Apple from time to time).

**5.3**    Any payment dispute must be submitted before payment is due. If the parties determine that certain billing inaccuracies are attributable to Apple, Apple will issue a subsequent corrected invoice. If the Transaction Reports You submit show You issued a refund, Apple will reimburse You the commission paid to Apple on the Transaction to which the refund relates, and will do so in the form of credit in future invoices.

StoreKit External Purchase Link (US) Entitlement Addendum                    Page 4

**5.4**    This section applies in addition to Apple's other rights under this Addendum (including section 2.7) and the Developer Agreement, and any other remedies at law or equity.  Late payments shall bear interest at the rate of one percent (1%) per month or the highest rate permitted by law, whichever is less.  And if You fail to pay Apple amounts owed under the terms of this Addendum, Apple also reserves the right to offset those amounts (including applicable interest) against any other amounts that Apple owes to You under any agreement You have with Apple.

## 6.    Taxes

**6.1**    You are responsible for taxes, including (but not limited to) (a) determining if a Transaction is taxable; (b) charging and collecting the taxes at the applicable rate; (c) remitting the taxes to the appropriate taxing authority; and (d) providing any required documentation to the end user or appropriate taxing authority. If Apple determines that it is obligated to collect or remit any taxes in respect of a Transaction, such taxes (and any information required by Apple to determine such taxes) will be separately collected by Apple from You, and You will remit such taxes to Apple in accordance with the terms of this Addendum.

**6.2**    If Apple is obligated to collect or pay any taxes not covered in Section 6.3 (below) in respect of Your payment to Apple, such taxes will be separately invoiced to You, and You will pay such taxes to Apple.

**6.3.**    To the extent withholding taxes are required under applicable law to be deducted from or in respect of any amount payable to Apple under the terms of this Addendum, You will (a) pay such additional amounts as may be necessary to ensure that Apple receives a net amount equal to the full amount which it would have received under the terms of this Addendum if no deduction or withholding had been made, (b) make such deductions, (c) deposit such taxes with the relevant governmental tax authority within the time as prescribed under applicable law, and (d) provide Apple with documentation, reasonably satisfactory to Apple, of such remittance.   You also acknowledge that it is Your sole obligation and liability under local law to declare and pay applicable transaction taxes on all commissions You pay to Apple.

**6.4**    You will timely provide Apple with any applicable tax documentation, certification, or information requested by Apple, and failure to do so may result in Your Application not receiving an Entitlement Profile, or termination of this Addendum, among any other rights Apple has under this Addendum or the Developer Agreement.  You agree to indemnify Apple for any claims arising from this requirement.

## 7.    Apple's Right to Audit

Notwithstanding any term to the contrary, You shall maintain and keep complete and accurate books and records concerning the amounts payable to Apple arising from Transactions, and refunds claimed, including taxes, for three (3) years following the date of transmission of Transaction Reports to Apple. Apple may examine and audit Your books and records relating to any Transactions and refunds claimed during such three-year period to verify the accuracy of payments to Apple. For the sake of clarity, Apple may not seek to examine and audit all Your financial data but only those data relevant to determining the accuracy of Apple's commission, payments to Apple and refunds claimed. To satisfy an audit request, You must, within thirty (30) days of the request allow an audit to take place. Apple may appoint an independent certified public accountant not then engaged in any audit of Apple or You to audit applicable books and records of You at a mutually agreed time and place during Your normal business hours.

## 8.    Submission to Apple for App Store Distribution

**8.1**    By submitting Your StoreKit External Purchase Link App (US) to Apple for distribution on the App Store, You represent and warrant that Your StoreKit External Purchase Link App (US) complies with the requirements of this Addendum, as well as with the Program Requirements in **Section 3.3** of the Developer Agreement, and the App Store Review Guidelines.  You are solely responsible for developing a StoreKit External Purchase Link (US) that complies with applicable laws and regulations.

**8.2**    Nothing herein shall imply that Apple will accept Your StoreKit External Purchase Link App

(US) for distribution on the App Store, and You acknowledge and agree that Apple may, in its sole discretion, reject, or cease distributing Your StoreKit External Purchase Link App (US) for any reason, even if Your StoreKit External Purchase Link App (US) is in compliance with the terms and conditions of this Addendum and the Developer Agreement. For clarity, once Your StoreKit External Purchase Link App (US) has been selected for distribution via the App Store it will be considered a "**Licensed Application**" under the Developer Agreement.

**8.3**    Apple shall not be responsible for any costs, expenses, damages, losses (including without limitation lost business opportunities or lost profits) or other liabilities You may incur as a result of Your StoreKit External Purchase Link App (US) development or use of any Apple Materials, including without limitation the fact that Your StoreKit External Purchase Link App (US) may not be selected for distribution via the App Store.

**8.4**    If Your StoreKit External Purchase Link App (US) engages in misleading, fraudulent, improper, unlawful or dishonest acts or practices such as bait and switch, scams, or payment fraud, it will be removed from the App Store and You may be removed from the Apple Developer Program.

## 9.    Your Acknowledgements

You acknowledge and agree that:

**9.1**    To the extent permitted by applicable law, Apple may at any time, and from time to time, with or without prior notice to You, modify, remove, or reissue the Apple Materials or the StoreKit External Purchase Link APIs, or any part thereof. You understand that any such modifications may require You to change or update Your StoreKit External Purchase Link App (US) at Your own cost and that features and functionality of such App may cease to function. Except as required by applicable law, Apple has no express or implied obligation to provide, or continue to provide, the Apple Materials or StoreKit External Purchase Link APIs, and may suspend or discontinue all or any portion of Your access to them at any time.

**9.2**    Apple makes no guarantees to You in relation to the availability, completeness, or accuracy of the Apple Materials, the StoreKit External Purchase Link APIs, or any data from the StoreKit External Purchase Link APIs, and Apple is not obligated to provide any maintenance, technical or other support for the StoreKit External Purchase Link APIs or the Apple Materials. You are fully responsible for testing Your StoreKit External Purchase Link App (US) and the use of the Entitlement Profile with each new release of the Apple operating system software.

**9.3**    In Your capacity as the legal entity responsible for any user data processed in connection with the use of Your StoreKit External Purchase Link App (US), You are solely responsible for complying with applicable data protection and privacy laws and regulations.

**9.4**    If You choose to stop using the StoreKit External Purchase Link (US) Entitlement for Your StoreKit External Purchase Link App (US) or do not intend to renew the term of Your Developer Agreement, You must submit an update to Your StoreKit External Purchase Link App (US) removing Your Entitlement Profile and the use of the StoreKit External Purchase Link APIs prior to such cessation or the expiration of the term.

**9.5**    You will not be permitted to access or use the Apple Materials or StoreKit External Purchase Link APIs after expiration or termination of this Addendum or the Developer Agreement.

**9.6**    The Apple Materials, StoreKit External Purchase Link APIs, and any data from the StoreKit External Purchase Link APIs are provided by Apple to You on an "AS IS" and "AS AVAILABLE" basis. YOU EXPRESSLY ACKNOWLEDGE AND AGREE THAT ALL USE OF THE APPLE MATERIALS, STOREKIT EXTERNAL PURCHASE LINK APIS, AND ANY DATA FROM THE STOREKIT EXTERNAL PURCHASE LINK APIS IS AT YOUR SOLE RISK AND THAT THE ENTIRE RISK AS TO SATISFACTORY QUALITY, PERFORMANCE, ACCURACY, RELIABILITY, AND EFFORT IS WITH YOU. APPLE MAKES NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION THE IMPLIED WARRANTIES OF NON-INFRINGEMENT, MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, REGARDING THE APPLE MATERIALS, STOREKIT EXTERNAL PURCHASE LINK APIS, OR ANY DATA FROM THE STOREKIT EXTERNAL PURCHASE LINK APIS, OR THEIR USE OR OPERATION ALONE OR

IN COMBINATION WITH YOUR STOREKIT EXTERNAL PURCHASE LINK APP (US), PRODUCTS, SYSTEMS, OR SERVICES. APPLE DOES NOT WARRANT THAT THE APPLE MATERIALS, STOREKIT EXTERNAL PURCHASE LINK APIS, OR ANY DATA FROM THE STOREKIT EXTERNAL PURCHASE LINK APIS WILL MEET YOUR REQUIREMENTS, THAT THE OPERATION OF THE APPLE MATERIALS WILL BE UNINTERRUPTED OR ERROR-FREE, THAT DEFECTS IN THE APPLE MATERIALS WILL BE CORRECTED, OR THAT THE APPLE MATERIALS, STOREKIT EXTERNAL PURCHASE LINK APIS, OR ANY DATA FROM THE STOREKIT EXTERNAL PURCHASE LINK APIS WILL BE COMPATIBLE WITH ANY APPLE PRODUCTS, SOFTWARE OR SERVICES OR ANY THIRD-PARTY SOFTWARE, APPLICATIONS, OR SERVICES.

## 10.   Confidentiality

You agree that any non-public information regarding the StoreKit External Purchase Link APIs or StoreKit External Purchase Link (US) Entitlement Profile shall be considered and treated as "Apple Confidential Information" in accordance with the terms of **Section 9** (Confidentiality) of the Developer Agreement. You agree to use such Apple Confidential Information solely for the purpose of exercising Your rights and performing Your obligations under this Addendum and agree not to use such Apple Confidential Information for any other purpose, for Your own or any third party's benefit, without Apple's prior written consent. You further agree not to disclose or disseminate Apple Confidential Information to anyone other than those of Your employees or contractors who have a need to know and who are bound by a written agreement that prohibited unauthorized use or disclose of the Apple Confidential Information.

## 11.   Changes to this Addendum; Termination of this Addendum

This Addendum shall apply to existing and future versions of the Developer Agreement into which You may enter.  Apple may terminate in the event of a material breach by You of any of Your obligations under this Addendum, provided that: (i) Apple provides notice to You thereof, and (ii) such breach is not cured within thirty (30) days following the date such notice is deemed given.  In addition, either party may terminate this Addendum upon thirty (30) days' prior written notice to the other party.  If You engage, or encourage others to engage, in any misleading, fraudulent, improper, unlawful or dishonest act relating to this Addendum, however, Apple reserves the right to terminate this Addendum immediately upon providing You notice. Termination of this Addendum will not constitute termination of the Developer Agreement; provided, however, that termination of the Developer Agreement will constitute termination of this Addendum.  The following provisions will survive the termination of this Addendum: Section 1, the restrictions of Section 2 and 3, and Sections 4 through 13.  In the event of a conflict between this Addendum and the Developer Agreement, this Addendum will control with respect to such conflict.

## 12.   Additional Liability Disclaimer

TO THE EXTENT NOT OTHERWISE PROHIBITED BY APPLICABLE LAW, IN NO EVENT SHALL APPLE BE LIABLE FOR ANY DAMAGES OR LOSSES INCLUDING BUT NOT LIMITED TO, ANY LOSS OF PROFIT (WHETHER INCURRED DIRECTLY OR INDIRECTLY), ANY LOSS OF GOODWILL OR BUSINESS REPUTATION, ANY LOSS OF DATA SUFFERED, OR OTHER INTANGIBLE LOSS, ARISING OUT OF OR RELATED TO THIS ADDENDUM, THE USE OF THE APPLE MATERIALS, THE STOREKIT EXTERNAL PURCHASE LINK APIS, AND ANY DATA FROM THE STOREKIT EXTERNAL PURCHASE LINK APIS, ANY CHANGE, MODIFICATION, SUSPENSION, TERMINATION, OR DISCONTINUATION OF THE APPLE MATERIALS OR THE STOREKIT EXTERNAL PURCHASE LINK APIS, THE FAILURE OF OR ANY ERRORS OR INACCURACIES IN THE APPLE MATERIALS, THE STOREKIT EXTERNAL PURCHASE LINK APIS, OR ANY DATA FROM THE STOREKIT EXTERNAL PURCHASE LINK APIS.

## 13.   Additional Indemnification Obligations

In addition to the indemnification obligations contained in **Section 10 (Indemnification)** of the Developer Agreement and to the extent permitted by applicable law, You agree to indemnify and hold harmless, and upon Apple's request, defend, any Apple Indemnified Party from any and all

Losses incurred by an Apple Indemnified Party arising from or related to the App or Your use of the Apple Materials, StoreKit External Purchase Link APIs, or any data obtained from the StoreKit External Purchase Link APIs, including but not limited to any claims for improper use of the StoreKit External Purchase Link APIs, any data obtained therefrom, or any end user claims arising out of or related to the use of Your StoreKit External Purchase Link App (US).

LYL 144
1/16/2024

PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-0003**
Date Entered_____
By

# EXHIBIT 3



# Distributing apps in the U.S. that provide an external purchase link

In addition to using Apple's convenient, safe, and secure in-app purchase system, apps on the App Store in the United States that offer in-app purchases can also use the StoreKit External Purchase Link Entitlement (US) to include a link to the developer's website that informs users of other ways to purchase digital goods or services. To use the entitlement, you'll need to submit a request, enable the entitlement in Xcode, and use required StoreKit APIs. Apple will review your app to ensure it complies with the terms and conditions of the entitlement, as well as the App Store Review Guidelines and the Apple Developer Program License Agreement.

## Requesting an entitlement

If you're interested in using the StoreKit External Purchase Link Entitlement (US) for your app, get started by submitting the entitlement request form. You'll need to be an Account Holder in the Apple Developer Program, provide details such as your app's bundle ID, website domain, and payment service provider, and agree to the entitlement's terms and conditions.

To qualify for the entitlement, your app must:

- Be available on the iOS or iPadOS App Store in the United States storefront;

- Offer in-app purchases when distributed through the iOS or iPadOS App Store in the United States storefront; and

- Not participate in the Video Partner Program or News Partner Program.

### Enter your app's information

**App name and description.** Enter your app's name, then describe the primary purpose of your app and how it works.

**Bundle ID.** Enter the bundle ID (the app's unique identifier) that you plan to use. Entitlement requests are per bundle ID and assigned entitlements can only be used with the single binary associated with the bundle ID.

### Enter your website information

**Destination URL.** Provide the exact URL where users will initiate purchases on your website.

**Customer support website.** Enter the URL for your customer support website where users can get timely support for purchases made through your external payment system.

# Configuring and enabling the entitlement in Xcode

After you receive an email confirmation that the entitlement has been assigned to your account and you've configured the App ID in Certificates, Identifiers & Profiles to support this entitlement, you'll need to update your Xcode project, entitlements plist file, and Info.plist file to list the entitlement and metadata.

The Entitlement Profile is compatible and may only be used with applications distributed through the United States App Store, on devices running iOS or iPadOS 15.4 or later.



1. In the Project navigator, select the .entitlements file. In Xcode 14 or later, the filename is prefixed with an ⊙ icon.

2. In the entitlements plist file, add a new entitlement key pair by holding the pointer over the Entitlements File row and clicking the add button (+).

3. Provide the following values for the entitlement:

   a. Key: com.apple.developer.storekit.external-purchase-link

   b. Type: Boolean

   c. Value: True

4. Provide the required metadata in your Info.plist file, as described in Updating your Info.plist file.

On the next build to your device or distribution request in Xcode Organizer, Xcode will detect that the .entitlements file and cached provisioning profile don't match, and will request a new provisioning profile based on the latest App ID configuration to complete the code signing process.

## Updating your Info.plist file

Each entitlement has unique requirements for the data that must be entered into your app's Info.plist file. For details on managing your app's Info.plist file, view documentation.

### StoreKit External Purchase Link

1. Select the Info.plist file from the Project navigator in your iOS target.

2. Provide the following values for this entitlement:

   a. Key: SKExternalPurchaseLink

   b. Type: Dictionary with string values

      i. Key: A single ISO 3166-1 alpha-2 country code value for the country United States, us

      ii. Value: A single destination URL

At all times, the destination URL (i.e., the link to your website) that you provide in the Info.plist file in Xcode must match the value in the app binary you submitted to App Review. Make sure that each value is a string that:

- Uses the https scheme;

- Forms a valid, absolute URL;

- Contains no query parameters; and

- Contains 1,000 or fewer ASCII characters.

# Understanding app and link requirements

In addition to using the StoreKit External Purchase Link Entitlement (US) and required StoreKit APIs, you'll need to follow usage requirements designed to help protect people's privacy and security, prevent scams and fraudulent activity, and maintain the overall quality of the user experience.

Your app must offer in-app purchases in accordance with the Developer Program License Agreement and App Store Review Guidelines, and may not discourage end-users from making in-app purchases.

Prior to each instance of linking from Your StoreKit External Purchase Link App (US) to an external website for purchases, you must:

- Call the canMakePayments API and determine that the user may authorize payments; and

- Call the StoreKit External Purchase Link API and determine that they're a user of the United States App Store, and if so, surface the associated system disclosure.

The link you provide in your app must:

- Go directly to your website without any redirect or intermediate links or landing page;

- Open a new window in the default browser on the device, and may not open a web view;

- Not pass additional parameters in the URL in order to protect the user (for example, their privacy);

- Be statically-defined in the <<SKExternalPurchaseLink>> in your app's Info.plist file before submission to the App Store;

- Be submitted with your app to the App Store, and shall be resubmitted if the URL changes;

- Adhere to design and language requirements (see below);

- Not mimic Apple's in-app purchase system, nor discourage users from using it;

- Be displayed no more than once in app, on no more than one app page the user navigates to (not an interstitial, modal, or pop-up), in a single, dedicated location on such page, and may not persist beyond that page; and

- May not be displayed on any page that is part of an in-app flow to merchandise or initiate a purchase using in-app purchase.

You may not include information about purchasing on your website or a link to your website for purchasing on your app's App Store product page.

Digital goods and services sold on your website after link out that are marketed as being for use in an app must be available for use in that app.

If your app engages in misleading marketing practices, such as bait and switch, scams, or fraud, it will be removed from the App Store and you may be removed from the Apple Developer Program.

## Design and language guidelines





Sign in screen          Account screen          App page

## Templates

Use the templates that best fits your use case. Aside from the price, percentage off, and your website URL, the language used in your app must match the template language. Don't modify or use the template in a manner that misleads customers.

**Purchase template:**
Purchase from the website at www.example.com ⧉

**Special offer template:**
For special offers, go to www.example.com ⧉
For a special offer, go to www.example.com ⧉

**Lower price template:**
Lower prices offered on www.example.com ⧉
Lower price offered on www.example.com ⧉

**Percent off template:**
To get XX% off, go to www.example.com ⧉

**Specific price template:**
Buy for $X.XX at www.example.com ⧉

## Style and icon

Your link must follow the Plain Button style, as specified in the Human Interface Guidelines. It may not be enclosed in a shape that uses a contrasting background fill. The background surrounding the text must match the background of your app's page. The link out icon provided by Apple must be displayed directly to the right of your website URL. The icon size must visually match the size of the text.

www.example.com ⧉

## In-app system disclosure sheet

Each time your app calls the StoreKit External Purchase Link API, it will surface a system disclosure sheet provided by the system (iOS 15.4 and/or iPadOS 15.4 or later) that explains to the user that they'll be leaving the app and going to an external website to make a purchase through a source other than Apple. When a user taps the Continue button, they will be directed to your website within a web browser.



CX-0003.5

**2-ER-99**

# Submitting your app for review in App Store Connect

When submitting your new app binary for review in App Store Connect, make sure to follow these submission requirements as well as the terms and conditions of the entitlement, the App Store Review Guidelines, and the Apple Developer Program License Agreement.

- Your app and in-app disclosure sheet for your external payment flow is properly implemented and tested.

- Make sure the link is only displayed to users on the United States App Store.

- The website your app links to for purchases and support is fully functional.

- Screenshots of your app's UI showing where you show the link are included with your submission.

- Provide the name of your payment service provider (PSP) in the review notes. Make sure the PSP is ready to complete transactions from your app. Your PSP must:

  - Meet Level 1 Payment Card Industry (PCI) compliance for handling credit and debit card data;

  - Make a customer service process available for users, including a process to dispute unauthorized transactions, manage subscriptions (if applicable), and request refunds; and

  - Denominate all prices for the sale of digital goods and services to users in U.S. dollars.

TestFlight may be used for beta testing the StoreKit External Purchase Link (US) entitlement profile, so long as any transactions incurred in such testing are provided to testers at no cost.

If your submission is incomplete, review times may be delayed or your app may be rejected. Once your app has been reviewed, its status will be updated in App Store Connect and you'll be notified.

CX-0003.6

**2-ER-100**

# Commission, transaction reports, and payments

All App Store developers — including those who place buttons or links with calls to action in their apps — benefit from Apple's proprietary technology and tools protected by intellectual property, and access to its user base. This includes Apple's investment in developer tools, SDKs, and APIs, and updates to the platform itself. Apple also provides a safe and trusted experience on its platform, in which users and developers transact freely.

Apple is charging a commission on digital purchases initiated within seven days from link out, as described below. This will not capture all transactions that Apple has facilitated through the App Store, but is a reasonable means to account for the substantial value Apple provides developers, including in facilitating linked transactions.

Apple's commission will be 27% on proceeds you earn from sales ("transactions") to the user for digital goods or services on your website after a link out (i.e., they tap "Continue" on the system disclosure sheet), provided that the sale was initiated within seven days and the digital goods or services can be used in an app. This includes (a) any applicable taxes and (b) any adjustments for refunds, reversals and chargebacks. For auto-renewing subscriptions, (i) a sale initiated, including with a free trial or offer, within seven days after a link out is a transaction; and (ii) each subsequent auto-renewal after the subscription is initiated is also a transaction.]

If you're a participant in the Small Business Program, or if the transaction is an auto-renewal in the second year or later of an auto-renewing subscription, the commission will be 12%.

These commission rates apply to all amounts paid by each user net of transaction taxes charged by you. You will be responsible for the collection and remittance of any applicable taxes for sales processed by a third-party payment provider.

If you adopt this entitlement, you will be required to provide transaction reports within 15 calendar days following the end of each calendar month. Even if there were no transactions, you're required to provide a report stating that is the case. If the cadence changes, we will update this page. To learn about the details that will need to be included in the report, view example reports. In the future, if Apple develops an API to facilitate reporting, you will be required to adopt such API within 30 days with an update of your app and follow the timing and requirements provided.

If payment to Apple is due, you will receive an invoice based on the reporting and will be required to remit payment to Apple for the amount invoiced within 30 days of the invoice being issued. Late payments bear interest at the rate of one percent (1%) per month or the highest rate permitted by law, whichever is less.

Please note that Apple has audit rights pursuant to the entitlement terms. This will allow Apple to review the accuracy of your record of digital transactions, ensuring the appropriate commission has been paid to Apple. Late payments accrue interest. Failure to pay Apple's commission could result in the offset of in-app purchase proceeds owed to you, or other consequences such as removal of your app from the App Store, or termination from the Apple Developer Program.

---



# Supporting customers

If you use this entitlement, it will be your responsibility to provide timely support to customers if questions or issues arise with payments that take place outside of the App Store. Apple will not be able to assist customers with refunds, purchase history, subscription management, and other issues encountered when purchasing digital goods and services. You will be responsible for addressing such issues with customers.

### Feedback Assistant

Submit feedback, report bugs, and request enhancements to APIs and developer tools.

Send us feedback ›

### Forums

Ask questions and discuss development topics with Apple engineers and other developers.

View forums ›

### Contact us

Have a question or request? We can help by phone or email.

Get support ›

Developer › Support › Distributing apps in the U.S. that provide an external purchase link

**Platforms**
iOS
iPadOS
macOS
tvOS
visionOS
watchOS

**Tools**
Swift
SwiftUI
Swift Playgrounds
TestFlight
Xcode
Xcode Cloud
SF Symbols

**Topics & Technologies**
Accessibility
Accessories
App Extensions
App Store
Audio & Video
Augmented Reality
Business
Design
Distribution
Education
Fonts
Games
Health & Fitness
In-App Purchase
Localization
Maps & Location
Machine Learning
Open Source
Security
Safari & Web

**Resources**
Documentation
Curriculum
Downloads
Forums
Videos

**Support**
Support Articles
Contact Us
Bug Reporting
System Status

**Account**
Apple Developer
App Store Connect
Certificates, IDs, & Profiles
Feedback Assistant

**Programs**
Apple Developer Program
Apple Developer Enterprise Program
App Store Small Business Program
MFi Program
News Partner Program
Video Partner Program
Security Bounty Program
Security Research Device Program

**Events**
Meet with Apple Experts
App Accelerators
App Store Awards
Apple Design Awards
Apple Developer Academies
Entrepreneur Camp
WWDC

Get the Apple Developer app.

Light Dark Auto

Copyright © 2024 Apple Inc. All rights reserved. Terms of Use | Privacy Policy | Agreements and Guidelines

English

Case 4:20-cv-05640-YGR    Document 1542-6    Filed 05/07/25    Page 1 of 15

# Price Committee

## StoreKit External Purchase Link Entitlement (US)

1/16/24

Apple Confidential Internal Use Only

CX - 0009-A

CX-0009.2-A

# Recommendation

**Commission**: 27% standard | 12% program

**Time Window**: 7 days

Includes auto-renewals for subscriptions initiated during time window

**Program Eligibility**:

Small Business Program and Tenured Subscriptions are eligible

Video Partner Program and News Partner Program not eligible

Apple Confidential Internal Use Only

CX-0009.3-A

2

Case 4:20-cv-05640-YGR    Document 1542-6    Filed 05/07/25    Page 3 of 15

CX-0009.4-A

# Summary

## Resulting from the Epic injunction, Apple is

*"permanently restrained and enjoined from prohibiting developers from (i) including in their apps and their metadata buttons, external links, or other calls to action that direct customers to purchasing mechanisms, in addition to In-App Purchasing and (ii) communicating with customers through points of contact obtained voluntarily from customers through account registration within the app."*

*Permanent Injunction Order*

| Compliance Requirement | | Key Pricing Considerations |
|---|---|---|
| Item | StoreKit External Purchase Link Entitlement | Commission Rate |
| Geo | US | Commission Time Window |
| Eligibility | iOS or iPadOS App Store, US storefront | Program Eligibility |
| Compliance Date | As soon as January 16 | |

3

Apple Confidential  Internal Use Only

2-ER-105

# Entitlement Policies & User Experience

n App call to action | System disclosure sheet | Web: Choose Plan

- Language and design must follow templates
- One URL per app
- Displayed once in an app, on an app page user navigates to (not an interstitial, modal, or pop-up), and can't persist when user leaves page
- Cannot be displayed on any page that is part of flow to merchandise/initiate an IAP

Apple Confidential Internal Use Only

CX-0009.5-A

# Analysis Group Valuation of Developer Offering Components

All percentages are expressed relative to customer spend

| Apple Framework | Analysis Group Framework | Estimated Costs for Developers | Notes |
|---|---|---|---|
| Platform Integrity | Platform Technology | 30% for integrated game platforms (inclusive of other items) | Provides a lower bound on the value because substitutes do not replicate all capabilities of the Apple platform |
| Curation for Safety, Privacy, and Trust | | 5%   20% for platform technology with demand generation | |
| Proprietary Tools and Technology | | 0.3%   6% for platform technology with no demand generation | |
| Marketplace Tools and Services | Developer Tools and Services | 3%   16% | A key benefit of current Apple models is that it lowers startup costs and risks |
| Distribution at Scale | Distribution | 4%   25% | Provides a lower bound that does not include the significant value of users' trust in the App Store's privacy and piracy protection measures |
| Discovery | Discovery | 5%   21% | Assembling a package of third party discovery tools involves substantial effort and may require paying for services without realizing revenue |
| IAP Payments and Commerce | No valuation exercise undertaken | Not estimated | |

Apple's offering is unique and these values are approximations of the lower bound value of these services.
Possible inputs to Analysis Group framework, so separate line items are not necessarily additive
Source: Apple Presentation, Roles and the Value of Apple and the App Store to Developers - January 2024

5

**CX-0009.6-A**

Apple Confidential   Internal Use Only



# Integrated Platform Marketplace Competitors

| | StoreKit External Purchase Link Entitlement (US) | App Store | Google Play | Microsoft Store (Xbox) | Playstation Store | Nintendo eShop | Microsoft Store (PC) |
|---|---|---|---|---|---|---|---|
| **Pricing** | **27%** standard with 7 day window **12%** for SBP and tenured subs with 7 day window | **30%** standard **15%** tenured subs **15%** VPP / NPP **15%** SBP | **30%** standard **15%** subscriptions **10-15%** Play Media Experience **15%** under $1M | **30%** standard | **30%** standard | **30%** standard | **15%** for apps **12%** for games **0%** for non gaming apps with 3P billing |
| **Negotiated Deals** | No | No | Yes | Yes | Yes | Yes | Yes |
| Platform Integrity | ● | ● | ◐ | ● | ● | ● | ● |
| Proprietary Tools & Technologies | ● | ● | ● | ● | ● | ● | ● |
| Curation for Safety, Privacy and Trust | ● | ● | ◐ | ◐ | ● | ◐ | ● |
| Distribution at Scale | ● | ● | ● | ● | ● | ◐ | ● |
| Discovery | ● | ● | ● | ● | ● | ● | ● |
| Marketplace Tools and Services | ● | ● | ● | ● | ◐ | ◐ | ● |
| IAP Payments & Commerce | ○ | ● | ● | ● | ● | ● | ● |

**Legend:**
- ● Full-featured
- ◐ Basic
- ○ Limited/None

Apple Confidential Internal Use Only

CX-0009.7-A

6

Case 4:20-cv-05640-YGR     Document 1542-6     Filed 05/07/25     Page 7 of 15

# Standalone Marketplaces Competitors

**Legend:** ● Full-featured   ◐ Basic   ○ Limited/None

| | StoreKit External Purchase Link Entitlement (US) | Steam | Amazon Appstore | Samsung Galaxy Store | Epic Games Store | ONE store | Codashop |
|---|---|---|---|---|---|---|---|
| Pricing | 27% standard with 7 day window · 12% for SBP and tenured subs with 7 day window | 30% under $10M · 25% $10M–$50M · 20% above $50M | 30% standard · 20% SBP equivalent (additional 10% in free AWS credits) | 30% standard | 12% standard · 0% with 3P billing | 20% standard · 5% with 3P billing | 15% |
| Negotiated Deals | No | No | Yes | Yes | Yes | Yes | Yes |
| Platform Integrity | ● | ◐ | ◐ | ◐ | ○ | ○ | ○ |
| Proprietary Tools & Technologies | ● | ◐ | ◐ | ◐ | ◐ | ○ | ○ |
| Curation for Safety, Privacy, and Trust | ● | ◐ | ◐ | ○ | ○ | ○ | ○ |
| Distribution at Scale | ● | ● | ◐ | ◐ | ◐ | ○ | ○ |
| Discovery | ● | ● | ◐ | ◐ | ◐ | ◐ | ◐ |
| Marketplace Tools and Services | ● | ● | ◐ | ◐ | ◐ | ◐ | ○ |
| IAP Payments & Commerce | ○ | ● | ● | ◐ | ◐ | ◐ | ◐ |

7

Apple Confidential  Internal Use Only

CX-0009.8-A

2-ER-109

# Time Window Benchmarks

## Affiliate Benchmarks

| | Company | Time Window |
|---|---|---|
| First Party Affiliate Programs | Microsoft | 14 days |
| | Norton Lifelock | 30 days |
| | Wall Street Journal | 30 days |
| | McGraw Hill | 30 days |
| | Bluehost | 90 days |
| Platform Affiliate Programs | eBay | 24 hours |
| | Amazon | 24 hours |
| | Walmart | 3 days |
| | Etsy | 30 days |

## Advertising Benchmarks

| | Company | Time Window |
|---|---|---|
| Mobile Measurement Partners | Adjust | 7 days |
| | AppsFlyer | 7 days |
| | Branch | 7 days |
| | Singular | 7 days |
| | Kochava | 30 days |
| Self-Attributing Networks | Meta | 7 days |
| | Snapchat | 28 days |
| | Twitter | 30 days |
| | Google | 30 days |

First Party Affiliate Programs are those where firms use affiliate programs to sell their own products
Platform Affiliate Programs are those where platforms use affiliate programs to boost the sales of third-party merchants on their platform
Source: Apple Store Commission Rates and The Value of Apple and the App Store to Developers - January 2024

8

Apple Confidential Internal Use Only

CX-0009.9-A

# App Store Ecosystem Indicative P&L

| | WW | | US | |
|---|---|---|---|---|
| | **Method 1** Simplified | **Method 2** Custom R&D Spend Allocation Methodology | **Method 1** Simplified | **Method 2** Custom R&D Spend Allocation Methodology |
| **App Store Billings** | | | | |
| Developer Payouts | | | | |
| Contra Revenue | | | | |
| **Revenue** | | | | |
| COGS | | | | |
| Credit Card Fee | | | | |
| **Adj Gross Margin $** | | | | |
| Adj Gross Margin % | | | | |
| Direct OPEX | | | | |
| R&D (Allocated) | | | | |
| G&A (Allocated) | | | | |
| **Operating Margin $** | | | | |
| Opex % of Total Apple | | | | |
| Operating Margin % | | | | |

Direct OPEX excludes R&D. R&D is Adjusted Gross Margin

9

Apple Confidential: Internal Use Only

CX-0009.10-A

# App Store Ecosystem Indicative P&L
## Allocation Assumptio..s



| Cost Attribution | Group | R&D and G&A Simplified — Method 1 | R&D Custom Spend Allocation Methodology G&A Simplified — Method 2 |
|---|---|---|---|
| Direct | | | Direct |
| R&D | | | |
| G&A | | | |
| Excluded | | | |

Created for Pricing Analysis

10

Apple Confidential Internal Use Only

CX-0009.11-A

# Projected Effective Commission on Entitlement Transactions

## Commission Rate

| Time Duration | 20% | 23% | 25% | 27% | 30% |
|---|---|---|---|---|---|
| Current Session | 12% | 14% | 16% | 17% | 20% |
| 24 hrs | 12% | 15% | 16% | 18% | 20% |
| 72 hrs | 12% | 15% | 16% | 18% | 21% |
| 7 Days | 12% | 15% | 17% | 18% | 21% |
| 30 Days | 13% | 16% | 18% | 20% | 22% |

Financial **Assumptions : 50%** returning customers | *effective commission does not account for collection/measurement risk*

11

Apple Confidential Internal Use Only

CX-0009.12-A

CX-0009.13-A

# Projected Effective Commission on Entitlement Transactions

## $ Projections

## Projected Effective Commission %

**Entitlement Billings**

*Commission on 100% of Entitlement Billings*

*Loss due to lower billings in 7 Day Attribution Window*

**Projected Revenue**
*Assuming all future sales via direct web*

*Assumes 50% customers return to use entitlement for subsequent purchases*

**Projected Revenue**
*with 50% assumption*

**Financial Assumptions :**
**7 Days** Attribution window | **50%** returning customers | **30%** entitlement share | **~75%** billings entitlement implementation
*Effective commission does not account for measurement risk*

Apple Confidential  Internal Use Only

12

# Steady State Net Impacts on App Store Financials

Operating margin impacts are net of both entitlement and standard Apple IAP business

$ Impact vs baseline
*% Change vs baseline*

| | Revenue Impact | | | | | Gross Margin Impact | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Commission Rate | | | | | Commission Rate | | | | |
| Duration | 20% | 23% | 25% | 27% | 30% | 20% | 23% | 25% | 27% | 30% |
| Current Session | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 24 hrs | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 72 hrs | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 7 Days | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 30 Days | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

**Financial Assumptions :**
**50%** returning customers **|** **30%** entitlement share **|** **10%** measurement impact | **~75%** billings entitlement implementation

Apple Confidential Internal Use Only

CX-0009.14-A

# Program Eligibility Recommendation



**VPP / NPP**

**SBP**

**Tenured Subscriptions**
█ of total billings

**Small Business Program**
Standard: 15%
Entitlement: 12%

**Tenured Subscriptions**
Standard: Year One 30% | Year Two+ 15%
Entitlement: Year One 27% | Year Two+ 12%

**Video Partner Program / News Partner Program**
Standard: 15%
Entitlement: Not Eligible

FY23 Annual Program Billings | % of US Total Billings

14

Apple Confidential  Internal Use Only

**CX-0009.15-A**

Case 4:20-cv-05640-YGR    Document 1542-6    Filed 05/07/25    Page 15 of 15

CX-0009.16-A



TM and © 2024 Apple Inc. All rights reserved.

News    Discover    Design    Develop    Distribute    Support    Account

App Review

Overview    App Review Guidelines

PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v Apple Inc.
Ex. No. CX-0013
Date Entered_____
By

# App Review Guidelines

Apps are changing the world, enriching people's lives, and enabling developers like you to innovate like never before. As a result, the App Store has grown into an exciting and vibrant ecosystem for millions of developers and more than a billion users. Whether you are a first-time developer or a large team of experienced programmers, we are excited that you are creating apps for our platforms, and want to help you understand our guidelines so you can be confident your app will get through the review process quickly.

Introduction
Before You Submit
1. Safety
2. Performance
3. Business
4. Design
5. Legal
After You Submit

☐ Show Notarization Review Guidelines Only

## Introduction

The guiding principle of the App Store is simple—we want to provide a safe experience for users to get apps and a great opportunity for all developers to be successful. We do this by offering a highly curated App Store where every app is reviewed by experts and an editorial team helps users discover new apps every day. We also scan each app for malware and other software that may impact user safety, security, and privacy. These efforts have made Apple's platforms the safest for consumers around the world.

In the European Union, developers can also distribute notarized iOS apps from alternative app marketplaces. Learn more about alternative app marketplaces and Notarization for iOS apps. You can see which guidelines apply to Notarization for iOS apps by clicking on "Show Notarization Review Guidelines Only" in the menu to the left.

For everything else there is always the open Internet. If the App Store model and guidelines or alternative app marketplaces and Notarization for iOS apps are not best for your app or business idea that's okay, we provide Safari for a great web experience too.

On the following pages you will find our latest guidelines arranged into five clear sections: Safety, Performance, Business, Design, and Legal. The App Store is always changing and improving to keep up with the needs of our customers and our products. Your apps should change and improve as well in order to stay on the App Store.

A few other points to keep in mind about distributing your app on our platforms:

- We have lots of kids downloading lots of apps. Parental controls work great to protect kids, but you have to do your part too. So know that we're keeping an eye out for the kids.

- The App Store is a great way to reach hundreds of millions of people around the world. If you build an app that you just want to show to family and friends, the App Store isn't the best way to do that. Consider using Xcode to install your app on a device for free or use Ad Hoc distribution available to Apple Developer Program members. If you're just getting started, learn more about the Apple Developer Program.

- We strongly support all points of view being represented on the App Store, as long as the apps are respectful to users with differing opinions and the quality of the app experience is

great. We will reject apps for any content or behavior that we believe is over the line. What line, you ask? Well, as a Supreme Court Justice once said, "I'll know it when I see it". And we think that you will also know it when you cross it.

- If you attempt to cheat the system (for example, by trying to trick the review process, steal user data, copy another developer's work, manipulate ratings or App Store discovery) your apps will be removed from the store and you will be expelled from the Apple Developer Program.

- You are responsible for making sure everything in your app complies with these guidelines, including ad networks, analytics services, and third-party SDKs, so review and choose them carefully.

- Some features and technologies that are not generally available to developers may be offered as an entitlement for limited use cases. For example, we offer entitlements for CarPlay Audio, HyperVisor, and Privileged File Operations. Review our documentation on developer.apple.com to learn more about entitlements.

We hope these guidelines help you sail through the review process, and that approvals and rejections remain consistent across the board. This is a living document; new apps presenting new questions may result in new rules at any time. Perhaps your app will trigger this. We love this stuff too, and honor what you do. We're really trying our best to create the best platform in the world for you to express your talents and make a living, too.

---

## Before You Submit

To help your app approval go as smoothly as possible, review the common missteps listed below that can slow down the review process or trigger a rejection. This doesn't replace the guidelines or guarantee approval, but making sure you can check every item on the list is a good start. If your app no longer functions as intended or you're no longer actively supporting it, it will be removed from the App Store. Learn more about App Store Improvements.

Make sure you:

- Test your app for crashes and bugs

- Ensure that all app information and metadata is complete and accurate

- Update your contact information in case App Review needs to reach you

- Provide App Review with full access to your app. If your app includes account-based features, provide either an active demo account or fully-featured demo mode, plus any other hardware or resources that might be needed to review your app (e.g. login credentials or a sample QR code)

- Enable backend services so that they're live and accessible during review

- Include detailed explanations of non-obvious features and in-app purchases in the App Review notes, including supporting documentation where appropriate

- Check whether your app follows guidance in other documentation, such as:

    **Development Guidelines**

    UIKit

    AppKit

# 3. Business

There are many ways to monetize your app on the App Store. If your business model isn't obvious, make sure to explain in its metadata and App Review notes. If we can't understand how your app works or your in-app purchases aren't immediately obvious, it will delay your review and may trigger a rejection. And while pricing is up to you, we won't distribute apps and in-app purchase items that are clear rip-offs. We'll reject expensive apps that try to cheat users with irrationally high prices.

If we find that you have attempted to manipulate reviews, inflate your chart rankings with paid, incentivized, filtered, or fake feedback, or engage with third-party services to do so on your behalf, we will take steps to preserve the integrity of the App Store, which may include expelling you from the Apple Developer Program.

### 3.1 Payments

#### 3.1.1 In-App Purchase:

- If you want to unlock features or functionality within your app, (by way of example: subscriptions, in-game currencies, game levels, access to premium content, or unlocking a full version), you must use in-app purchase. Apps may not use their own mechanisms to unlock content or functionality, such as license keys, augmented reality markers, QR codes, cryptocurrencies and cryptocurrency wallets, etc.

- Apps may use in-app purchase currencies to enable customers to "tip" the developer or digital content providers in the app.

- Any credits or in-game currencies purchased via in-app purchase may not expire, and you should make sure you have a restore mechanism for any restorable in-app purchases.

- Apps may enable gifting of items that are eligible for in-app purchase to others. Such gifts may only be refunded to the original purchaser and may not be exchanged.

- Apps distributed via the Mac App Store may host plug-ins or extensions that are enabled with mechanisms other than the App Store.

- Apps offering "loot boxes" or other mechanisms that provide randomized virtual items for purchase must disclose the odds of receiving each type of item to customers prior to purchase.

- Digital gift cards, certificates, vouchers, and coupons which can be redeemed for digital goods or services can only be sold in your app using in-app purchase. Physical gift cards that are sold within an app and then mailed to customers may use payment methods other than in-app purchase.

- Non-subscription apps may offer a free time-based trial period before presenting a full unlock option by setting up a Non-Consumable IAP item at Price Tier 0 that follows the naming convention: "XX-day Trial." Prior to the start of the trial, your app must clearly identify its duration, the content or services that will no longer be accessible when the trial ends, and any downstream charges the user would need to pay for full functionality. Learn more about managing content access and the duration of the trial period using Receipts and Device Check.

- Apps may use in-app purchase to sell and sell services related to non-fungible tokens (NFTs), such as minting, listing, and transferring. Apps may allow users to view their own NFTs, provided that NFT ownership does not unlock features or functionality within

the app. Apps may allow users to browse NFT collections owned by others, provided that the apps may not include buttons, external links, or other calls to action that direct customers to purchasing mechanisms other than in-app purchase.

**3.1.1(a) Link to Other Purchase Methods:** Developers may apply for entitlements to provide a link in their app to a website the developer owns or maintains responsibility for in order to purchase digital content or services. Please see additional details below.

- StoreKit External Purchase Link Entitlements: apps on the App Store in specific regions may offer in-app purchases and also use a StoreKit External Purchase Link Entitlement to include a link to the developer's website that informs users of other ways to purchase digital goods or services. Learn more about these entitlements. In accordance with the entitlement agreements, the link may inform users about where and how to purchase those in-app purchase items, and the fact that such items may be available for a comparatively lower price. The entitlements are limited to use only in the iOS or iPadOS App Store in specific storefronts. In all other storefronts, apps and their metadata may not include buttons, external links, or other calls to action that direct customers to purchasing mechanisms other than in-app purchase.

- Music Streaming Services Entitlements: music streaming apps in specific regions can use Music Streaming Services Entitlements to include a link (which may take the form of a buy button) to the developer's website that informs users of other ways to purchase digital music content or services. These entitlements also permit music streaming app developers to invite users to provide their email address for the express purpose of sending them a link to the developer's website to purchase digital music content or services. Learn more about these entitlements. In accordance with the entitlement agreements, the link may inform users about where and how to purchase those in-app purchase items, and the price of such items. The entitlements are limited to use only in the iOS or iPadOS App Store in specific storefronts. In all other storefronts, streaming music apps and their metadata may not include buttons, external links, or other calls to action that direct customers to purchasing mechanisms other than in-app purchase.

- If your app engages in misleading marketing practices, scams, or fraud in relation to the entitlement, your app will be removed from the App Store and you may be removed from the Apple Developer Program.

**3.1.2 Subscriptions:** Apps may offer auto-renewable in-app purchase subscriptions, regardless of category on the App Store. When incorporating auto-renewable subscriptions into your app, be sure to follow the guidelines below.

**3.1.2(a) Permissible uses:** If you offer an auto-renewable subscription, you must provide ongoing value to the customer, and the subscription period must last at least seven days and be available across all of the user's devices. While the following list is not exhaustive, examples of appropriate subscriptions include: new game levels; episodic content; multiplayer support; apps that offer consistent, substantive updates; access to large collections of, or continually updated, media content; software as a service ("SAAS"); and cloud support. In addition:

- Subscriptions may be offered alongside à la carte offerings (e.g. you may offer a subscription to an entire library of films as well the purchase or rental of a single movie).

- You may offer a single subscription that is shared across your own apps and services.

- Games offered in a streaming game service subscription may offer a single subscription that is shared across third-party apps and services; however, they must be downloaded directly from the App Store, must be designed to avoid duplicate payment by a subscriber, and should not disadvantage non-subscriber customers.

- Subscriptions must work on all of the user's devices where the app is available. Learn more about sharing a subscription across your apps.

- Apps must not force users to rate the app, review the app, download other apps, or other similar actions in order to access functionality, content, or use of the app.

- As with all apps, those offering subscriptions should allow a user to get what they've paid for without performing additional tasks, such as posting on social media, uploading contacts, checking in to the app a certain number of times, etc.

- Subscriptions may include consumable credits, gems, in-game currencies, etc., and you may offer subscriptions that include access to discounted consumable goods (e.g. a platinum membership that exposes gem-packs for a reduced price).

- If you are changing your existing app to a subscription-based business model, you should not take away the primary functionality existing users have already paid for. For example, let customers who have already purchased a "full game unlock" continue to access the full game after you introduce a subscription model for new customers.

- Auto-renewable subscription apps may offer a free trial period to customers by providing the relevant information set forth in App Store Connect. Learn more about providing subscription offers.

- Apps that attempt to scam users will be removed from the App Store. This includes apps that attempt to trick users into purchasing a subscription under false pretenses or engage in bait-and-switch and scam practices; these will be removed from the App Store and you may be removed from the Apple Developer Program.

- Cellular carrier apps may include auto-renewable music and video subscriptions when purchased in bundles with new cellular data plans, with prior approval by Apple. Other auto-renewable subscriptions may also be included in bundles when purchased with new cellular data plans, with prior approval by Apple, if the cellular carrier apps support in-app purchase for users. Such subscriptions cannot include access to or discounts on consumable items, and the subscriptions must terminate coincident with the cellular data plan.

**3.1.2(b) Upgrades and Downgrades:** Users should have a seamless upgrade/downgrade experience and should not be able to inadvertently subscribe to multiple variations of the same thing. Review best practices on managing your subscription upgrade and downgrade options.

**3.1.2(c) Subscription Information:** Before asking a customer to subscribe, you should clearly describe what the user will get for the price. How many issues per month? How much cloud storage? What kind of access to your service? Ensure you clearly communicate the requirements described in Schedule 2 of the Apple Developer Program License Agreement.

**3.1.3 Other Purchase Methods:** The following apps may use purchase methods other than in-app purchase. Apps in this section cannot, within the app, encourage users to use a purchasing method other than in-app purchase, except as set forth in 3.1.3(a). Developers can send communications outside of the app to their user base about purchasing methods other than in-app purchase.

**3.1.3(a) "Reader" Apps:** Apps may allow a user to access previously purchased content or content subscriptions (specifically: magazines, newspapers, books, audio, music, and video). Reader apps may offer account creation for free tiers, and account management functionality for existing customers. Reader app developers may apply for the External Link Account Entitlement to provide an informational link in their app to a web site the

developer owns or maintains responsibility for in order to create or manage an account. Learn more about the External Link Account Entitlement.

**3.1.3(b) Multiplatform Services:** Apps that operate across multiple platforms may allow users to access content, subscriptions, or features they have acquired in your app on other platforms or your web site, including consumable items in multi-platform games, provided those items are also available as in-app purchases within the app.

**3.1.3(c) Enterprise Services:** If your app is only sold directly by you to organizations or groups for their employees or students (for example professional databases and classroom management tools), you may allow enterprise users to access previously-purchased content or subscriptions. Consumer, single user, or family sales must use in-app purchase.

**3.1.3(d) Person-to-Person Services:** If your app enables the purchase of real-time person-to-person services between two individuals (for example tutoring students, medical consultations, real estate tours, or fitness training), you may use purchase methods other than in-app purchase to collect those payments. One-to-few and one-to-many real-time services must use in-app purchase.

**3.1.3(e) Goods and Services Outside of the App:** If your app enables people to purchase physical goods or services that will be consumed outside of the app, you must use purchase methods other than in-app purchase to collect those payments, such as Apple Pay or traditional credit card entry.

**3.1.3(f) Free Stand-alone Apps:** Free apps acting as a stand-alone companion to a paid web based tool (e.g. VoIP, Cloud Storage, Email Services, Web Hosting) do not need to use in-app purchase, provided there is no purchasing inside the app, or calls to action for purchase outside of the app.

**3.1.3(g) Advertising Management Apps:** Apps for the sole purpose of allowing advertisers (persons or companies that advertise a product, service, or event) to purchase and manage advertising campaigns across media types (television, outdoor, websites, apps, etc.) do not need to use in-app purchase. These apps are intended for campaign management purposes and do not display the advertisements themselves. Digital purchases for content that is experienced or consumed in an app, including buying advertisements to display in the same app (such as sales of "boosts" for posts in a social media app) must use in-app purchase.

**3.1.4 Hardware-Specific Content:** In limited circumstances, such as when features are dependent upon specific hardware to function, the app may unlock that functionality without using in-app purchase (e.g. an astronomy app that adds features when synced with a telescope). App features that work in combination with an approved physical product (such as a toy) on an *optional* basis may unlock functionality without using in-app purchase, provided that an in-app purchase option is available as well. You may not, however, require users to purchase unrelated products or engage in advertising or marketing activities to unlock app functionality.

**3.1.5 Cryptocurrencies:**

**(i) Wallets:** Apps may facilitate virtual currency storage, provided they are offered by developers enrolled as an organization.

**(ii) Mining:** Apps may not mine for cryptocurrencies unless the processing is performed off device (e.g. cloud-based mining).

**(iii)** Exchanges: Apps may facilitate transactions or transmissions of cryptocurrency on an approved exchange, provided they are offered only in countries or regions where the app has appropriate licensing and permissions to provide a cryptocurrency exchange.

**(iv)** Initial Coin Offerings: Apps facilitating Initial Coin Offerings ("ICOs"), cryptocurrency futures trading, and other crypto-securities or quasi-securities trading must come from established banks, securities firms, futures commission merchants ("FCM"), or other approved financial institutions and must comply with all applicable law.

**(v)** Cryptocurrency apps may not offer currency for completing tasks, such as downloading other apps, encouraging other users to download, posting to social networks, etc.

### 3.2 Other Business Model Issues

The lists below are not exhaustive, and your submission may trigger a change or update to our policies, but here are some additional dos and don'ts to keep in mind:

#### 3.2.1 Acceptable

**(i)** Displaying your own apps for purchase or promotion within your app, provided the app is not merely a catalog of your apps.

**(ii)** Displaying or recommending a collection of third-party apps that are designed for a specific approved need (e.g. health management, aviation, accessibility). Your app should provide robust editorial content so that it doesn't seem like a mere storefront.

**(iii)** Disabling access to specific approved rental content (e.g. films, television programs, music, books) after the rental period has expired; all other items and services may not expire.

**(iv)** Wallet passes can be used to make or receive payments, transmit offers, or offer identification (such as movie tickets, coupons, and VIP credentials). Other uses may result in the rejection of the app and the revocation of Wallet credentials.

**(v)** Insurance apps must be free, in legal compliance in the regions distributed, and cannot use in-app purchase.

**(vi)** Approved nonprofits may fundraise directly within their own apps or third-party apps, provided those fundraising campaigns adhere to all App Review Guidelines and offer Apple Pay support. These apps must disclose how the funds will be used, abide by all required local and federal laws, and ensure appropriate tax receipts are available to donors. Additional information shall be provided to App Review upon request. Nonprofit platforms that connect donors to other nonprofits must ensure that every nonprofit listed in the app has also gone through the nonprofit approval process. Learn more about becoming an approved nonprofit.

**(vii)** Apps may enable individual users to give a monetary gift to another individual without using in-app purchase, provided that (a) the gift is a completely optional choice by the giver, and (b) 100% of the funds go to the receiver of the gift. However, a gift that is connected to or associated at any point in time with receiving digital content or services must use in-app purchase.

**(viii)** Apps used for financial trading, investing, or money management should be submitted by the financial institution performing such services.

#### 3.2.2 Unacceptable

**(i)** Creating an interface for displaying third-party apps, extensions, or plug-ins similar to the App Store or as a general-interest collection.

**(ii)** Intentionally omitted.

**(iii)** Artificially increasing the number of impressions or click-throughs of ads, as well as apps that are designed predominantly for the display of ads.

Case 4:20-cv-05640-YGR  Document 1542-8  Filed 05/07/25  Page 1 of 70

PLAINTIFF
U.S. District Court, NDCAL
4:20-cv-05640-YGR-TSH
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-0014**
Date Entered _____
By _____

# App Store Commission Rates and the Value of Apple and the App Store to Developers

*Detailed Presentation*

January 2024

Highly Confidential - Attorneys' Eyes Only

CX-0014.1

# App Store pricing background

- **How do developers use in-app purchases ("IAP")?**

  - Gaming bonuses or "pay-to-win" features (e.g., Clash of Clans)

  - Dating app purchases for additional features (e.g., boosts on Tinder)

  - Subscriptions to multiplatform video streaming apps (e.g., Hulu), education apps (e.g., Duolingo), news and magazine apps (e.g., NY Times), and for companion apps to connected devices (e.g., Ring)

- **Apple commission on IAP**

  - **30% headline commission** (15% for some programs and subscriptions after first year)

  - Currently developers **cannot direct customers** to payment methods outside of the App Store

  - **No fees** are charged for digital goods and services ("DGS") sold outside the App Store

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

**Highly Confidential - Attorneys' Eyes Only** 1

CX-0014.2

**2-ER-126**

# *Epic* injunction and goals of this study

- **A post-Epic injunction world**

  - *Epic Games v. Apple* injunction requires Apple to allow some type of linking out of the app to purchase DGS

  - If a developer links out and does not use Apple's payment system and related benefits, it still derives substantial value from the services provided by the Apple ecosystem

  - How can Apple fairly charge for that value? What is the value of Apple and the App Store to developers? What pricing could make linking out an actual option for developers (to comply with injunction)?

- **Goals of this study**:

  - Estimate the value of services provided by the Apple ecosystem to developers, focusing on DGS (**Part 1**)

  - Compare Apple's commission with those of other app stores and digital marketplaces (**Part 2**)

  - Provide an economic framework for considering alternative pricing options (**Part 3**)

Highly Confidential - Attorneys' Eyes Only   2

# Part 1. Valuing the services provided by the Apple ecosystem to developers

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

**Highly Confidential - Attorneys' Eyes Only**    3

CX-0014.4

Case 4:20-cv-05640-YGR    Document 1542-8    Filed 05/07/25    Page 5 of 70

# The value of the Apple ecosystem to developers

Apple and the App Store provide several categories (or "buckets") of value to developers

**1. Platform technology**
Access to core Apple technologies, intellectual property, and a platform that integrates hardware and software

**2. Developer tools and services**
Tools and services to help developers build apps and optimize their performance, engagement, and monetization

**3. Distribution**
Hosting and distributing apps and updates to global users at a large scale;
Fostering user trust in the App Store and its apps, preventing piracy, and protecting developers

**4. Discovery**
Services including some advertising and marketing to acquire users and measure channel performance

**5. Care and support**
Developer and customer care capabilities provided across all tools and services, including Apple experts and technical support

**IAP-related buckets**

**6. Payments**
Basic acceptance of payments from users

**7. Commerce**
Capabilities that allow developers to grow and manage their sales

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

Highly Confidential - Attorneys' Eyes Only 4

CX-0014.5

# Different developers derive different value from the Apple ecosystem

- The value of the Apple ecosystem to a particular developer depends on the types of apps they are developing; not all developers rely on the same value buckets in the same way

- **Different reliance on platform tech but overall better experience for users; examples:**
  - Games rely more heavily on hardware and operating system software (web-based apps must host games and store information on the cloud)
  - Video and music streaming apps allow users to download content for offline use (web-based apps often don't allow this due to piracy risks outside of apps)

- **Different reliance on developer tools and services**
  - Metal SDKs to take advantage of Apple's processors for gaming and pro apps
  - HealthKit SDK to access user data for health and fitness apps

- **Different considerations for large versus small developers**
  - Trust may be more relevant for small developers
  - Small developers may rely more on other buckets of value (for example, distribution and discovery)
  - Large developers tend to use developer tools and services more often than small developers

Highly Confidential - Attorneys' Eyes Only

5

CX-0014.6

**2-ER-130**

Case 4:20-cv-05640-YGR    Document 1542-8    Filed 05/07/25    Page 7 of 70

# Valuation: Summary of findings

- **Goal of analysis**: Estimate the value of services provided by the Apple ecosystem to developers, focusing on DGS

- **Approach**: Estimate the **costs to developers** to hypothetically procure (if only in part) services Apple otherwise provides

Results:

| Value bucket | % of developer revenue |
|---|---|
| **Platform technology** | **30%** (5%–20% platform tech only; 0.3%–6% with no demand generation) |
| **Developer tools and services** | **3%–16%** (0.1%–5% for game engines) |
| **Distribution*** | **4%–14%** (4%–25% including small game developers) |
| **Discovery** | **5%–14%** (5%–21% including small game developers) |
| *Care and support**** | *not estimated* |

Caveats:

- The stack of services Apple provides is unique; this analysis is an effort to approximate the value of those services

- Possible overlap in value buckets and buckets are not necessarily additive (a developer does not necessarily use all features)

- %'s based on revenues generated by IAP; even for apps with IAP, there can be revenue sources outside the App Store

- Alternatives typically involve upfront costs, which would make it harder to start apps and financially riskier for developers

* Distribution percentage of developer revenue is estimated using distribution costs of deployment.
** We exclude Apple care and support, as this value bucket is unique to the Apple platform and difficult to replicate and value.

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

**Highly Confidential - Attorneys' Eyes Only**    6

CX-0014.7

**2-ER-131**



# Further details: Platform technology

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

**Highly Confidential – Attorneys' Eyes Only**   7

CX-0014.8

# Platform technology

1. A **high-quality common infrastructure** for consumers and developers

   ▪ Brings users and developers together

   ▪ Engages both sides and keeps them on the platform

   ▪ Provides a secure and trusted environment (e.g., FaceID)

2. A technological core to **expand third-party developer capabilities**

   ▪ Third-party apps build on technological core of basic functionalities

   ▪ Improves quality and enables capabilities of third-party apps (e.g., through camera integration, Core Location, Core ML, and Apple SDKs)

| Apple platform technology | | |
|---|---|---|
| **Common infrastructure** | • Operating system<br>• Frameworks | • Innovative technologies<br>• Developer protections |
| **Capability expansion** | • Frameworks | • Entitlements & capabilities<br>• Innovative technologies |

▪ While it is not possible to directly value these components, we adopt an indirect approach to valuing Apple platform technology through (1) benchmarking of comparables and (2) analyzing the cost of alternatives (that do not replicate all of Apple's capabilities) for developers

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

**Highly Confidential - Attorneys' Eyes Only**    8

CX-0014.9

**2-ER-133**

# Platform technology: Comparables benchmarking

- One way to benchmark the value of Apple's platform technology is to consider the prices that comparable platforms charge sellers (*the following results are based on our previous work*)

- **Pricing**: comparable platforms charge more if they provide platform technology

  - Games consoles: **30%** of revenues (includes other buckets than platform technology)

  - E-commerce business services: **0.3%–6%** of revenues (platform tech only, with no or limited demand generation)

  - Physical retail: **5%–20%** of revenues (platform tech only, with demand generation)

- Platforms that provide more value and platform technology (e.g., Google Play Store) charge more than those that provide only limited platform technology (e.g., Patreon)

|  | Functionality | Examples | % of revenues |
|---|---|---|---|
| **Games consoles** | Games marketplaces with platform technology | • Xbox Store<br>• PlayStation Store | • 30% (total price, includes other buckets than platform technology) |
| **E-commerce business services** | Provide technological tools for capability expansion but have no demand generation aspect | • Shopify<br>• Adobe Commerce | • 0.6%–2.6%<br>• 0.3%–6% |
| **Physical retail** | Offer space for stores and customers, along with ancillary services (e.g., bathrooms) | • Shopping malls<br>• Airports | • 5%–20% ("percent leases")<br>• 8%–18% (plus minimum annual guarantee) |

Notes:
[1] Physical retail pricing varies across and within retailers. At airports, higher-revenue businesses typically pay higher marginal commission rates.
[2] E-commerce business services platforms charge fees on revenues gross of costs, while digital goods and services sold on the App Store typically have very low marginal costs.

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple    January 2024

CX-0014.10

Highly Confidential - Attorneys' Eyes Only    9

# Platform technology: Potential alternatives

- Developers can either use Apple platform technology to run apps or they could incur costs to hypothetically procure parts of its functionality

  - This would provide a **lower bound** on the value provided by Apple's platform technology because substitutes do not replicate all capabilities of the Apple platform

## 1. Cloud services

  - Allow developers to run webapps, store data, and use remote graphics, frameworks, and computing resources (rather than running apps on Apple hardware and using iCloud or saving on device)

  - **Examples**: AWS, Azure, Google Cloud

  - **Pricing model**: Priced per hour of usage; tiered by virtual compute resources used

## 2. API libraries

  - Allow developers to integrate digital products with third-party services, facilitating interactions between groups, creating digital infrastructure and expanding capabilities

  - **Examples**: Plaid (similar to Apple metrics and ID integration), Terra (similar to HealthKit and its entitlement), Twilio Segment (similar to Apple ID integration)

  - **Pricing model**: API libraries charge a monthly or per-authentication fee

Highly Confidential - Attorneys' Eyes Only    10

Case 4:20-cv-05640-YGR    Document 1542-8    Filed 05/07/25    Page 12 of 70

# Further details: Developer tools and services

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

CX-0014.12

Highly Confidential - Attorneys' Eyes Only 11

# Developer tools and services

- Technical tools and services allow developers to build apps and optimize their performance, engagement, and monetization

  - Integrated development environments (IDEs)
  - Programming languages
  - Developer programs
  - Developer analytics

  - Frameworks
  - Innovative technologies
  - Testing tools
  - Developer protections

- Apple provides these tools free to developers

- A key benefit of current Apple model for developers is that it **lowers startup costs and risks**, compared to a world in which they would need to pay up front for tools and services

- Alternatively, these tools are available through third parties, typically for a flat fee per developer seat, subscription, or usage-based fee

- Tiered pricing structures, as well as negotiated (and opaque) pricing structures are common

**Highly Confidential - Attorneys' Eyes Only** 12

CX-0014.13

# Developer tools and services: Potential alternatives

- We consider potential alternatives (and illustrative pricing) for each category of DT&S; pricing varies by **product type** and **developer size**

| DT&S category | Apple services | Potential alternative services | Illustrative price of alternatives |
|---|---|---|---|
| Integrated development environments (IDEs) | Xcode, Swift | AppCode, Microsoft Visual Studio, Gluon | *Per developer-seat per year:*<br>• SMB: $200–$1,300<br>• Enterprise: $200–$3,000 |
| Programming languages | Swift | Java, Elements, C++ front end by Edison Design Group | *Per developer-seat per year:*<br>• Base: $800<br>• Enterprise: $1,500–$15,000 |
| Developer programs | Apple Developer Program | Google Play Developer Account, Amazon Appstore Development Account | *One-time fee per developer:* $0–$25 |
| Developer analytics | App Analytics, Data export | Data.ai, Qonversion, Google Firebase, Amplitude Analytics | *Fixed fee per month:*<br>• SMB: $300–$2,000<br>• Enterprise: $3,000+ |
| Frameworks | CloudKit, MapKit, GameKit | Google Maps platform, Bing, Plaid, Unity multiplayer services | *Pay-as-you-go* |
| Innovative technologies | ARKit, Push Notifications, Fairplay | Unreal Engine, Azure Notifications, PlayReady | *Pay-as-you-go and commission* |
| Testing tools | Xcode simulator, TestFlight | Appetize, Kobiton, Perfecto, TestFairy | *Fixed fee per month:*<br>• SMB: $40–$400<br>• Enterprise: $2,000–$3,000 |
| Developer protections | Fairplay, DeviceCheck, App Attest | Android DRM, SafetyNet APIs | *Free (provided by Google)* |
| Dev. education & support | WWDC, iOS Developer University | Microsoft Build, Google I/O | *Fee per participant:* $1,150–$2,395 |

Highly Confidential - Attorneys' Eyes Only    13

CX-0014.14

**2-ER-138**

Case 4:20-cv-05640-YGR    Document 1542-8    Filed 05/07/25    Page 15 of 70

# Developer tools and services: Pricing estimate

- **DT&S pricing:** between **3%** and **16%** of developer revenues

- Because of fixed costs, DT&S costs are a larger percentage of revenues for small developers

| | Small developer | Large developer |
|---|---|---|
| | Average developer App Store billings | |
| **Games** | | |
| **Non-games** | | |

**Typical DT&S usage**

| | |
|---|---|
| **Basic/common tools**<br>*e.g., Xcode, Swift, Push Notifications* | |
| **Advanced/specialized features**<br>*e.g., ARKit, CoreML, HealthKit, CloudKit* | |
| **Testing and analytics**<br>*e.g., TestFlight, App Analytics* | |

| Approx. average DT&S cost (% revenues) | | |
|---|---|---|
| **Games** | 11% | 5% |
| **Non-Games** | 16% | 3% |

**Notes:** Revenue estimates are based on 2022 App Store data. "Small developers" are assumed to have between $10,000 and $1 million in revenue and fewer than 1 million downloads. "Large developers" are assumed to have over $1 million in revenue or over 1 million downloads. Cost estimates are based on price ranges of comparable tools in each DT&S category.

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

Highly Confidential - Attorneys' Eyes Only    14

CX-0014.15

Case 4:20-cv-05640-YGR    Document 1542-8    Filed 05/07/25    Page 16 of 70

# Developer tools and services example: Game engines

- Game engines are **software frameworks** for creating games (i.e., tools for rendering, physics, level creation, animation, etc.)

- **Examples**: Unity, Unreal Engine (Epic)

- Unreal Engine and Unity together accounted for 58% of game engines on Steam in March 2022, with in-house engines being the only other category with over 5%

- **Pricing**: Game engines cost between **0.1%** and **5%** of developer revenues

| Game engine | Pricing model | Illustrative cost | | |
| --- | --- | --- | --- | --- |
| | | Small developer | Large developer | % revenue |
| **Unreal Engine** | 5% royalty on annual revenues above $1m (0% otherwise) | $0 | $1.6m | **0%–4.8%** |
| **Unity** | *Price per developer-seat per year:*<br>• SMB: $399<br>• Pro: $2,040<br>• Enterprise: Negotiated | $2,000 | $40,800 | **0.1%–1%** |

**Notes:** Revenue estimates are based on 2022 App Store data. "Small developers" are assumed to have between $10,000 and $1 million in revenue and fewer than 1 million downloads. "Large developers" are assumed to have over $1 million in revenue or over 1 million downloads. Illustrative cost based on average large game developer App Store revenue of ▮. Steam statistics count each game equally.

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

Highly Confidential - Attorneys' Eyes Only    15

CX-0014.16



# Further details: Distribution

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

Highly Confidential - Attorneys' Eyes Only   16

CX-0014.17

# Distribution: Seamless distribution at a global scale

- **1.5 billion** Apple devices across **175 regions, 40 languages**
- **Over** ▇ of downloads come from **outside** developers' home countries
- ▇ weekly app **downloads,** ▇ **redownloads**
- ▇ weekly app **updates, 99%** of which are **automatic**
- ▇ of data transferred in 2022 for small and large developers
- Equates to an estimated ▇ in annual AWS CloudFront data transfer costs

| | Downloads per developer (2022) | Redownloads per developer (2022) | Updates per developer (2022) |
|---|---|---|---|
| **Small developers** | | | |
| **Large developers** | | | |

**Notes:**
[1] Downloads from App Store 2022 downloads data, limited to apps with in-app revenue in 2022.
[2] "Small developers" are developers with fewer than 1 million downloads and fewer than $1 million in total revenues in 2022. "Large developers" are developers with at least $1 million in revenues or one million downloads in 2022. Excludes "casual developers" – developers with less than $10,000 in revenues in 2022.
[3] Redownloads are estimated using overall ratio of weekly downloads to redownloads (1:2).
[4] Updates are estimated using the overall ratio of downloads to updates.

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

Highly Confidential - Attorneys' Eyes Only   17

CX-0014.18

# Benefits of App Store distribution capabilities

**1. Dynamic access to hosting infrastructure**

- Centralized mechanisms for update notification and deployment
- Structured for global audience (localization)
- Ability to handle high download volumes (unlimited bandwidth, content delivery network)
- Quick and reliable delivery, seamless restoration on new devices
- Off-premise storage for app content (On-Demand Resources)

**2. Automatic updates**

- Improved user experience (less attrition, enhanced app monetization)
- No delay or hassle for users, minimized risk of service interruption, timely roll out of new features
- Reduced support costs (less downtime)

**3. Secure systems**

- Prompt distribution of patches, bug fixes
- Source code and data protection (e.g., encryption, sandboxing, app thinning, code signing)
- Review process (catches and resolves security vulnerabilities before distribution)
- User verification and authentication

Highly Confidential - Attorneys' Eyes Only   18

CX-0014.19

2-ER-143

# Distribution: Potential alternatives

- **Cloud service providers (Azure, AWS, GCP, Aliyun)**
  - Offer comprehensive suite of cloud services, including data transfer and storage capabilities, content delivery networks (CDNs), as well as related security features

- **Web infrastructure providers (Cloudflare, GoDaddy)**
  - Offer services to provide the back-end platform for users to access and download apps to their devices, including content delivery networks (CDNs), as well as related security features

- **Cost components**
  - **Data hosting** of app bundles, binaries
  - **Data storage** of on-demand resources
    - Enables faster downloads, smaller app binaries, richer app content
  - **Data transfer** of downloads and updates, which varies by app size
    - Larger size: apps with more on-device app content (e.g., graphics, sounds, animations)
    - Smaller size: apps with streaming capabilities, minimal on-device app content

- **Limitations**
  - Significant upfront costs to developers
  - Pricing structure based on usage, not sales (financially riskier for developers)
  - Deployment of new features may require more downtime, lost revenue
  - Developers responsible for managing own infrastructure, including security measures

CX-0014.20

**2-ER-144**

# Distribution: Estimated costs of deployment

- **Data transfer** costs between **4%** and **14%** of developer revenues
  - Including small game developers, revenue percentage cost is approximately **4%–25%**
  - This is a lower bound that does not include the significant value of users' trust in the App Store's privacy (e.g., App Review, which increases downloads) and piracy protection measures (which protect developers)

| | Small developer | | Large developer | |
|---|---|---|---|---|
| | **Non-Games** | **Games** | **Non-Games** | **Games** |
| **Annual developer revenue** | | | | |
| **Annual downloads, redownloads, and updates per developer** | | | | |
| **App size** | | | | |
| **Estimated cost per GB** | $0.08 | | $0.05 | |
| **Annual costs** | | | | |
| **Total (% revenue)** | **13.5%** | **24.7%** | **3.9%** | **3.8%** |

**Notes and assumptions:**
[1] Annual revenue, downloads, redownloads, and updates reflect the average for developers with in-app revenue in 2022.
[2] App size for non-games: the median size of the highest-ranking social networking apps [ ]. App size for games: the median size of the highest-ranking gaming apps [ ]. App size for small developers is assumed to be 25% smaller. App size reduced by 30% in calculations to account for file compression.
[3] Updates are assumed to be two-thirds the size of downloads and redownloads.
[4] Annual costs are average costs for developers with in-app revenue in 2022 based on transfer volume, price per GB, and app size. Cost per GB is discounted for large developers to account for typical volume discounts.
[5] Small developers assumed to have more than $10 thousand and fewer than $1 million in annual revenues and fewer than 1 million downloads. Large developers are assumed to have over $1 million in annual revenues or over 1 million downloads.

CX-0014.21

**2-ER-145**

Case 4:20-cv-05640-YGR   Document 1542-8   Filed 05/07/25   Page 22 of 70

# Distribution: Estimated costs of hosting

- **Data hosting** and related **security** costs between ▮ of developer revenues

|  | | Small developer | Large developer |
|---|---|---|---|
| **Annual revenue** | **Example** | | |
| **Annual web domain registration/renewal cost** | Cloudflare | $8–$11 | |
| | GoDaddy | $10–$50 | |
| **Annual web hosting cost** | Cloudflare | $2.4k | $12k |
| | GoDaddy | $84–$260 | |
| **Web backup** | GoDaddy | Included in hosting cost | |
| **Web security (with CDN)** | Cloudflare | Included in hosting cost | |
| | GoDaddy | $180–$240 | |
| **Total annual costs** | | $300 | $12k |
| **Total (% revenue)** | | | |

Notes:
[1] Annual revenue reflects average revenue for developers with in-app revenue in 2022.
[2] Annual cost estimates range between the lower end for small developers and the upper end for large developers.
[3] Small developers assumed to have more than $10 thousand and fewer than $1 million in annual revenues and fewer than 1 million downloads. Large developers are assumed to have over $1 million in annual revenues or over 1 million downloads.

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024                   Highly Confidential - Attorneys' Eyes Only   21

CX-0014.22

**2-ER-146**

# Users' trust in the App Store

- Through App Review, ATT, nutritional labels, etc., **Apple protects users** by keeping malware, cybercriminals, and scammers out of the App Store and **protects users' privacy** by providing increased transparency so that users can make informed decisions regarding their private information

- Users are likely to **trust more apps from a safe and closed ecosystem** such as the App Store than from an open-source environment

- By downloading from the App Store, users can trust that the app:

  - Does not contain viruses,

  - Is not a scam, and

  - Will not violate privacy

- This is particularly relevant for **small or new developers** and for more **sensitive apps** such as children, health, and business-related apps

- Developers may need to find other reputable distribution sources, or certification, which could be costly

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

Highly Confidential - Attorneys' Eyes Only    22

CX-0014.23

# Limiting the cost of piracy and misuse of brands

- Pirated apps are widespread causing **developers to lose out on the app's revenue**
  - In 2017 **~15-20%** of app downloads from third-party stores were pirated (Forbes estimate)
  - Several game developers have reported that **90%** of their app installations on Android devices are pirated versions that give them no revenues
  - In other cases, monetization tools, such as in-app purchases or advertising, are removed or replaced
- Pirated apps may also increase developers' costs
- Nefarious apps often pose as legitimate apps (e.g., Netflix) to be downloaded, potentially harming their image

Highly Confidential - Attorneys' Eyes Only  23

CX-0014.24



# Further details: Discovery

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

CX-0014.25

Highly Confidential - Attorneys' Eyes Only 24

# Discovery

- **650+** million visitors to the App Store per week on average
- The App Store helps developers showcase their products and acquire users
- **130,000 apps** featured on the App Store and Apple channels

| | Resources |
|---|---|
| **Product pages** | Standardized and customizable product pages<br>• Include description of in-app events, advertising of in-app purchases<br>• Localization (custom Pages by Region)<br>• Ratings and reviews<br>• Customization to target different audiences<br>• Statistical testing of feature changes on performance metrics |
| **Curation and personalization** | Apple editors drive traffic across all Apple platforms to product pages<br>• Now Available (Pre-Order), App of the Day, Featured Apps, Curated Lists, Apple Awards |
| **Optimization and data analytics** | Understand customer needs and drive business decisions<br>• Dashboard with performance metrics |
| **Platform and iOS discovery** | The Apple platform helps users find apps<br>• Web app icon in SpringBoard<br>• App Library (for reengagement)<br>• Spotlight search |

App Store Commission Rates and the Value of Apple and the App Store to Developers  |  Apple   |  January 2024

**Highly Confidential - Attorneys' Eyes Only**  25

CX-0014.26

# Discovery: Comparable alternatives

| | Cost comparable | Cost of selected alternatives |
|---|---|---|
| **Product pages** | • Web design, development and management<br>• Implementation of review system | Product page<br>• Templates *(one time fee)*<br>• Full-stack web developer and designer *(one time fee, incremental fees for changes)*<br><br>Review system<br>• Trustpilot *(starts at $250/month)* |
| **Curation and personalization** | • Data storage<br>• Data analytics platform<br>• Reporting tool | • Google Analytics *(free)*<br>• Kissmetrics *(starts at $299/month)*<br>• Optimizely *(price on asking)* |
| **Optimization and data analytics** | • Data storage<br>• Experiment (A/B) testing platform<br>• Reporting tools | • Google Optimize *(starts at $0/month)*<br>• Optimizely *(price on asking)*<br>• VWO *(starts at $0/month for <50,000 visitors)*<br>• Zoho *(starts at $30/month for < 10,000 visitors)*<br>• Unbounce *(starts at $145/month)* |
| **Platform and iOS discovery** | • Increase in advertising<br>• Alternative database of apps | Advertising<br>• Google/Facebook (pay as you go, $3.60 per conversion on average globally)<br>• ProductHunt *(free, one-time fee marketing agency)*<br>• AlternativeTo *(free, crowdsourcing)* |

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

**Highly Confidential - Attorneys' Eyes Only**   26

CX-0014.27

Case 4:20-cv-05640-YGR    Document 1542-8    Filed 05/07/25    Page 28 of 70

# Discovery: Cost estimation

- Advertising cost comprises the majority of the discovery cost and is estimated as downloads originated in the browse channel from the App Store times the advertising cost per download
- Costs per developer are approximately **5%** to **14%** of developer revenues
  - Including small game developers, range is approximately 5% to 21%

| | Small business | | Large business | |
|---|---|---|---|---|
| | **Games** | **Non-games** | **Games** | **Non-games** |
| **Average annual revenue** | | | | |
| **Average downloads per developer** | | | | |
| **Downloads from App Store browse** | | | | |
| **Advertising cost per download** | | | | |
| **Advertising cost (% revenue)** | | | | |
| **Non-advertising cost (% revenue)** | | | | |
| **Total discovery cost (% revenue)** | 21.4% | 13.7% | 7.5% | 4.8% |

**Notes:**
[1] Average annual revenue and downloads only for developers with IAP revenue in 2022.
[2] "Small businesses" are developers with fewer than 1 million downloads and fewer than $1m in earnings in 2022, who have consistently had more than 1,000 annual downloads. "Large businesses" are developers with at least $1 million in earnings or 1 million downloads in 2022.
[3] Advertising costs estimated using alternative advertising tools. Non-advertising costs estimated by adding the costs of alternative tools for product pages, curation and personalization, and optimization and data analytics. See Appendix slides for details.
[4] Downloads from App Store browse is calculated as the weighted average across app categories of the ratio between the number of downloads in 2022 originated from the Today, Games, and Apps tabs of the App Store (the browse channel) and the downloads originated from the browse, referrals, and search channels. App categories are weighted by the number of downloads originated from the browse channel.
[5] Advertising cost per download is equal to the minimum between Annual revenue per download and the Cost per Install (CPI).
[6] Cost per install is the effective price the developer pays each time a user installs their app as a result of an ad campaign. CPI is estimated as total ad campaign spend divided by the number of new (tracked) app installs from ad campaign. CPI is assumed to be equal to $3.60 for Non-Games and $4.30 for Games. Source: "Cost Per Install (CPI) Rates (2023)," Business of Apps, www.businessofapps.com/ads/cpi/research/cost-per-install.

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024    **Highly Confidential - Attorneys' Eyes Only** 27

CX-0014.28



Case 4:20-cv-05640-YGR    Document 1542-8    Filed 05/07/25    Page 29 of 70

Highly Confidential - Attorneys' Eyes Only

# Part 2. Benchmarking

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

CX-0014.29

Case 4:20-cv-05640-YGR    Document 1542-8    Filed 05/07/25    Page 30 of 70

# Benchmarking: Summary

- While no other platform offers the set of unique tools and services that the App Store does, the App Store **headline commission is in the range** of other integrated app stores and games marketplaces (which command a premium) and digital marketplaces

  - **~30%** for certain integrated app stores (Google Play Store, Amazon App Store)
  - **30%** for game marketplaces with platform technology (Xbox, PlayStation, Nintendo)
    - **20%–30%** for Steam, a game marketplace with no platform technology
  - **15%–25%** for software add-on marketplaces with platform tech (Adobe Exchange, SalesForce, DigitalOcean)
  - Wide variation for other digital content marketplaces with no platform technology, with 30% or more being common

- The App Store **effective commission is far less than 30%**

  - The effective commission – the rate developers pay when considering revenues *facilitated* by the App Store – falls between **2%** and **20%** for a range of digital goods and services ("DGS") app categories, including games
  - The effective commission is less than the headline commission because Apple has **reduced the commission level and incidence** over time
    - E.g., Apple allows multiplatform and "reader" apps to generate sales outside the App Store **with no commission**; when taking these additional sales into account, developers pay far less than headline rates
  - Developers can also monetize through ads, on which Apple charges **no commission**

- Some platforms are able to charge a commission on transactions they facilitate, even when payments happen through third parties

  - Reflects value of platforms and marketplaces beyond payment processing and related services
  - Incremental fees when payment occurs on platform are often **1%–4%**

App Store Commission Rates and the Value of Apple and the App Store to Developers  |  Apple  |  January 2024          **Highly Confidential - Attorneys' Eyes Only**  29

CX-0014.30

2-ER-154

# Benchmarking: App store commissions

- Commissions across app stores typically fall between **15%** and **30%**

| Select app store (platform technology) | Description of platform | Headline commission rate |
|---|---|---|
| Apple App Store | | • 30% default<br>• 15% (Small Business Program)<br>• 15% (in-app subscriptions over 1 year)<br>• 15% (premium video apps)<br>• 15% (in-app subscriptions for Apple News publisher participants) |
| Google Play Store | • Android apps<br>• Software tech<br>• Developer tools for app creation, testing, and distribution | • 30% (default)<br>• 15% (under $1m or auto-renewed subscriptions) |
| Amazon Appstore | • Android apps, especially for Amazon Fire tablets<br>• Developer tools for app submission and monetization | • 30% (default or if total revenues over $1m)<br>• 20% (if total revenues under $1m) |
| Samsung Galaxy Store * | • Android apps on Samsung Galaxy devices<br>• Developer tools for app creation and integration with Samsung devices<br>• Limited to Samsung Galaxy devices | • 30% (default, or otherwise agreed-upon rate) |
| Microsoft Store ** | • Windows-compatible apps, PC entertainment<br>• Developer tools for app creation and distribution on Windows platforms | • 15% (apps and IAP on Windows 11)<br>• 12% (PC games)<br>• 0% (non-games with 3P payment) |
| Alexa Skills | • Alexa-compatible features, games, and applications | • 20% |
| Select app store (no platform technology) | Description of platform | Headline commission rate |
| One Store (Korea) | • Apps for mobile devices (non-iOS), popular in Korea<br>• Developer tools for app creation, testing, and distribution | • 20% (default)<br>• 5% (if developer uses 3P payment) |

\* Samsung Galaxy Store platform technology is more limited, given the relatively smaller base of Samsung Galaxy devices.

\*\* In July 2021, Microsoft reduced its commission rate on non-Xbox apps and games and allowed third-party payment for non-Xbox non-game apps. Microsoft charges a higher commission rate for Xbox games (with platform technology) than for Windows games (with no or little platform technology).

App Store Commission Rates and the Value of Apple and the App Store to Developers  |  Apple  |  January 2024

**Highly Confidential - Attorneys' Eyes Only** 30

CX-0014.31

# Benchmarking: Game store commissions

- Commissions across game store marketplaces typically fall between **20%** and **30%**
  - Those including platform technology (console game marketplaces: Xbox, PlayStation, Nintendo) often charge more than distribution platforms with little or not platform technology

| Select game marketplace (platform technology) | Description of platform | Headline commission rate |
|---|---|---|
| Xbox | • Subset of Microsoft Store<br>• Games, entertainment on Xbox console<br>• Developer tools for creating (including game engine) and publishing games | • 30% |
| PlayStation | • Games and entertainment on PlayStation devices<br>• Developer tools for creating (including game engine) and publishing games | • 30% |
| Nintendo | • Games, entertainment on Nintendo devices<br>• Developer tools for creating and publishing games | • 30% |

| Select game marketplace (no platform technology) | Description of platform | Headline commission rate |
|---|---|---|
| Steam | • Distribution and monetization platform for PC games<br>• Developer tools for game creation and distribution<br>• Community features and multiplayer integration | • 30% (under $10m revenue)<br>• 25% (between $10-50m revenue)<br>• 20% (above $50m revenue) |
| Epic Games | • Distribution platform for PC games<br>• Developer tools for game creation (including game engine) and distribution | • 12% (unprofitable, possibly litigation driven – includes Unreal Engine royalty) |
| Origin | • Electronic Arts games and games from select third-party developers<br>• Community features | • Unknown |
| WeGame | • Tencent marketplace for games from various developers<br>• Developer tools such as WeGame SDK and API | • Negotiated case-by-case |
| Game Jolt | • Marketplace for independent video games | • 0%–10% (chosen by developer) |
| Itch.io | • Marketplace for independent video games | • 10% (default, developer can choose to change to any value) |

App Store Commission Rates and the Value of Apple and the App Store to Developers  |  Apple  |  January 2024

**Highly Confidential - Attorneys' Eyes Only** 31

CX-0014.32

2-ER-156

Case 4:20-cv-05640-YGR    Document 1542-8    Filed 05/07/25    Page 33 of 70

# Benchmarking: Software add-on commissions

- Commissions across software add-on marketplaces with platform technology typically fall between **15%** and **25%**

| Select software add-ons | Description of platform | Headline commission rate |
|---|---|---|
| Adobe Exchange | • Adobe-compatible extensions and plug-ins<br>• Developer tools for creating, publishing extensions | • 15% |
| Salesforce AppExchange | • Third-party apps integrated with Salesforce<br>• Developer tools to integrate CRM with other products | • 15% (independent software vendor)<br>• 25% (OEM embedded apps) |
| Shopify App Store | • Shopify-compatible third-party apps and integrations<br>• Enhances functionality of Shopify-powered stores<br>• Developer tools for creating, publishing extensions | • 20% (default)<br>• Reduced rate plan upon registration: 0% under $1m; 15% over $1m |
| DigitalOcean Marketplace | • Deploys pre-configured applications, cloud infrastructure | • 25% |
| Atlassian Marketplace | • Apps, add-ons, plug-ins, integrations with Atlassian products Jira, Confluence, Bitbucket, and more<br>• Developer tools for creating, publishing products | • 15% (cloud apps)<br>• 25% (data center apps)<br>• 25% (server apps) |

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

**Highly Confidential - Attorneys' Eyes Only**    32

CX-0014.33

# Benchmarking: Digital content commissions

- Commissions across digital content marketplaces vary significantly with 30% or greater headline commission rate being common; these marketplaces do not offer platform technology

| Select digital content marketplace | Description of platform | Headline commission rate |
|---|---|---|
| Spotify for Podcasters | • Platform for creators to upload, distribute podcasts<br>• Offers tools to monetize podcasts through subscriptions or ads<br>• Tools for analytics, growing audience | • 30% for Ambassador ads feature<br>• 5.5% for subscriptions<br>• 0.8-1.6% (foreign exchange fee)<br>• $0.20-0.30 (cash-out fee) |
| Twitch | • Platform for live streaming (primarily gaming), interacting with audience<br>• Tools for creators to monetize content | • 50% (subscriptions)<br>• 25% (advertising minimum) |
| Roku | • Media platform for TV and video content, such as streaming, apps, or stand-alone titles | • 20% (pay-to-install or in-channel purchases)<br>• 30% (of advertising inventory) |
| YouTube | • Video-sharing platform that allows users to upload and/or watch videos<br>• Creator tools to edit videos, engage with audience, monetize content | • 30% (channel memberships)<br>• 30% (Super Chats, Stickers, Thanks)<br>• 45% (Partner advertising)<br>• 55% (Shorts advertising) |
| Amazon Prime Video Direct | • Self-publishing platform for creators to upload, distribute videos on Prime Video | • 50% (purchases, rentals) |
| Kindle Direct Publishing | • Self-publishing platform for authors to publish, distribute paperback and eBooks books through Amazon and Kindle | • 30% (US ebooks between $2.99–$9.99)<br>• 65% otherwise |
| Barnes and Noble Press | • Self-publishing platform for authors to publish, distribute paperback and eBooks books through Barnes and Noble and Nook | • 30% (ebooks)<br>• 45% (print books) |
| Kobo | • Self-publishing platform for eBooks, audiobooks<br>• Offers creators ability to be paid based on time spent on their titles | • 30% (ebooks between $1.99–$12.99; 55% otherwise)<br>• 55% (audiobooks over $2.99; 65% if under) |
| Audible | • Platform for distributing audiobooks that supports self-publishing<br>• Supports creators by funding creation of exclusive content | • 60% (exclusive content)<br>• 75% otherwise |
| Patreon | • Platform for creators to interact with their communities, build their business<br>• Provides tools for marketing, hosting multimedia content, tax filings, etc. | • 8% (Pro)<br>• 12% (Premium)<br>Plus payment processing, currency conversion, payout fees, and payment processing, and applicable taxes |

Highly Confidential - Attorneys' Eyes Only   33

CX-0014.34

Case 4:20-cv-05640-YGR    Document 1542-8    Filed 05/07/25    Page 35 of 70

# App Store effective commissions: Reduced over time

- The App Store "effective commission" is the commission rate developers pay when considering revenues *facilitated by* the App Store, not just *billings through* the App Store

- The App Store effective commission rates are **far less** than headline rates because Apple has **reduced the commission level and incidence** over time:

  ■ **2011**: Apple allows **"reader" apps** – no commission on purchases made outside App Store

  ■ **2017**: 15% commission on **in-app subscriptions lasting over a year** and for premium video apps (**Video Partner Program**)

  ■ **2018**: Apple allows **multi-platform** services – no commission on purchases made outside App Store

  ■ **Jan 2021**: 15% for developers earning up to $1m per year (**Small Business Program**)
    - *Mar 2021: Google lowers Play Store commission on first $1m of revenue from 30% to 15%*
    - *Oct 2021: Google reduces Play Store commission on IAP subscriptions from 30% to 15%*

  ■ **Jan 2021**: 15% commission on in-app subscriptions for **news publishers who participate in Apple News**
    - *July 2021: Microsoft reduces commission on non-Xbox apps and games, allows third-party payment for non-Xbox non-game apps*

  ■ **2022**: Apple allows "reader" apps to direct customers to their own websites to manage accounts; communicate with users

CX-0014.35

**2-ER-159**

# App Store effective commissions: Analysis

- As noted above, Apple does not charge a commission on multiplatform and reader app sales that occur outside of the App Store despite being consumed on iOS apps; developers can also monetize through ads, on which Apple charges no commission

- We therefore estimate effective commission rates using **total billings and sales** facilitated by the App Store from the 2021 ecosystem study, which takes into account multiplatform usage, reader app carveouts, and advertising revenues

- We find that the average effective commission rate across select categories was ▮ in 2021, far less than both the headline commission and the actual commission rate paid based only on App Store billings

| Selected app category | App Store billings ($B) | Facilitated billings and sales estimate ($B) | Actual commission rate | Effective commission rate* |
|---|---|---|---|---|
| **Games** | | | | |
| **Video streaming** | | | | |
| **eBooks and audiobooks** | | | | |
| **Music streaming** | | | | |
| **News and magazines** | | | | |
| **Enterprise** | | | | |
| **Other** | | | | |
| **Total** | | | | |

**Notes:**

* Non-games advertising is only available in aggregate. We added non-game advertising to the total to calculate a more accurate average commission rate. Category level effective commission rate are underestimates for all categories but games as they do not incorporate advertising.

[1] Facilitated billings and sales estimate from 2021 ecosystem study. Facilitated billings and sales for the Other category was proxied by App Store billings. For games, facilitated billings and sales is App Store billings plus advertising revenues. For non-games, advertising revenues are ▮.
[2] Effective commission rate calculated as (Actual commission rate) × (App Store billings / billings and sales facilitated by the App Store).
[3] Video streaming billings and sales estimate includes Apple TV revenues.

# Benchmarking details: Platform fee structures

- Certain platforms charge separately for (i) using/accessing the platform and (ii) processing payments on the platform

- Shows that charging a commission even when payments happen through third parties is possible and supported by the market

- The **value** of a platform **extends beyond payment processing** and related services

- Incremental fees when payment occurs on platform are typically **1%–4%**

| Selected marketplace | Fees for platform use | Incremental fees when payment occurs on-platform |
|---|---|---|
| **Google Play\*** | *List app on app store (platform tech, developer tools and services, discovery, distribution):*<br>• 26% (27% EEA) default<br>• 11% (12% EEA) under $1m or auto-renewed subscription | *Use Google Play Store billing system:* 4% (3% EEA) |
| **Shopify** | *Access to platform (create storefront, retail reports, use logistics tools) + off-platform payment fees:*<br>• $39 / mo. + 2.0% (Basic)<br>• $399 / mo. + 0.5% (Advanced)<br>• $2,000 / mo. + 0.15% (Plus) | *Use Shopify Payments:*<br>• 0.9% + 30¢ (Basic)<br>• 1.9% + 30¢ (Advanced)<br>• 2.0% + 30¢ (Plus) |
| **Etsy** | *Transaction fee and listing fee per item:* 6.5% + 20¢ / listing | *Use Etsy Payment:* 3% + 25¢ |
| **Booking.com** | *Commission per travel reservation (paid even if guest pays at the property):* 15% | • *Payment through virtual credit cards:* Passthrough of credit card per transaction fees<br>• *Payment through bank transfer:* 1.1% to 3.1% |
| **One Store (Korea)** | *List app on app store (distribution, discovery, developer tools and services):* 5% | *Use One Store's payment system:* 15% |

\*Google Play allows developers to display alternative billing systems for IAP in India and South Korea, and for non-games IAP in the European Economic Area (EEA) and for developers participating in a pilot program

Highly Confidential - Attorneys' Eyes Only

CX-0014.37

**2-ER-161**

Case 4:20-cv-05640-YGR   Document 1542-8   Filed 05/07/25   Page 38 of 70

# Part 3. Economic framework for considering alternative pricing options

Highly Confidential - Attorneys' Eyes Only   37

App Store Commission Rates and the Value of Apple and the App Store to Developers  |  Apple   |   January 2024

CX-0014.38

# Off-app purchases: Summary

- How to charge a commission or fee for a purchase that happens after the user clicks a link that goes out of the app? Possible benchmarks:

  - **Affiliate programs,** which offer affiliates (e.g., bloggers, publishers, website owners) a commission on referrals during a given time window to promote products

    - **Tracking windows** (or cookie durations) determine the time period within which affiliates can earn a commission; a commission is paid if buyer clicks affiliate link, makes purchase within specified time

      - This requires a **tracking mechanism** to follow off-app activities; tracking mechanisms can be customer-based (i.e., cookies stored on customer hardware keep track of an affiliate click) or server-to-server based (i.e., a tracking link that includes affiliate information and is connected with a purchase by the seller's server)

    - The time period during which an affiliate earns a commission for a referral vary significantly (between **24 hours** and **90 days** among the examples in our review)

  - **Ad campaigns run by developers** with the help of Mobile Measurement Partners ("MMPs"). MMPs attribute app installs and re-engagement to ads based on either ad clicks or ad views ("view-through") during a given window or through probabilistic models. They similarly need tracking mechanisms to link ad views or clicks to installs or re-engagement

    - Typical default MMP lookback windows are **7 days click** and **1 day view-through**

    - Effective cost per install in the US is **$5.30** ($6.60 for games)

  - **The goal of a typical affiliate program or ad campaign run by developers is discovery,** which is believed to be effective during a limited time window; platform tech, developer tools and services, and distribution may contribute continuously to purchases of DGS used on the platform and provide value beyond any time window

**Note:** effective US cost per install estimate includes both iOS and Android; the iOS eCPI is likely higher.

App Store Commission Rates and the Value of Apple and the App Store to Developers  |  Apple  |  January 2024

Highly Confidential - Attorneys' Eyes Only    38

CX-0014.39

Case 4:20-cv-05640-YGR   Document 1542-8   Filed 05/07/25   Page 40 of 70

# First-party affiliate programs

- Firms can use affiliate programs to sell their own products ("first party")

- For first-party affiliate programs, tracking windows range between **14 days** and **90 days** for the examples we reviewed

- Affiliate commission rates are between **1%** and **20%** for the examples we reviewed

- Economics suggests that the affiliate commission rate would be related to the profit margin of the first on the promoted products

  - Hence direct comparison of affiliate commission rates is not straightforward (e.g., an affiliate commission rate of 1% on a product with a small margin could be equivalent to a 50% commission rate on a product with a high product margin)

| Affiliate program | Description | Tracking window | Affiliate commission rate |
|---|---|---|---|
| **Bluehost** | Affiliates use ads, links to promote Bluehost web hosting services (e.g., WordPress) | 90 days* | $65 per sale |
| **Norton LifeLock** | Affiliates use ads and links to promote Norton LifeLock cybersecurity products and services | 30 days* | 20% |
| **Wall Street Journal** | Affiliates use unique links to promote subscriptions to WSJ-affiliated publications | 30 days | $24 per sale |
| **Microsoft** | Affiliates use ads or links to promote certain Microsoft first-party products or services (e.g., Xbox consoles, Office 365) | 14 days | $1.30–$10 (subscription) 1%–7% (varies by category)** |
| **McGraw Hill** | Educational partners promote products, including ebooks | 30 days | 8% (eBooks) or 4% (books) |

**Notes:** [*] first-party source. [**] See Appendix slides for details on by-category variation.

CX-0014.40

**2-ER-164**

Case 4:20-cv-05640-YGR   Document 1542-8   Filed 05/07/25   Page 41 of 70

# Platform affiliate programs

- Platforms can also use affiliate programs to boosts the sales of third-party merchants on the platform

  - In some cases, the platform may also offer their own first-party products (e.g., Amazon)

- Tracking windows range between **24 hours** and **30 days** for platforms selling third-party products for reviewed examples

- Affiliate commission rates are between **1%** and **10%** for reviewed examples

  - Platforms only earn revenues from commissions for sales by third parties

    - Economics would suggest that the affiliate commission rate would be related to the platform commission on the sales made by third-party merchants

  - Effective affiliate commission rates are between **7%** and **67%** of platform commission

  - We observe variation in rates within individual affiliate programs; retailers may offer higher affiliate commission rates for products with more affiliate-driven demand (e.g., fashion) and/or products with higher platform commissions

| Affiliate program | Description | Tracking window | Affiliate commission rate | Effective affiliate commission rate out of platform commission |
|---|---|---|---|---|
| eBay | Partners create content to promote certain eBay listings or product categories | 24 hours* | 1%–4% (varies by category)** | 8%–47% |
| Etsy | Affiliates create content to promote certain Etsy listings and drive traffic and sales to Etsy | 30 days (7 days in app)* | 4% | 62% |
| Amazon** | Affiliates use ads or links to promote certain Amazon products or categories | 24 hours* | 1%–10% (varies by category)** $0.15–$15 (subscription) | 7%–67% (goods) |
| Walmart** | Affiliates use ads or links to promote certain Walmart products or categories | 3 days | 1%–4% (varies by category)** | 7%–27% |

Notes: [*] first-party source. [**] See Appendix slides for details on by-category variation; Amazon and Walmart sell both first and third-party products. 63% of Amazon's sales are third-party sales.

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple  | January 2024

CX-0014.41

Highly Confidential - Attorneys' Eyes Only  40

**2-ER-165**

Case 4:20-cv-05640-YGR   Document 1542-8   Filed 05/07/25   Page 42 of 70

# Platform affiliate programs

- Platforms can also use affiliate programs to boosts the sales of third-party merchants on the platform

  - In some cases, the platform may also offer their own first-party products (e.g., Amazon)
- Tracking windows range between **24 hours** and **30 days** for platforms selling third-party products for reviewed examples
- Affiliate commission rates are between **1%** and **10%** for reviewed examples

  - Platforms only earn revenues from commissions for sales by third parties

    - Economics would suggest that the affiliate commission rate would be related to the platform commission on the sales made by third-party merchants

- Effective affiliate commission rates are between **7%** and **67%** of platform commission

- We observe variation in rates within individual affiliate programs; retailers may offer higher affiliate commission rates for products with more affiliate-driven demand (e.g., fashion) and/or products with higher platform commissions

| Affiliate program | Description | Tracking window | Affiliate commission rate | Effective affiliate commission rate out of platform commission |
|---|---|---|---|---|
| eBay | Partners create content to promote certain eBay listings or product categories | 24 hours* | 1%–4% (varies by category)** | 8%–47% |
| Etsy | Affiliates create content to promote certain Etsy listings and drive traffic and sales to Etsy | 30 days (7 days in app)* | 4% | 62% |
| Amazon** | Affiliates use ads or links to promote certain Amazon products or categories | 24 hours* | 1%–10% (varies by category)** $0.15–$15 (subscription) | 7%–67% (goods) |
| Walmart** | Affiliates use ads or links to promote certain Walmart products or categories | 3 days | 1%–4% (varies by category)** | 7%–27% |

Notes: [*] first-party source. [**] See Appendix slides for details on by-category variation; Amazon and Walmart sell both first and third-party products. 63% of Amazon's sales are third-party sales.

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

CX-0014.42

**Highly Confidential - Attorneys' Eyes Only**   41

# Developer ad campaigns

- Developers use MMPs to measure the effectiveness of their ad campaigns

  ▪ MMPs attribute app installs to ads based on either ad clicks or ad views ("view-through"), or probabilistically

  ▪ MMPs can also track other events, e.g., re-engagement (users re-opening or installing app previously used)

- MMPs allow developers to calculate the effective cost per app install (eCPI) as the ratio of ad spend to downloads

  ▪ The eCPI in the US is approximately **$5.30** overall ($6.60 for games). This estimate includes both iOS and Android; the iOS eCPI is likely higher

Highly Confidential - Attorneys' Eyes Only   42

CX-0014.43

# Length of click and view-through lookback windows

- As part of the attribution process, MMPs allow developers to set the length of click and view-through lookback windows (i.e., how long after the ad click/impression a user installs an app)
  - Typical default MMP lookback windows are **7 days click** and **1 day view-through**
  - Certain "walled garden" ad networks called self-attributing networks ("SAN's), like Google, Meta Ads, Snapchat, or Apple Search Ads, use longer click default windows, up to 30 days

| MMP | Click lookback window | View-through lookback window |
|---|---|---|
| Adjust | 7 days | 1 day |
| AppsFlyer | 7 days | 1 day |
| Branch | 7 days | 1 day |
| Kochava | 30 days | 1 day |
| Singular | 7 days | 1 day |
| SAN | Click lookback window | View-through lookback window |
| Apple Search Ads | 30 days | 30 days |
| Facebook | 7 days | 1 day |
| Google | 30 days | 1 day |
| Snapchat | 28 days | 1 day |
| Twitter | 30 days | 1 day |

**Note:** Default lookback windows shown. Developers can manually adjust the length of their lookback windows.

CX-0014.44

Highly Confidential - Attorneys' Eyes Only    43

# Leakage risks

- If Apple charges a commission for off-app purchases, **leakage** may become an issue and reduce commissions charged

  - Leakage: When participants meet on a platform but take their transactions off-platform to avoid paying a commission

- Leakage important to:

  - Predict who will keep using IAP vs. link out
  - Think about how to price if monitoring revenue and charging a commission is not possible

- What **factors** determine the potential magnitude of leakage (relevant for App Store)?

| **Value of typical transaction** | With no leakage, marketplaces typically find it optimal to charge higher fees for higher-value transactions. However, high fees incentivize parties to transact off the platform (e.g., Airbnb vs. Uber). |
| **One-off vs. repeated transactions** | Repeated transactions build trust, making parties more willing to transact directly and off platform (e.g., dog walker vs. Uber driver); they also make parties more likely to pay frictional costs to bypass platform (i.e., fixed costs), since such costs are spread across more transactions. |
| **Value of transacting on the platform** | The more frictions between parties, the higher the value of transacting on the platform. For example, asymmetric information makes it riskier to transact directly. Setting up payment also requires trust. |

CX-0014.45

**2-ER-169**

Case 4:20-cv-05640-YGR   Document 1542-8   Filed 05/07/25   Page 46 of 70

# How to price with leakage and collection risks

- **Collection risks** are also an issue if Apple has no visibility into transactions: developers may not pay the commissions they owe

  - Incorporating 3P payment solutions within the purchase flow managed by Apple so it would stay within the app could improve visibility into transactions (may help for one-off purchases like coins, may not help for recurring charges like subscriptions)

- When leakage is so large that platforms are unable to use transaction fees, they often monetize through other types of fees, such as:

1. **Subscription fees** to one or both sides of the platform

   - ZipRecruiter has several tiers of subscription fees for recruiters based on the number of allowed job postings

   - Dating platforms (e.g., Bumble, Hinge, Tinder) have several tiers of subscriptions based on allowed functionalities

2. Fees for **listing, advertising,** or for **more important placement on the platform**

   - Taobao had a no-fee model and attempted a "bidding for ranking" model, reserving the best slots in each channel for bidding

3. Fees to product or service providers **for new customer referrals**

   - Thumbtack helps consumers find service professionals

   - Capterra helps businesses find suitable business software

**2-ER-170**

Case 4:20-cv-05640-YGR    Document 1542-8    Filed 05/07/25    Page 47 of 70

# Platform commissions vs. flat fees

- **Commissions** are paid per effective transaction and regulate activity on a platform

  - From a developer perspective, **commissions make innovation (creating new apps) and platform participation less risky**

    · Apple technology and services are provided for a minimal fee, and developers only pay if they receive revenue from an app

  - However, commission structures can lead to platform leakage as developers seek to avoid paying commissions

- **Flat fees** help control participation in a platform by making the use of a platform costly

  - From a developer perspective, **flat fees increase risk and may discourage innovation**

    · Developers have to pay a fee to participate on the Apple platform regardless of the success of their app. This fixed cost encourages safe apps and less risk-taking

  - However, flat fees can also be structured to scale with developers' willingness to pay for platform participation, so that developers who value the platform less pay less to use it (e.g., tiered pricing for small developers)

Highly Confidential - Attorneys' Eyes Only   46

CX-0014.47

# Mechanism design 101

- When thinking about what allowing payments outside of the App Store could mean for Apple, there is a need to consider developers' and users' behavior

  - **Individual rationality ("IR")** or participation constraint

    - Think at the margin: a developer will make a decision "at the margin" based on their own numbers, not based on the average (e.g., a $15 cost per click may make sense for a yearly subscription but not for purchasing a $4 boost)

  - **Incentive compatibility ("IC")**

    - If using segmented pricing such as game v. non-game, want to price such that game developers pick the game pricing, and non-game pick the non-game pricing

- The current App Store pricing model is based on two core Apple principles: everybody is charged the same (with some caveats), and design is simple

- An alternative pricing model would need to:

  - Consider simple tiering (free tiers for small developers; increasing or decreasing price depending on goal)

  - Think about what incentives are being created and how developers will try to to go around them (e.g., if Apple charges a commission on purchases made within 24 hours of a click, developers could try to create incentives to get users to pay more than 24 hours later)

Highly Confidential - Attorneys' Eyes Only  47

CX-0014.48



**Appendices**

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple · January 2024

**Highly Confidential - Attorneys' Eyes Only**   48

CX-0014.49

Case 4:20-cv-05640-YGR     Document 1542-8     Filed 05/07/25     Page 49 of 70



# Appendix 1. Platform technology

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple   January 2024

**Highly Confidential - Attorneys' Eyes Only** 49

CX-0014.50

# Platform technology: Summary of prior findings

- We evaluated pricing for platforms similar to Apple's platform technology

## App store technology platforms

- Smartphone app stores, gaming consoles, Shopify app store: bundled pricing broadly similar to App Store
- Computer operating systems: free
- Smart TVs: commissions can be charged on ad revenue
- e-commerce business services: commission-based pricing, rates decline with revenues

## Brick-and-mortar retail

- Airports, malls: frequently include "percent leases" with built-in commission
- Farmers' markets, grocery stores, movie theaters: negotiated pricing

## Technology infrastructure only

- Chip foundries, ghost kitchens: negotiated rates frequently include commission

- We did not include platforms for which the "platform technology" aspect is less relevant (i.e., which primarily help with commerce, distribution, and discovery)
  - Therefore, excluding marketplaces such as Uber, Airbnb, and eBay

# Platform technology detail: E-commerce business services

- E-commerce business services provide technological tools for capability expansion but have no demand generation aspect

    - Create e-storefront: build website, web hosting, DNS services
    - Manage orders and deliveries: inventory management, shipping assistance
    - Use customer data: get and interpret sales analytics

- Examples: Shopify and Adobe Commerce (Magento)

    - **Pricing**: charge ≈ **0.5%–5%** of revenue, decreasing with volume

- Considerations:

    - Most of what e-commerce stores sell are physical goods and services, which have high marginal costs (product/service costs + fulfillment); very different from digital goods and services, which typically have very low marginal costs (in particular games; not necessarily the case when apps need to pay royalties based on usage)
    - Calculate low marginal cost equivalent by normalizing with e-commerce margins (25%–40%)
    - **Pricing equivalence**: ≈ **1%–20%** for digital goods and services with low marginal cost (decreasing with volume)

Highly Confidential - Attorneys' Eyes Only   51

CX-0014.52

**2-ER-176**

# Platform technology detail: Physical retail platforms

- Physical retail platform operators own and lease retail space to retail stores as part of bigger complexes (e.g., airports, malls)
  - In addition to physical space for store, provide a common physical space for customers and amenities (e.g., free parking, bathrooms)
  - Manage upkeep of property
  - Manage security, taxes, and regulation

- **Pricing**: physical retail spaces often charge ≈ **5%–20%** of store revenue in percentage rent

- Price discrimination for airports
  - Low margin businesses pay lower %
  - Tiered percentage rent can be increasing (e.g., SFO)
  - Single concessionaire of business type pays more

- Adjustments?
  - High marginal costs for stores (COGS) (would want to adjust up)
  - Physical space can be expensive (potentially would want to adjust down)

Highly Confidential - Attorneys' Eyes Only    52

CX-0014.53

# Platform technology detail: Shopping malls / Airports

Offer physical space for stores and customers along with ancillary services like restrooms. Shopping may be the primary (mall) or ancillary (airport) purpose.

| | Similar to Apple platform tech | Different from Apple platform tech |
|---|---|---|
| **Common infrastructure** | • Attract stores and customers by providing high-quality infrastructure (e.g., climate control, maintenance, cleaning, restrooms)<br>• Provide a well-trafficked space for concession stores to build on<br>• Provide security and compliance (e.g., permits) | • Infrastructure is physical-only<br>• Physical space constraints, potential for crowding<br>• Platform controls supply (e.g., by limiting the total number of stores and stores of any given type) |
| **Capability expansion** | • Somewhat limited<br>• Complementarities among stores can increase sales | • Physical infrastructure limited by its dual role (e.g., staff and goods must go through security at airport concession stores)<br>• Physical location determines customer base and hence capability expansion<br>• Customer base may be captive (e.g., airports, sporting events) |

### Pricing model

• Rent space to stores; rates are determined by square footage, location within the complex, expected sales, and complex quality/location (like real estate leases)
• "Percent leases": pay a minimum fixed fee and a share of monthly revenue (e.g., vendor pays rent plus 10% of revenue to airport)
• Price discrimination: Percent leases enable price discrimination; special rates for first-time vendors

Examples: malls, airports, department stores

CX-0014.54

**2-ER-178**

# Platform technology detail: Airport concessions

- Typically, a **percentage of revenues** (i.e., commission rate) of **~8%–18%** and a **minimal annual guarantee**
- Pricing varies *across* airports
- Pricing varies *within* airports based on business characteristics:

| | Within-Airport Pricing Heterogeneity |
|---|---|
| **Type** | **Lower-margin types of businesses pay a lower commission rate**<br>• Lower revenue percentage (8%–15%) for specialty retail and food<br>• Higher revenue percentage (15%–18%) for convenience retail (e.g., Hudson News) |
| **Revenues** | **Higher-revenue businesses pay a higher marginal commission rate**<br>• Higher rates for greater concessionaire revenues<br>  • *Example:* SFO commission rate is 12% below $500k in annual revenue, 14% between $500k and $1m, and 16% above $1m |
| **Owner** | **Small, minority-, women-, or disabled-owned businesses pay a lower commission rate**<br>• Discounts for disadvantaged business owners (mandated by federal law in US)<br>• Discounts for small businesses |
| **Model** | **Businesses that lease all stores within a category pay a higher commission rate**<br>• Higher revenue percentage when all category space is leased to a single concessionaire (e.g., all bookstores are W.H. Smith) |

54

**Highly Confidential - Attorneys' Eyes Only**

CX-0014.55

**2-ER-179**

# Platform technology detail: Cloud services

- Developers can use Apple platform technology to run apps, or run similar apps on the cloud

| | Apple platform value | Cost comparable |
|---|---|---|
| **Application (General cloud)** | Apps run on Apple hardware; developers could instead run website/webapps | Cost of hosting, cloud compute, and cloud storage |
| **Storage (CloudKit)** | iCloud stores app data securely for efficient syncing, monitoring and management; developers could instead use third-party cloud services | Cost of secure, worldwide, enterprise-grade cloud infrastructure to replicate CloudKit |
| **Processing (Core ML)** | Developers can use on-device ML capabilities; developers could instead use cloud services to run ML | Cost of cloud ML resources (cloud compute, cloud storage) |
| **Gaming (Cloud Gaming)** | Gaming apps rely on iPhone technology, graphics, frameworks, and computing resources; developers could instead use cloud gaming infrastructure to stream games | Cost of operating cloud gaming infrastructure: computing/graphics resources, data transfer as % of revenue |

Highly Confidential - Attorneys' Eyes Only 55

CX-0014.56

**2-ER-180**

# Appendix 2. Developer tools and services

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

**Highly Confidential - Attorneys' Eyes Only** 56

CX-0014.57

Case 4:20-cv-05640-YGR   Document 1542-8   Filed 05/07/25   Page 58 of 70

# Developer tools and services

- Pricing varies by product type and developer size, and can be subscription- or usage-based
- Many tools and services are also provided for free by large companies[A] or non-profit organizations

| | | Comparable Examples | Pricing | |
|---|---|---|---|---|
| | | | Small | Large |
| Subscription-based | Integrated Development Environment | App Code, MS Visual Studio, Gluon, Sublime Text | $200–$1,300 per developer-seat | $200–$3,000 per developer-seat |
| | Programming languages and compilers | Java, Elements, C++ Front End | $800+ | $8,000–$50,000 |
| | Developer programs | Google Play, Amazon Appstore, Samsung Galaxy | $0–$25 [A] per developer | |
| | Developer analytics | App Annie, Conversion, Amplitude Analytics, Google Analytics, Appfigures, Mixpanel | $3,600–$24,000 | $36,000–$60,000 |
| Usage-based | Frameworks, API libraries | Firebase (cloud), Unity (game), Google Maps and Bing (map), Plaid, Terra, Twilio | tiered, depending on requirements | |
| | Innovative technologies | ARKit, Push Notifications, LiveChat, Fairplay Streaming | tiered, depending on features | |
| | Testing tools | Appetize, Kobiton, Perfecto, Circle CI, TestFairy, MS App Center | tiered, depending on requirements | |
| | Developer protections | Android DRM, SafetyNet | free [A] | |
| | Developer education & support | Microsoft Build, Google I/O, Udemy, Code Academy, CodeMonkey | tiered, depending on courses and participants | |

[A] Offered by a digital platform using the same model as Apple (e.g., Google Play), which therefore does not reflect stand-alone pricing

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

Highly Confidential - Attorneys' Eyes Only 57

CX-0014.58

**2-ER-182**

# Developer tools and services: Assumed packages

| | Small Developer 3-8 developers | Large Developer 10-20+ developers |
|---|---|---|
| Integrated Development Environment | • Cross-platform development plus some advanced capabilities<br>• $200–$1,300 per developer-seat | • Cross-platform development plus advanced capabilities<br>• $200–$3,000 per developer-seat |
| Programming languages and compilers | • Compilers with multiple language support<br>• $800 per developer-seat | • Compilers with advanced capabilities for multiple languages including C++<br>• $8,000-$50,000 |
| Developer analytics | • Tool capabilities include app analytics, data export, subscriber trends and financial reports<br>• $3,600–$24,000 | • Same capabilities as small developer<br>• $36,000–$60,000 |
| Frameworks, API libraries | • Advanced capabilities not required | • Cross-platform game development (3D, VR & AR)<br>• Unity Enterprise license: $48,000 for 20 developer seats |
| Testing tools | • Xcode simulator and capabilities offered by TestFlight<br>• $480–$4,800 | • Same capabilities as small developer plus additional requirements<br>• $24,000–$36,000 |
| Innovative Technologies | • Advanced capabilities not required | • Unreal Engine (or comparable) licensing: 5% of revenues above $1m |
| Total Cost (approximate, average) | $10–15k | $50k+ |

CX-0014.59

2-ER-183

Case 4:20-cv-05640-YGR    Document 1542-8    Filed 05/07/25    Page 60 of 70

# Developer tools and services: Cost estimate (games)

- **DT&S pricing:** between ▮ and ▮ of average revenues

  - Because of fixed costs, DT&S costs may be as much as ▮ of revenues for small developers

| DT&S category | Small developer | | Large developer | |
|---|---|---|---|---|
| | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| **Annual revenues** | | | | |
| **Number of developers** | | | | |
| IDEs | | | | |
| Programming languages | | | | |
| Developer programs | | | | |
| Developer analytics | | | | |
| Frameworks | | | | |
| Innovative technologies | | | | |
| Testing tools | | | | |
| Developer protections | | | | |
| Dev. education & support | | | | |
| **Total** | | | | |
| **Total (% revenue)** | | | | |
| **Average (% revenue)** | | | | |

**Notes:** Annual revenue cutoffs from 2020 App Store billings data. "Small developers" are assumed to have between $10,000 and $1 million in revenue, and "Large developers" are assumed to have over $1 million in revenue. Revenue cutoffs represent average billings for non-game (low) and game (high) developers. Cost estimates are based on price ranges of comparable tools in each DT&S category. Fees for developer programs and developer education & support are often negotiated and likely minimal, so these costs were not included.

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

**Highly Confidential - Attorneys' Eyes Only** 59

CX-0014.60

**2-ER-184**

# Developer tools and services: Cost estimate (other)

- **DT&S pricing**: between ■% and ■% of average revenues
  - Because of fixed costs, DT&S costs may be as much as ■ of revenues for small developers

| | Small developer | | Large developer | |
|---|---|---|---|---|
| | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| **Annual revenues** | | | | |
| **Number of developers** | | | | |
| **DT&S category** | | | | |
| IDEs | | | | |
| Programming languages | | | | |
| Developer programs | | | | |
| Developer analytics | | | | |
| Frameworks | | | | |
| Innovative technologies | | | | |
| Testing tools | | | | |
| Developer protections | | | | |
| Dev. education & support | | | | |
| **Total** | | | | |
| **Total (% revenue)** | | | | |
| **Average (% revenue)** | | | | |

**Notes:** Annual revenue cutoffs from 2020 App Store billings data. "Small developers" are assumed to have between $10,000 and $1 million in revenue, and "Large developers" are assumed to have over $1 million in revenue. Revenue cutoffs represent average billings for non-game (low) and game (high) developers. Cost estimates are based on price ranges of comparable tools in each DT&S category. Fees for developer programs and developer education & support are often negotiated and likely minimal, so these costs were not included.

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

**Highly Confidential - Attorneys' Eyes Only** 60

CX-0014.61



# Appendix 3. Discovery

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

CX-0014.62

Highly Confidential - Attorneys' Eyes Only   61

# Discovery: Cost estimation further assumptions

| | Small business | | Large business | |
|---|---|---|---|---|
| | Games | Non-games | Games | Non-games |
| Average annual revenue | | | | |
| Average downloads per developer | | | | |
| Revenue per download | | | | |
| Average downloads per developer | | | | |
| Downloads from App Store browse | | | | |
| Target audience | | | | |
| Estimated Cost Per Install (eCPI) | | | | |
| Revenue per download | | | | |
| Advertising cost per download | | | | |

**Notes:**

[1] Average annual revenue and downloads only for developers with IAP revenue in 2022

[2] "Small businesses" are developers with fewer than 1 million downloads and fewer than $1m in earnings in 2022, who have consistently had more than 1,000 annual downloads. "Large businesses" are developers with at least $1 million in earnings or 1 million downloads in 2022.

[3] Downloads from App Store browse is calculated as the weighted average across app categories of the ratio between the number of downloads in 2022 originated from the Today, Games, and Apps tabs of the App Store (the browse channel) and the downloads originated from the browse, referrals, and search channels. App categories are weighted by the number of downloads originated from the browse channel.

[5] Advertising cost per download is equal to the minimum between Annual revenue per download and the Cost per Install (CPI).

[6] Cost per install is the effective price the developer pays each time a user installs their app as a result of an ad campaign. CPI is estimated as total ad campaign spend divided by the number of new (tracked) app installs from ad campaign. CPI is assumed to be equal to $3.60 for Non-Games and $4.30 for Games. Source: "Cost Per Install (CPI) Rates (2023)," Business of Apps, www.businessofapps.com/ads/cpi/research/cost-per-install

[7] Advertising costs are from the Platform iOS discovery value category. Non advertising cost is calculated as the sum of the minimum non-zero cost for each value category from product pages, curation and personalization, and optimization and data analytics. See next slide for more details.

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024    Highly Confidential - Attorneys' Eyes Only    62

CX-0014.63

2-ER-187

# Discovery: Comparable alternatives cost assumptions

| | | Small business | Large business |
|---|---|---|---|
| **Product pages** | Templates or web developer | (accounted for in Distribution) | (accounted for in Distribution) |
| | Trustpilot | $250/month => $3,000/year | $900/month => $10,800/year |
| | | **$3,000/year** | **$10,800/year** |
| **Curation and personalization** | Google Analytics | Free | Free |
| | Kissmetrics | $299/month => $3,588/year | $499/month => $5,988/year |
| | Optimizely | unknown pricing | unknown pricing |
| | | **$3,588/year** | **$5,988/year** |
| **Optimization and data analytics** | Google Optimize | free | free |
| | Optimizely | unknown pricing | unknown pricing |
| | VWO | $1,266/month => 15,192/year | $3,563/month => 42,756/year |
| | Zoho | $780/month => 9,360/year | service not large enough |
| | Unbounce | $625/month => 7,500/year | service not large enough |
| | | **$7,500/year** | **$42,756/year** |
| **Platform and iOS discovery** | Google/Facebook advertising costs | advertising cost per download x target audience | advertising cost per download x target audience |
| | ProductHunt | free | free |
| | AlternativeTo | free | free |
| | | **Advertising cost per download x Target audience** | **Advertising cost per download x Target audience** |

**Notes:**
[1] Trustpilot assumes a Standard plan for small businesses and a Scale plan for large businesses.
[2] Kissmetrics assumes a Silver plan for small businesses and a Gold plan for large businesses.
[3] VWO pricing assumes tracking of 250k monthly users for small businesses and 1M monthly users for large businesses.
[4] Zoho pricing for small businesses assume 1M monthly visitors which is the largest tier for which pricing is available on their website.
[5] Unbounce pricing assumes the lower bound of their Concierge service for small businesses and none for large businesses. Their Concierge service considers a starting point of 100k unique
visitors per month.
[6] Optimizely only offers customized services and no pricing is available in their website.
[7] Google/Facebook advertising is assumed to cost the minimum between the revenue per download and the estimated cost per install times the target audience, which is estimated as the
percentage of downloads originated from the Browse channel (Today, Games, and Apps) times the average number of downloads per developer.

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024          **Highly Confidential - Attorneys' Eyes Only**    63

CX-0014.64

# Appendix 4. Affiliate commission rates

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

**Highly Confidential - Attorneys' Eyes Only** 64

CX-0014.65

# Microsoft affiliate commission rates

| Category | Affiliate commission rate |
|---|---|
| PC and other accessories | 1% |
| Products and services that are not mentioned | 1% |
| Xbox accessories and consoles | 2% |
| Microsoft Surface and accessories | 2% |
| Xbox Game Pass | 2% |
| Paid applications | 2% |
| Xbox Live Gold | 2% |
| Additional Microsoft and Office products | 5% |
| TV shows and movies | 7% |
| Xbox games (Microsoft or third-party) | 7% |

**Note:** In some cases, the Microsoft and Xbox stores also sell third-party products and services (e.g., third-party Xbox games and hardware). In that case, the effective affiliate commission rate out of Microsoft's platform commission would be higher.

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

Highly Confidential - Attorneys' Eyes Only    65

CX-0014.66

Case 4:20-cv-05640-YGR   Document 1542-8   Filed 05/07/25   Page 67 of 70

# Walmart affiliate commission rates

| Category | Affiliate commission rate | Walmart commission rate | Effective affiliate commission rate out of Walmart commission |
|---|---|---|---|
| Electronics, cameras and supplies, wireless | 1% | 8% | 12.5% |
| Media & gaming | 1% | 15% | 6.7% |
| Toys, books & magazines, seasonal, celebration, stationery, sporting goods, automotive, hardware & tools/do it yourself, patio and garden, horticulture, arts, crafts, sewing & fabric, cook and dine, home decor, bath and shower, bedding, home management, furniture | 3% | 15% | 20% |
| Pets and supplies, beauty, baby hardlines | 3% | 15%* | 20% |
| Apparel and accessories | 4% | 15% | 26.7% |
| Jewelry | 4% | 20%* | 20% |

\* Lower platform commission rates for smaller-sized purchases (i.e., higher effective affiliate commission rates for smaller-sized purchases).

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

**Highly Confidential - Attorneys' Eyes Only** 66

CX-0014.67

Case 4:20-cv-05640-YGR    Document 1542-8    Filed 05/07/25    Page 68 of 70

# Amazon affiliate commission rates

- Effective commission rates are particularly important for Amazon because nearly 2/3 (63%) of Amazon's sales are third-party sales

| Category | Affiliate commission rate | Amazon commission rate | Effective affiliate commission rate out of Amazon commission |
|---|---|---|---|
| Gift cards, wireless service plans, alcoholic beverages, digital Kindle products purchased as a subscription, food prepared and delivered from a restaurant, Amazon Appstore, Prime Now, Amazon Pay Places, or Prime Wardrobe purchases | 0% | 8%–20% | 0% |
| Video games | 1% | 15% | 6.7% |
| Video game consoles | 1% | 8% | 12.5% |
| Televisions | 2% | 8% | 25% |
| DVD and Blu-Ray | 2.5% | 15% | 16.7% |
| PCs and PC components | 2.5% | 8% | 31.3% |
| Amazon Fresh, toys | 3% | 15% (toys) | 20% |
| Amazon Fire tablet devices, Amazon Kindle devices, Amazon Cloud Cam devices, Fire TV Edition smart TVs, Amazon Fire TV devices, Amazon Echo devices, Ring devices, luggage, shoes, and handbags & accessories | 4% | 15% | 26.7% |
| Apparel | 4% | 17% | 23.5% |
| Watches | 4% | 16%* | 25% |
| Jewelry | 4% | 20%* | 20% |

\* Higher platform commission rates for smaller-sized purchases (i.e., lower effective affiliate commission rates for smaller-sized purchases).

App Store Commission Rates and the Value of Apple and the App Store to Developers  |  Apple  |  January 2024                    **Highly Confidential - Attorneys' Eyes Only**  67

CX-0014.68

Case 4:20-cv-05640-YGR    Document 1542-8    Filed 05/07/25    Page 69 of 70

# Amazon affiliate commission rates (2)

- Effective commission rates are particularly important for Amazon because nearly 2/3 (63%) of Amazon's sales are third-party sales

| Category | Affiliate commission rate | Amazon commission rate | Effective affiliate commission rate out of Amazon commission |
|---|---|---|---|
| Physical books, health & personal care, sports, kitchen, automotive, baby products | 4.5% | 15%** | 30% |
| Digital music, grocery, physical music, handmade, digital videos | 5% | 15%** | 33.3% |
| Outdoors, tools | 5.5% | 15% | 36.7% |
| Headphones, beauty, musical instruments | 6% | 15% | 40% |
| Business & industrial supplies | 6% | 12% | 50% |
| Furniture, home, home improvement, lawn & garden, pet products, pantry | 8% | 15%* | 53.3% |
| Luxury beauty, Amazon Coins | 10% | 15%** | 66.7% |

** Lower platform commission rates for smaller-sized purchases (i.e., higher effective affiliate commission rates for smaller-sized purchases).

* Higher platform commission rates for smaller-sized purchases (i.e., lower effective affiliate commission rates for smaller-sized purchases).

App Store Commission Rates and the Value of Apple and the App Store to Developers  |  Apple  , January 2024          **Highly Confidential - Attorneys' Eyes Only**  68

CX-0014.69

# eBay affiliate commission rates

| Category | Affiliate commission rate | eBay commission rate * | Effective affiliate commission rate out of eBay commission | Affiliate commission cap |
|---|---|---|---|---|
| Real estate | 1% | 13.25% | 7.5% | $100 |
| Electronics: Computers, tablets & networking | 1.5% | 13.25% | 11.3% | $550 |
| Electronics: Cameras & photo, cell phones & accessories, TV, video & audio, video games & consoles | 2% | 13.25% | 15.1% | $550 |
| Business & industrial | 2.5% | 13.25% | 18.9% | $225 |
| Collectibles, home & garden, lifestyle (gift cards & coupons, sports, tickets & events), vehicle parts & accessories | 3% | 13.25% | 22.6% | $550 |
| Musical instruments | 3% | 6.35% | 47.2% | $550 |
| Media (books, comics & magazines, DVDs & movies, music) | 3% | 14.95% | 20.1% | $550 |
| eBay Motors | 4% | 13.25% | 30.2% | $100 |
| Fashion | 4% | 13.25% | 30.2% | $550 |
| All other | 4% | 13.25% | 30.2% | $550 |

* Lower eBay commission rates for larger-sized purchases (i.e., higher effective affiliate commission rates for larger-sized purchases).

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

69

Highly Confidential - Attorneys' Eyes Only

CX-0014.70

PLAINTIFF
U.S. District Court NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v Apple Inc.
Ex. No. **CX-0015**
Date Entered _____
By _____

Highly Confidential - Attorneys' Eyes Only

# App Store Commission Rates and the Value of Apple and the App Store to Developers

January 2024

CX-0015.1

# Valuation: Summary

- **Goal of analysis**: Estimate the value of services provided by the Apple ecosystem to developers, focusing on digital goods and services ("DGS")

- **Conceptual framework**: Apple and the App Store provide different buckets of value to developers

- **Approach**: Estimate the **costs to developers** to hypothetically procure (if only in part) services Apple otherwise provides

## Results by value bucket:

| | |
|---|---|
| **1. Platform technology** | cost = **30% of revenues (overlap with other buckets)** |
| Access to core Apple technologies, intellectual property, and a platform that integrates hardware and software | 5%–20% of revenues for platform tech only (0.3%–6% with platform tech only and no demand generation) |
| **2. Developer tools and services** | cost = **3%–16% of revenues** |
| Tools and services to help developers build apps and optimize performance, engagement, and monetization | (0.1%–5% for game engines) |
| **3. Distribution** | cost = **4%–14% of revenues** |
| Hosting and distributing apps and updates to global users at a large scale | (4%–25% including small game developers) |
| Fostering user trust in the App Store and its apps, preventing piracy, and protecting developers | |
| **4. Discovery** | cost = **5%–14% of revenues** |
| Services including some advertising and marketing to acquire users and measure channel performance (5%–21% including small game developers) | |
| **5. Care and support** | *not estimated* |
| Developer and customer care capabilities provided across all tools and services, including Apple experts and technical support | |

## Caveats:

- The stack of services Apple provides is unique; this analysis is an effort to approximate the value of those services

- Possible overlap in value buckets and buckets not necessarily additive (a developer does not necessarily use all features)

- %'s based on revenues generated by IAP; even for apps with IAP, there can be revenue sources outside the App Store

- Alternatives typically involve upfront costs, which make it harder to start apps and financially riskier for developers

CX-0015.2

# Further details: Platform technology

- Apple platform technology consists of a **high-quality common infrastructure** for consumers and developers and a technological core to **expand third-party developer capabilities**

  - High-quality hardware, operating system, and innovative technologies (including robust built-in privacy and security measures such as FaceID) create a secure and trusted environment

  - Technologies such as camera integration, Core Location, Core ML, and Apple SDKs improve the quality and extend app capabilities

- One way to benchmark the value of Apple's platform technology is to consider the prices that comparable platforms charge sellers to **replicate parts** of the functionality of Apple's platform technology

  - Note: this provides a **lower bound** on the value of Apple's platform technology because substitutes do not replicate all capabilities of the Apple platform

  - Other similar platforms are **cloud services** and **API libraries**, which let developers run webapps, use remote computing resources, and integrate DGS with third-party services to facilitate interactions between groups and extend capabilities (rather than running apps on the Apple platform and hardware using iCloud)

- **Overall pricing range: 30%** of revenues for game consoles (total price, includes other buckets than platform technology), **~5%—20%** of revenues (platform tech only, with demand generation); or **0.3%—6%** of revenues (with no or limited demand generation)

| | Functionality | Examples | % of revenues |
|---|---|---|---|
| **Games consoles** | Games marketplaces with platform technology | • Xbox Store<br>• PlayStation Store | • 30% (total price, includes other buckets than platform technology) |
| **E-commerce business services** | Provide technological tools for capability expansion but have no demand generation aspect | • Shopify<br>• Adobe Commerce | • 0.6%—2.6%<br>• 0.3%—6% |
| **Physical retail** | Offer space for stores and customers, along with ancillary services (e.g., bathrooms) | • Shopping malls<br>• Airports | • 5%—20% ("percent leases")<br>• 8%—18% (plus minimum annual guarantee) |

Highly Confidential - Attorneys' Eyes Only   2

CX-0015.3

# Further details: Developer tools and services

- Technical tools and services allow developers to build apps and optimize performance, engagement, and monetization. Apple provides these tools to developers (e.g., Swift, Xcode, TestFlight, App Analytics)

- A key benefit of current Apple model for developers is that it **lowers startup costs and risks,** compared to a world in which they would need to pay up front for tools and services

- Developers could alternatively buy these tools from third parties, typically for a flat fee per developer seat, subscription, or usage-based fee

- Tiered pricing structures, as well as negotiated (and opaque) pricing structures are common

- **Overall pricing range**: approximately **3%–16%** of developer revenues; **0.1%–5%** of revenues for game engines

| | Functionality | % of developer revenues |
|---|---|---|
| **Package of DT&S** | - IDEs *(App Code, Gluon)*<br>- Programming languages *(Java, C++ front end)*<br>- Developer programs *(Google Play dev program)*<br>- Analytics *(data.ai, Qonversion)*<br>- Frameworks and API libraries *(Plaid, Unity)*<br>- Testing tools *(Appetize, Kobiton)*<br>- Innovative technologies *(Unreal engine)* | - 11%–16% (small developer)<br>- 3%–6% (large developer) |
| **DT&S example: (game engines)** | Software frameworks for creating games (rendering, physics, level creation, animation, etc.) | - 5% above $1m, 0% otherwise (Unreal Engine)<br>- 0.1%–1% (Unity; priced at $399 to $2,040 per developer-seat per year) |

Note: Small developers assumed to have fewer than $1 million in annual revenues and fewer than 1 million downloads. Large developers are assumed to have over $1 million in annual revenues or over 1 million downloads.

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

CX-0015.4

Highly Confidential - Attorneys' Eyes Only

3

# Further details: Distribution

- App Store allows developers to link with users at a global scale: 1.5 billion Apple devices across 175 regions with 747 million weekly app downloads

- Apple App Store distribution provides **dynamic access to hosting infrastructure, automatic updates,** and **secure systems**

- Developers could instead buy third-party distribution tools from cloud service and web infrastructure providers

  - However, these alternatives have significant upfront costs and are priced based on usage

- **Overall pricing range**: approximately *4%–14%* of developer revenues

  - Including small game developers, range is approximately *4%–25%*

  - This is a lower bound that does not include the significant value of users' trust in the App Store's privacy (e.g., App Review, which increases downloads) and piracy protection measures (which protect developers)

| | Functionality (Example) | % of developer revenues |
|---|---|---|
| **Distribution costs** | Data transfer and storage from cloud service infrastructure (AWS) | *Non-games*<br>• 14% (small developer)<br>• 4% (large developer)<br><br>*Games*<br>• 25% (small developer)<br>• 4% (large developer) |
| **Hosting costs** | Make data available for users on web (CloudFlare) | • 0.2% (small developer)<br>• 0.1% (large developer) |

**Note:** Small developers assumed to have fewer than $1 million in annual revenues and fewer than 1 million downloads. Large developers are assumed to have over $1 million in annual revenues or over 1 million downloads.

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024    **Highly Confidential - Attorneys' Eyes Only**    4

CX-0015.5

Case 4:20-cv-05640-YGR    Document 1542-9    Filed 05/07/25    Page 6 of 25

# Further details: Discovery

- The App Store provides valuable discovery services, including some advertising and marketing, through (1) **product pages** (e.g., standardization, ratings and reviews, page localization), (2) **curation and personalization** (e.g., App of the Day, Featured Apps), (3) **optimization and data analytics** (e.g., app developer dashboard), and (4) **platform and iOS discovery** (e.g., Spotlight search, App Library for reengagement)

- Developers could instead buy and use third-party tools and paid advertising to facilitate discovery

  ▪ Assembling a package of third-party discovery tools involves substantial effort and may require paying for services without realizing revenue (e.g., pay-per-click for ads)

  ▪ Advertising cost comprises the majority of the discovery cost and is estimated as downloads originated in the browse channel from the App Store times the advertising cost per download

  ▪ Affiliate programs and advertising platforms are two notable ways that developers procure these discovery services from third parties other than app marketplaces

- **Overall pricing range**: approximately **5%–14%** of developer revenues

  ▪ Including small game developers, range is approximately **5%–21%**

| Discovery cost | Functionality (Examples) | % of developer revenues |
|---|---|---|
| | • Product website (*template or web developer*)<br>• Review system (*Trustpilot*)<br>• Website optimization and analytics (*Optimizely, Unbounce, Kissmetrics, Google Analytics/Optimize*)<br>• Increase in advertising costs (*Facebook, Google*)<br>• Alternative app database (*ProductHunt, AlternativeTo*) | *Non-games*<br>• 14% (small developer)<br>• 5% (large developer)<br><br>*Games*<br>• 21% (small developer)<br>• 7% (large developer) |

**Note:** Small developers assumed to have fewer than $1 million in annual revenues and fewer than 1 million downloads. Large developers are assumed to have over $1 million in annual revenues or over 1 million downloads.

CX-0015.6

**2-ER-200**

# Benchmarking: Summary

- While no other platform offers the set of unique tools and services that the App Store does, the App Store **headline commission is in the range** of other integrated app stores and games marketplaces (which command a premium) and digital marketplaces

  - **~30%** for certain integrated app stores (Google Play Store, Amazon App Store)
  - **30%** for game marketplaces with platform technology (Xbox, PlayStation, Nintendo)
  - **20%–30%** for Steam, a game marketplace with no platform technology
  - **15%–25%** for software add-on marketplaces with platform tech (Adobe Exchange, SalesForce, DigitalOcean)
  - Wide variation for other digital content marketplaces with no platform technology, with 30% or more being common

- The App Store **effective commission is far less than 30%**

  - The effective commission – the rate developers pay when considering revenues *facilitated by* the App Store – falls between **2% and 20%** for a range of DGS app categories, including games
  - The effective commission is less than the headline commission because Apple has **reduced the commission level and incidence** over time
    - E.g., Apple allows multiplatform and "reader" apps to generate sales outside the App Store **with no commission**; when taking these additional sales into account, developers pay far less than headline rates
  - Developers can also monetize through ads, on which Apple charges **no commission**

- Some platforms are able to charge a commission on transactions they facilitate, even when payments happen through third parties

  - Reflects value of platforms and marketplaces beyond payment processing and related services
  - Incremental fees when payment occurs on platform are often **1%–4%**

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024    **Highly Confidential - Attorneys' Eyes Only**    6

CX-0015.7

2-ER-201

# Further details: Headline commissions

While no other platform offers the set of unique tools and services that the App Store does, the App Store **headline commission is in the range** of other integrated app stores and games marketplaces (which command a premium) and digital marketplaces

**Apple App Store**
- 30% default
- 15% for Small Business Program, in-app subscriptions over 1 year, premium video apps, in-app subscriptions for Apple News publisher participants

**Select integrated app stores: 15%–30%** headline commission rate
- Google Play Store: 30% (default) or 15% (under $1m or auto-renewed subscriptions)
- Amazon Appstore: 30% (default or if total revenues over $1m) or 20% (if total revenues under $1m)
- Microsoft Store: 15% (apps and IAP on Windows 11), 12% (PC games), 0% (non-games with 3P payment)
- Alexa Skills Marketplace: 20%

**Select non-integrated app store: 20%** headline commission rate
- One Store (Korea): 20% or 5% (if developer uses 3P payment)

**Select game marketplaces: 20%–30%** headline commission rate
- Xbox Store, PlayStation Store, Nintendo eShop (integrated): all 30%
- Steam (no platform technology): 30% (under $10m revenue), 20% ($10m–$50m revenue), or 20% (above $50m revenue)

**Select software add-on marketplaces** (with platform technology): **15%–25%** headline commission rate
- Adobe Exchange: 15%
- Salesforce AppExchange: 15% (independent software vendor) or 25% (OEM-embedded app)
- Shopify App Store: 20% default, or 15% over $1m if registered (0% under $1m)

**Select digital content marketplaces** (without platform technology): **wide range** of headline commission rates; **30%** or greater headline commission rate is common
- Twitch: 50% (subscriptions), 25% (advertising minimum)
- YouTube: 30% (channel memberships), 30% (Super Chats, Stickers, Thanks), 45% (partner advertising), 55% (Shorts advertising)
- Patreon: 8% (Pro), or 12% (Premium)

*See backup slides for more*

**Highly Confidential - Attorneys' Eyes Only**  7

CX-0015.8

# Further details: Effective commissions

- The App Store "effective commission" is the commission rate developers pay when considering revenues *facilitated by* the App Store, not just *billings through* the App Store

- Apple does not charge a commission on multiplatform and reader app sales that occur outside of the App Store despite being consumed on iOS apps; developers can also monetize through ads, on which Apple charges no commission

- We therefore estimate effective commission rates using **total billings and sales** facilitated by the App Store from the 2021 ecosystem study, which takes into account multiplatform usage, reader app carveouts, and advertising revenues

- We find that the average effective commission rate across select categories was ▮ in 2021, far less than both the headline commission and the actual commission rate paid based only on App Store billings

| Selected app category | App Store billings ($B) | Facilitated billings and sales estimate ($B) | Actual commission rate | Effective commission rate* |
|---|---|---|---|---|
| Games | | | | |
| Video streaming | | | | |
| eBooks and audiobooks | | | | |
| Music streaming | | | | |
| News and magazines | | | | |
| Enterprise | | | | |
| Other | | | | |
| Total | | | | |

**Notes:**

\* Non-games advertising is only available in aggregate. We added non-game advertising to the total to calculate a more accurate average commission rate. Category level effective commission rate are underestimates for all categories but games as they do not incorporate advertising.

[1] Facilitated billings and sales estimate from 2021 ecosystem study. Facilitated billings and sales for the Other category was proxied by App Store billings. For games, facilitated billings and sales is App Store billings plus advertising revenues. For non-games, advertising revenues are ▮

[2] Effective commission rate calculated as (Actual commission rate) × (App Store billings / billings and sales facilitated by the App Store).

[3] Video streaming billings and sales estimate includes Apple TV revenues.

# Further details: Platform fee structures

- Certain platforms charge separately for (i) using/accessing the platform and (ii) processing payments on the platform
- Shows that charging a commission even when payments happen through third parties is possible and supported by the market
- The **value** of a platform **extends beyond payment processing** and related services
- Incremental fees when payment occurs on platform are typically **1%–4%**

| Selected marketplace | Fees for platform use | Incremental fees when payment occurs on-platform |
|---|---|---|
| **Google Play\*** | *List app on app store (platform tech, developer tools and services, discovery, distribution):*<br>• 26% (27% EEA) default<br>• 11% (12% EEA) under $1m or auto-renewed subscription | *Use Google Play Store billing system:* 4% (3% EEA) |
| **Shopify** | *Access to platform (create storefront, retail reports, use logistics tools) + off-platform payment fees:*<br>• $39/ mo. + 2.0% (Basic)<br>• $399 / mo. + 0.5% (Advanced)<br>• $2,000 / mo. + 0.15% (Plus) | *Use Shopify Payments:*<br>• 0.9% + 30¢ (Basic)<br>• 1.9% + 30¢ (Advanced)<br>• 2.0% + 30¢ (Plus) |
| **Etsy** | *Transaction fee and listing fee per item:* 6.5% + 20¢ / listing | *Use Etsy Payment :* 3% + 25¢ |
| **Booking.com** | *Commission per travel reservation (paid even if guest pays at the property):* 15% | • *Payment through virtual credit cards:* Pass through of credit card per transaction fees<br>• *Payment through bank transfer:* 1.1% to 3.1% |
| **One Store (Korea)** | *List app on app store (distribution, discovery, developer tools and services):* 5% | *Use One Store's payment system:* 15% |

\*Google Play allows developers to display alternative billing systems for IAP in India and South Korea, and for non-games IAP in the European Economic Area (EEA) and for developers participating in a pilot program

CX-0015.10

# Off-app purchases: Summary

- How to charge a commission or fee for a purchase that happens after the user clicks a link that goes out of the app? Possible benchmarks:

  - **Affiliate programs,** which offer affiliates (e.g., bloggers, publishers, website owners) a commission on referrals during a given time window to promote products

    - **Tracking windows** (or cookie durations) determine the time period within which affiliates can earn a commission; a commission is paid if buyer clicks affiliate link, makes purchase within specified time

      - This requires a **tracking mechanism** to follow off-app activities; tracking mechanisms can be customer-based (i.e., cookies stored on customer hardware keep track of an affiliate click) or server-to-server based (i.e., a tracking link that includes affiliate information and is connected with a purchase by the seller's server)

    - The time period during which an affiliate earns a commission for a referral vary significantly (between **24 hours** and **90 days** among the examples in our review)

  - **Ad campaigns run by developers** with the help of Mobile Measurement Partners ("MMPs"). MMPs attribute app installs and re-engagement to ads based on either ad clicks or ad views ("view-through") during a given window or through probabilistic models. They similarly need tracking mechanisms to link ad views or clicks to installs or re-engagement

    - Typical default MMP lookback windows are **7 days click** and **1 day view-through**

    - Effective cost per install in the US is **$5.30** ($6.60 for games)

  - **The goal of a typical affiliate program or ad campaign run by developers is discovery,** which is believed to be effective during a limited time window; platform tech, developer tools and services, and distribution may contribute continuously to purchases of DGS used on the platform and provide value beyond any time window

**Note:** effective US cost per install estimate includes both iOS and Android; the iOS eCPI is likely higher.

**Highly Confidential - Attorneys' Eyes Only**  10

# Further details: First-party affiliate programs

- Firms can use affiliate programs to sell their own products ("first party")
- For first-party affiliate programs, tracking windows range between **14 days** and **90 days** for the examples we reviewed
- Affiliate commission rates are between **1%** and **20%** for the examples we reviewed
- Economics suggests that the affiliate commission rate would be related to the profit margin of the firm on the promoted products
  - Hence direct comparison of affiliate commission rates is not straightforward (e.g., an affiliate commission rate of 1% on a product with a small margin could be equivalent to a 50% commission rate on a product with a high product margin)

| Affiliate program | Description | Tracking window | Affiliate commission rate |
|---|---|---|---|
| Bluehost | Affiliates use ads, links to promote Bluehost web hosting services (e.g., WordPress) | 90 days* | $65 per sale |
| Norton LifeLock | Affiliates use ads and links to promote Norton LifeLock cybersecurity products and services | 30 days* | 20% |
| Wall Street Journal | Affiliates use unique links to promote subscriptions to WSJ-affiliated publications | 30 days | $24 per sale |
| Microsoft | Affiliates use ads or links to promote certain Microsoft first-party products or services (e.g., Xbox consoles, Office 365) | 14 days | $1.30–$10 (subscription) 1%–7% (varies by category)** |
| McGraw Hill | Educational partners promote products, including ebooks | 30 days | 8% (eBooks) or 4% (books) |

**Notes:** [*] first-party source. [**] See backup slides for details on by-category variation.

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024                    **Highly Confidential - Attorneys' Eyes Only** 11

CX-0015.12

# Further details: Platform affiliate programs

- Platforms can also use affiliate programs to boosts the sales of third-party merchants on the platform
  - In some cases, the platform may also offer their own first-party products (e.g., Amazon)
- Tracking windows range between **24 hours** and **30 days** for platforms selling third-party products for reviewed examples
- Affiliate commission rates are between **1%** and **10%** for reviewed examples
  - Platforms only earn revenues from commissions for sales by third parties
    - Economics would suggest that the affiliate commission rate would be related to the platform commission on the sales made by third-party merchants
- Effective affiliate commission rates are between **7%** and **67%** of platform commission
- We observe variation in rates within individual affiliate programs; retailers may offer higher affiliate commission rates for products with more affiliate-driven demand (e.g., fashion) and/or products with higher platform commissions

| Affiliate program | Description | Tracking window | Affiliate commission rate | Effective affiliate commission rate out of platform commission |
|---|---|---|---|---|
| **eBay** | Partners create content to promote certain eBay listings or product categories | 24 hours* | 1%–4% (varies by category)** | 8%–47% |
| **Etsy** | Affiliates create content to promote certain Etsy listings and drive traffic and sales to Etsy | 30 days (7 days in app)* | 4% | 62% |
| **Amazon** ** | Affiliates use ads or links to promote certain Amazon products or categories | 24 hours* | 1%–10% (varies by category)** $0.15–$15 (subscription) | 7%–67% (goods) |
| **Walmart** ** | Affiliates use ads or links to promote certain Walmart products or categories | 3 days | 1%–4% (varies by category)** | 7%–27% |

**Notes:** [*] first-party source. [**] See backup slides for details on by-category variation; Amazon and Walmart sell both first and third-party products. 63% of Amazon's sales are third-party sales.

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024    **Highly Confidential - Attorneys' Eyes Only** 12

CX-0015.13

2-ER-207

Case 4:20-cv-05640-YGR    Document 1542-9    Filed 05/07/25    Page 14 of 25

# Further details: Developer ad campaigns

- Developers use MMPs to measure the effectiveness of their ad campaigns
  - MMPs attribute app installs to ads based on either ad clicks or ad views ("view-through"), or probabilistically
  - MMPs can also track other events, e.g., re-engagement (users re-opening or installing app previously used)
- As part of the attribution process, MMPs allow developers to set the length of click and view-through lookback windows (i.e., how long after the ad click/impression a user installs an app)
  - Typical default MMP lookback windows are **7 days click** and **1 day view-through**
  - Certain "walled garden" ad networks called self-attributing networks ("SAN"s), like Google, Meta Ads, Snapchat, or Apple Search Ads, use longer click default windows, up to 30 days
- MMPs allow developers to calculate the effective cost per app install (eCPI) as the ratio of ad spend to downloads
  - The eCPI in the US is approximately **$5.30** overall ($6.60 for games). This estimate includes both iOS and Android; the iOS eCPI is likely higher

| MMP | Click lookback window | View-through lookback window |
|---|---|---|
| Adjust | 7 days | 1 day |
| AppsFlyer | 7 days | 1 day |
| Branch | 7 days | 1 day |
| Kochava | 30 days | 1 day |
| Singular | 7 days | 1 day |

| SAN | Click lookback window | View-through lookback window |
|---|---|---|
| Apple Search Ads | 30 days | 30 days |
| Facebook | 7 days | 1 day |
| Google | 30 days | 1 day |
| Snapchat | 28 days | 1 day |
| Twitter | 30 days | 1 day |

Note: Default lookback windows shown. Developers can manually adjust the length of their lookback windows.

CX-0015.14

**2-ER-208**

# Further details: Leakage risks

- If Apple charges a commission for off-app purchases, **leakage** may become an issue and reduce commissions charged

  ■ Leakage: When participants meet on a platform but take their transactions off-platform to avoid paying a commission

  ■ Leakage is expected to be more of a concern when transactions are higher value and/or are repeated

  ■ **Collection risks** are also an issue if Apple has no visibility into transactions: developers may not pay the commissions they owe

- When leakage is so large that platforms are unable to use transaction fees, they often monetize through other types of fees, like **subscription fees** to one or both sides of the platform, **listing/advertising** fees, fees for **more important placement on the platform**, or **new customer referral** fees

Highly Confidential - Attorneys' Eyes Only  14

CX-0015.15

Case 4:20-cv-05640-YGR   Document 1542-9   Filed 05/07/25   Page 16 of 25

Highly Confidential - Attorneys' Eyes Only 15

# Backup

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

CX-0015.16

# Benchmarking: App store commissions

- Commissions across app stores typically fall between **15%** and **30%**

| Select app store (platform technology) | Description of platform | Headline commission rate |
|---|---|---|
| Apple App Store | | • 30% default<br>• 15% (Small Business Program)<br>• 15% (in-app subscriptions over 1 year)<br>• 15% (premium video apps)<br>• 15% (in-app subscriptions for Apple News publisher participants) |
| Google Play Store | • Android apps<br>• Software tech<br>• Developer tools for app creation, testing, and distribution | • 30% (default)<br>• 15% (under $1m or auto-renewed subscriptions) |
| Amazon Appstore | • Android apps, especially for Amazon Fire tablets<br>• Developer tools for app submission and monetization | • 30% (default or if total revenues over $1m)<br>• 20% (if total revenues under $1m) |
| Samsung Galaxy Store* | • Android apps on Samsung Galaxy devices<br>• Developer tools for app creation and integration with Samsung devices<br>• Limited to Samsung Galaxy devices | • 30% (default, or otherwise agreed-upon rate) |
| Microsoft Store** | • Windows-compatible apps, PC entertainment<br>• Developer tools for app creation and distribution on Windows platforms | • 15% (apps and IAP on Windows 11)<br>• 12% (PC games)<br>• 0% (non-games with 3P payment) |
| Alexa Skills | • Alexa-compatible features, games, and applications | • 20% |
| **Select app store (no platform technology)** | **Description of platform** | **Headline commission rate** |
| One Store (Korea) | • Apps for mobile devices (non-iOS), popular in Korea<br>• Developer tools for app creation, testing, and distribution | • 20% (default)<br>• 5% (if developer uses 3P payment) |

\* Samsung Galaxy Store platform technology is more limited, given the relatively smaller base of Samsung Galaxy devices.

\*\* In July 2021, Microsoft reduced its commission rate on non-Xbox apps and games and allowed third-party payment for non-Xbox non-game apps. Microsoft charges a higher commission rate for Xbox games (with platform technology) than for Windows games (with no or little platform technology).


# Benchmarking: Game store commissions

- Commissions across game store marketplaces typically fall between **20%** and **30%**
  - Those including platform technology (console game marketplaces: Xbox, PlayStation, Nintendo) often charge more than distribution platforms with little or not platform technology

| Select game marketplace (platform technology) | Description of platform | Headline commission rate |
|---|---|---|
| Xbox | • Subset of Microsoft Store<br>• Games, entertainment on Xbox console<br>• Developer tools for creating (including game engine) and publishing games | • 30% |
| PlayStation | • Games and entertainment on PlayStation devices<br>• Developer tools for creating (including game engine) and publishing games | • 30% |
| Nintendo | • Games, entertainment on Nintendo devices<br>• Developer tools for creating and publishing games | • 30% |

| Select game marketplace (no platform technology) | Description of platform | Headline commission rate |
|---|---|---|
| Steam | • Distribution and monetization platform for PC games<br>• Developer tools for game creation and distribution<br>• Community features and multiplayer integration | • 30% (under $10m revenue)<br>• 25% (between $10-50m revenue)<br>• 20% (above $50m revenue) |
| Epic Games | • Distribution platform for PC games<br>• Developer tools for game creation (including game engine) and distribution | • 12% (unprofitable, possibly litigation driven – includes Unreal Engine royalty) |
| Origin | • Electronic Arts games and games from select third-party developers<br>• Community features | • Unknown |
| WeGame | • Tencent marketplace for games from various developers<br>• Developer tools such as WeGame SDK and API | • Negotiated case-by-case |
| Game Jolt | • Marketplace for independent video games | • 0%–10% (chosen by developer) |
| Itch.io | • Marketplace for independent video games | • 10% (default, developer can choose to change to any value) |

Highly Confidential - Attorneys' Eyes Only

CX-0015.18

**2-ER-212**

Case 4:20-cv-05640-YGR    Document 1542-9    Filed 05/07/25    Page 19 of 25

# Benchmarking: Software add-on commissions

- Commissions across software add-on marketplaces with platform technology typically fall between **15%** and **25%**

| Select software add-ons | Description of platform | Headline commission rate |
|---|---|---|
| Adobe Exchange | • Adobe-compatible extensions and plug-ins<br>• Developer tools for creating, publishing extensions | • 15% |
| Salesforce AppExchange | • Third-party apps integrated with Salesforce<br>• Developer tools to integrate CRM with other products | • 15% (independent software vendor)<br>• 25% (OEM embedded apps) |
| Shopify App Store | • Shopify-compatible third-party apps and integrations<br>• Enhances functionality of Shopify-powered stores<br>• Developer tools for creating, publishing extensions | • 20% (default)<br>• Reduced rate plan upon registration: 0% under $1m; 15% over $1m |
| DigitalOcean Marketplace | • Deploys pre-configured applications, cloud infrastructure | • 25% |
| Atlassian Marketplace | • Apps, add-ons, plug-ins, integrations with Atlassian products Jira, Confluence, Bitbucket, and more<br>• Developer tools for creating, publishing products | • 15% (cloud apps)<br>• 25% (data center apps)<br>• 25% (server apps) |

**Highly Confidential - Attorneys' Eyes Only** 18

CX-0015.19

**2-ER-213**

# Benchmarking: Digital content commissions

- Commissions across digital content marketplaces vary significantly with 30% or greater headline commission rate being common; these marketplaces do not offer platform technology

| Select digital content marketplace | Description of platform | Headline commission rate |
|---|---|---|
| Spotify for Podcasters | • Platform for creators to upload, distribute podcasts<br>• Offers tools to monetize podcasts through subscriptions or ads<br>• Tools for analytics, growing audience | • 30% for Ambassador ads feature<br>• 5.5% for subscriptions<br>• 0.8-1.6% (foreign exchange fee)<br>• $0.20–0.30 (cash-out fee) |
| Twitch | • Platform for live streaming (primarily gaming), interacting with audience<br>• Tools for creators to monetize content | • 50% (subscriptions)<br>• 25% (advertising minimum) |
| Roku | • Media platform for TV and video content, such as streaming, apps, or stand-alone titles | • 20% (pay-to-install or in-channel purchases)<br>• 30% (of advertising inventory) |
| YouTube | • Video-sharing platform that allows users to upload and/or watch videos<br>• Creator tools to edit videos, engage with audience, monetize content | • 30% (channel memberships)<br>• 30% (Super Chats, Stickers, Thanks)<br>• 45% (Partner advertising)<br>• 55% (Shorts advertising) |
| Amazon Prime Video Direct | • Self-publishing platform for creators to upload, distribute videos on Prime Video | • 50% (purchases, rentals) |
| Kindle Direct Publishing | • Self-publishing platform for authors to publish, distribute paperback and eBooks books through Amazon and Kindle | • 30% (US ebooks between $2.99–$9.99)<br>• 65% otherwise |
| Barnes and Noble Press | • Self-publishing platform for authors to publish, distribute paperback and eBooks books through Barnes and Noble and Nook | • 30% (ebooks)<br>• 45% (print books) |
| Kobo | • Self-publishing platform for eBooks, audiobooks<br>• Offers creators ability to be paid based on time spent on their titles | • 30% (ebooks between $1.99–$12.99; 55% otherwise)<br>• 55% (audiobooks over $2.99; 65% if under) |
| Audible | • Platform for distributing audiobooks that supports self-publishing<br>• Supports creators by funding creation of exclusive content | • 60% (exclusive content)<br>• 75% otherwise |
| Patreon | • Platform for creators to interact with their communities, build their business<br>• Provides tools for marketing, hosting multimedia content, tax filings, etc. | • 8% (Pro)<br>• 12% (Premium)<br>*Plus payment processing, currency conversion, payout fees, and payment processing, and applicable taxes* |

Highly Confidential - Attorneys' Eyes Only

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

19

CX-0015.20

# Off-app purchases: Microsoft affiliate commission rates

| Category | Affiliate commission rate |
|---|---|
| PC and other accessories | 1% |
| Products and services that are not mentioned | 1% |
| Xbox accessories and consoles | 2% |
| Microsoft Surface and accessories | 2% |
| Xbox Game Pass | 2% |
| Paid applications | 2% |
| Xbox Live Gold | 2% |
| Additional Microsoft and Office products | 5% |
| TV shows and movies | 7% |
| Xbox games (Microsoft or third-party) | 7% |

**Note**: In some cases, the Microsoft and Xbox stores also sell third-party products and services (e.g., third-party Xbox games and hardware). In that case, the effective affiliate commission rate out of Microsoft's platform commission would be higher.

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

**Highly Confidential - Attorneys' Eyes Only** 20

CX-0015.21

# Off-app purchases: Walmart affiliate commission rates

| Category | Affiliate commission rate | Walmart commission rate | Effective affiliate commission rate out of Walmart commission |
|---|---|---|---|
| Electronics, cameras and supplies, wireless | 1% | 8% | 12.5% |
| Media & gaming | 1% | 15% | 6.7% |
| Toys, books & magazines, seasonal, celebration, stationery, sporting goods, automotive, hardware & tools/do it yourself, patio and garden, horticulture, arts, crafts, sewing & fabric, cook and dine, home decor, bath and shower, bedding, home management, furniture | 3% | 15% | 20% |
| Pets and supplies, beauty, baby hardlines | 3% | 15%* | 20% |
| Apparel and accessories | 4% | 15% | 26.7% |
| Jewelry | 4% | 20%* | 20% |

* Lower platform commission rates for smaller-sized purchases (i.e., higher effective affiliate commission rates for smaller-sized purchases).

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024

Highly Confidential – Attorneys' Eyes Only    21

CX-0015.22

Case 4:20-cv-05640-YGR    Document 1542-9    Filed 05/07/25    Page 23 of 25

# Off-app purchases: Amazon affiliate commission rates

- Effective commission rates are particularly important for Amazon because nearly 2/3 (63%) of Amazon's sales are third-party sales

| Category | Affiliate commission rate | Amazon commission rate | Effective affiliate commission rate out of Amazon commission |
|---|---|---|---|
| Gift cards, wireless service plans, alcoholic beverages, digital Kindle products purchased as a subscription, food prepared and delivered from a restaurant, Amazon Appstore, Prime Now, Amazon Pay Places, or Prime Wardrobe purchases | 0% | 8%–20% | 0% |
| Video games | 1% | 15% | 6.7% |
| Video game consoles | 1% | 8% | 12.5% |
| Televisions | 2% | 8% | 25% |
| DVD and Blu-Ray | 2.5% | 15% | 16.7% |
| PCs and PC components | 2.5% | 8% | 31.3% |
| Amazon Fresh, toys | 3% | 15% (toys) | 20% |
| Amazon Fire tablet devices, Amazon Kindle devices, Amazon Cloud Cam devices, Fire TV Edition smart TVs, Amazon Fire TV devices, Amazon Echo devices, Ring devices, luggage, shoes, and handbags & accessories | 4% | 15% | 26.7% |
| Apparel | 4% | 17% | 23.5% |
| Watches | 4% | 16%* | 25% |
| Jewelry | 4% | 20%* | 20% |

* Higher platform commission rates for smaller-sized purchases (i.e., lower effective affiliate commission rates for smaller-sized purchases).

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024    Highly Confidential - Attorneys' Eyes Only    22

CX-0015.23

# Off-app purchases: Amazon affiliate commission rates (2)

- Effective commission rates are particularly important for Amazon because nearly 2/3 (63%) of Amazon's sales are third-party sales

| Category | Affiliate commission rate | Amazon commission rate | Effective affiliate commission rate out of Amazon commission |
|---|---|---|---|
| Physical books, health & personal care, sports, kitchen, automotive, baby products | 4.5% | 15%** | 30% |
| Digital music, grocery, physical music, handmade, digital videos | 5% | 15%** | 33.3% |
| Outdoors, tools | 5.5% | 15% | 36.7% |
| Headphones, beauty, musical instruments | 6% | 15% | 40% |
| Business & industrial supplies | 6% | 12% | 50% |
| Furniture, home, home improvement, lawn & garden, pet products, pantry | 8% | 15%* | 53.3% |
| Luxury beauty, Amazon Coins | 10% | 15%** | 66.7% |

** Lower platform commission rates for smaller-sized purchases (i.e., higher effective affiliate commission rates for smaller-sized purchases).

* Higher platform commission rates for smaller-sized purchases (i.e., lower effective affiliate commission rates for smaller-sized purchases).

App Store Commission Rates and the Value of Apple and the App Store to Developers | Apple | January 2024          **Highly Confidential - Attorneys' Eyes Only** 23

CX-0015.24

# Off-app purchases: eBay affiliate commission rates

| Category | Affiliate commission rate | eBay commission rate * | Effective affiliate commission rate out of eBay commission | Affiliate commission cap |
|---|---|---|---|---|
| Real estate | 1% | 13.25% | 7.5% | $100 |
| Electronics: Computers, tablets & networking | 1.5% | 13.25% | 11.3% | $550 |
| Electronics: Cameras & photo, cell phones & accessories, TV, video & audio, video games & consoles | 2% | 13.25% | 15.1% | $550 |
| Business & industrial | 2.5% | 13.25% | 18.9% | $225 |
| Collectibles, home & garden, lifestyle (gift cards & coupons, sports, tickets & events), vehicle parts & accessories | 3% | 13.25% | 22.6% | $550 |
| Musical instruments | 3% | 6.35% | 47.2% | $550 |
| Media (books, comics & magazines, DVDs & movies, music) | 3% | 14.95% | 20.1% | $550 |
| eBay Motors | 4% | 13.25% | 30.2% | $100 |
| Fashion | 4% | 13.25% | 30.2% | $550 |
| All other | 4% | 13.25% | 30.2% | $550 |

* Lower eBay commission rates for larger-sized purchases (i.e., higher effective affiliate commission rates for larger-sized purchases).

**Highly Confidential - Attorneys' Eyes Only** 24

CX-0015.25

**2-ER-219**

Case 4:20-cv-05640-YGR    Document 1542-17    Filed 05/07/25    Page 1 of 43

From: Sean Cameron ▉▉▉▉▉▉▉▉▉▉▉▉
Subject: Wisconsin deck -- review for Tim meeting on 6/20
Received:(Date): Fri, 16 Jun 2023 16:09:43 -0700
Cc: Matt Fischer ▉▉▉▉▉▉▉, Robert Kondrk
▉▉▉▉▉▉.Jeff Robbin▉▉▉▉▉▉▉, Alex Roman
▉▉▉▉▉▉.Carson Oliver▉▉▉▉▉▉▉▉▉▉▉
Kunnal Vij▉▉▉▉▉.Monika Gromek▉▉▉▉▉▉▉.
Nate Barton▉▉▉.Tanya Washburn▉▉▉▉▉▉▉▉
▉▉▉▉▉. Ann Thai▉▉▉▉▉▉▉.Eric Gray
▉▉▉▉. Kyle Andeer▉▉▉▉.Heather Grenier
▉▉▉▉. Ling Yang Lew▉▉▉▉▉▉.Jen Brown
▉▉▉▉▉▉.Cynthia Richman
▉▉▉▉▉▉▉▉. Mark Perry▉▉▉▉▉▉▉▉
To: Philip Schiller▉▉▉▉▉, "Greg (Joz) Joswiak"
▉▉▉▉▉.Craig Federighi▉▉▉▉▉▉▉, Eddy Cue
▉▉▉▉▉.Kate Adams▉▉▉▉▉▉▉▉
Attachment: 2023.06.16 CLEAN - Wisconsin - Team Commission - Privileged & Co
Date: Fri, 16 Jun 2023 16:09:43 -0700

Privileged & Confidential
Prepared at the Request of External Counsel

Phil, Joz, Craig, Eddy, Kate,

As discussed in our prior meeting, there are multiple Epic injunction compliance options
under consideration. The cross-functional team needs directional guidance early next
week in order to comply with the July 5th deadline. We have a 30-minute review with
Tim on Tuesday at 1pm to discuss a no commission option and several proposals for a
commission option. The objective of the meeting is to get a decision on whether to
pursue a commission so the team can do the necessary work to go live in two weeks'
time.

The attached deck has complete details on design, financial modeling, and risk/benefit
analysis for the commission and no commission options. We intend to review it with Tim
on Tuesday. Please let us know if there is any feedback to the deck or proposed
messaging at your earliest convenience so we can incorporate.

Thanks — Sean

*

_____
_____

Privileged & Confidential

PLAINTIFF
U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v Apple Inc.
Ex. No. CX-0223
Date Entered_____
By_____

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    CX-0223.1    APL-EG_11573161

Prepared at the Request of External Counsel

Phil, Joz, Craig, Eddy, Kate,

As discussed in our prior meeting, there are multiple Epic injunction compliance options under consideration. The cross-functional team needs directional guidance early next week in order to comply with the July 5th deadline. We have a 30-minute review with Tim on Tuesday at 1pm to discuss a no commission option and several proposals for a commission option. The objective of the meeting is to get a decision on whether to pursue a commission so the team can do the necessary work to go live in two weeks' time.

The attached deck has complete details on design, financial modeling, and risk/benefit analysis for the commission and no commission options. We intend to review it with Tim on Tuesday. Please let us know if there is any feedback to the deck or proposed messaging at your earliest convenience so we can incorporate.

Thanks — Sean

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        CX-0223.2                        APL-EG_11573162

| | |
|---|---|
| **Control Number** | APL-EG_11573163 |
| **Group Identifier** | APL-EG_11573161 |
| **P/C** | |
| **FamilyStatus** | |
| **AllCustodians** | Oliver, Carson |
| **Email From** | |
| **Email To** | |
| **Email CC** | |
| **Email BCC** | |
| **DateSent** | |
| **TimeSent** | |
| **DateLastModified** | |
| **TimeLastModified** | |
| **DateCreated** | |
| **Email Subject** | |
| **Title** | |
| **Filename** | 2023.06.16 CLEAN - Wisconsin - Team Commission - Privileged & Confidential.key |
| **Application** | |
| **Confidentiality_Rcvd** | HighlyConfidential |
| **Production Vol.** | APL-EG_111 |

CX-0223.3

**2-ER-222**

U.S. District Court - NDCAL
4:20-cv-05640-YGR-TSH
Epic Games, Inc. v. Apple Inc.
Ex. No. **CX-0223**
Date Entered
By

APL-EG_11573163



# Epic Injunction
# Implementation Proposal

June 2023
Privileged and Confidential - Prepared at the Request of Outside Counsel

CX-0223.4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Epic injunction compliance

1. Apple has made collecting sports, services employees, and any party services to correct participants' different "Apple ID, on Apple's past month scenario and consistent from prohibiting developers from [...] including in their apps and their metadata buttons, external links, or also calls to action that direct customers to purchasing mechanisms, in addition to the App Purchasing and [...] communicating with customers through points of contact obtained voluntarily from customers through account registration within the app.

2. The parties may seek introduction of late briefs at any time by various motions and for good cause to all endorsed circumstances or otherwise.

3. The Court on final adjudication reserves its enforcement and enjoinment of the [...] if any part of the schedule is violated by any party based [...] on any other parties, plaintiffs, may by motion introduce the strategy for defendant, apply for sanctions or other relief that may be appropriate.

4. The sanctions will take effect immediately thereafter.

**Current minimum deadline: July 5th**

For discussion only

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0223.5

APL-EG_11573164

Case 4:20-cv-05640-YGR   Document 1542-17   Filed 05/07/25   Page 6 of 43



## Compliance options

| | Option 1: No Fee | Option 2: Fee |
|---|---|---|
| Fee | None | Commission on flat fee |
| Style | Plain link or button | Developer-styled link or button |
| Placement | Once per page; Not on same page as Apple IAP buy flow | Once per page |
| Language | Specific pricing; Template only | Specific pricing; Template only |
| Discouragement | May not discourage or mimic IAP | May not discourage or mimic IAP |

Different Approach — Same Approach

For discussion only

APL-EG_11573165

CX-0223.6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL_EG_11573166



Option 1 & 2: Proposed sheet

CX-0223.7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Case 4:20-cv-05640-YGR    Document 1542-17    Filed 05/07/25    Page 8 of 43



APL-EG_11573167

CX-0223.8

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

2-ER-227

APL-EG_11573168



## Option 1: No fee

| Fee | None |
| Style | Plain link or button |
| Placement | Once per page; Not on same page as Apple IAP buy flow |
| Language | Specific pricing; Template only |
| Discouragement | May not discourage or mimic IAP |

For discussion only

CX 0223.9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11573169

Case 4:20-cv-05640-YGR    Document 1542-17    Filed 05/07/25    Page 10 of 43



CX-0223.10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11573170

Case 4:20-cv-05640-YGR    Document 1542-17    Filed 05/07/25    Page 11 of 43

## Option 1: Placement
Current: Not permitted



CX-0223.11

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Option 1: Placement

Proposal - Once per page and not on same page as Apple IAP



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0223.12

APL-EG_11573171

## Option 1: Placement
Current - Not permitted



APL-EG_11573172

CX-0223.13

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Option 1: Placement

Proposal • Once per page and not on same page as Apple IAP





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0223.14

APL-EG_11573173

Case 4:20-cv-05640-YGR    Document 1542-17    Filed 05/07/25    Page 15 of 43



**2-ER-234**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0223.15          APL-EG_11573174



## Option 1: Considerations
No feel for leasing out

ATTORNEY-CLIENT PRIVILEGE

**Benefits**

- Avoids new challenge on applying commission to web sales
- Avoids challenges of collecting commission on web sales
- Maintains integrity of in-app purchase option

**Risks**

- Meaningful financial risk due to new in-app channel for developers without commission
- Increases volume and complexity of enforcement by App Review
- Diverges from all payments approach to date, could spread to other markets

ATTORNEY-CLIENT PRIVILEGE

For discussion only

APL-EG_11573175

CX-0223.16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Option 2: Fee

| Fee | Commission or flat fee |
| Style | Developer-styled link or button |
| Placement | Once per page |
| Language | Specific pricing; Template only |
| Discouragement | May not discourage or mimic IAP |

For discussion only

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0223.17

APL-EG_11573176

APL-EG_11573177



## Option 2: Link or Button Style
Developer Styles Link or Button

TO GET 50% OFF, GO TO
WWW.HULU.COM/WELCOME ⏍

Lowest price offered on
www.twodots.co/save ⏍

For discussion only



CX-0223.18

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Option 2: Placement
Current - Not Permitted



APL-EG_11573178

CX-0223.19

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11573179

## Option 2: Placement

Proposal - Once per page with developer styled link or button





CX-0223.20

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11573180

Case 4:20-cv-05640-YGR   Document 1542-17   Filed 05/07/25   Page 21 of 43

## Option 2: Placement
Current  Not Permitted



CX-0223.21

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11573181

Case 4:20-cv-05640-YGR  Document 1542-17  Filed 05/07/25  Page 22 of 43

## Option 2: Placement
Proposal - Once-per-page with developer-styled link or button




HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                CX-0223.22



## Fee Options

A. 27% Commission with a 24-Hour Time Limit

B. Flat Fee per link out

C. 20% Commission for First Year

APL-EG_11573182

CX-0223.23

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Case 4:20-cv-05640-YGR    Document 1542-17    Filed 05/07/25    Page 24 of 43





APL-EG_11573183

CX-0223.24

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11573184

Case 4:20-cv-05640-YGR   Document 1542-17   Filed 05/07/25   Page 25 of 43



CX-0223.25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



APL-EG_11573185

CX-0223.26

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

CX-0223.27

APL_EG_11573186



APL-EG_11573187

CX-0223.28

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Option 2A: Steady state revenue impact

27% Commission on transactions made within 24h after customer links out

| Developer Count | Total Revenue | Linkout Share 10% | 20% | 30% | 40% | 50% |
|---|---|---|---|---|---|---|
| 10 | [redacted] | | | | | |
| 50 | | | | | | |
| 200 | | | | | | |
| All Developers | | | | | | |

**Key Assumptions / Sensitivities**

- Assumes all subsequent transactions go through direct channels (with no commission)
- Every subsequent transaction that goes through the App Store will reduce the revenue loss (illustrative sensitivities on the next slide)
- Link-out billings not eligible for program discounts
- No collection risk factored into sensitivities

These numbers are for illustrative purposes only, to aid discussion





APL-EG_11573189

CX-0223.30

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

APL-EG_11573190

Case 4:20-cv-05640-YGR    Document 1542-17    Filed 05/07/25    Page 31 of 43



## Option 2A: Proposed justification for commission

2A: Commission on in-app items received in 24 hours of a link-out

- Developers who retain customers through direct channels after linking out will keep 100% of customer billings after the initial transaction. We estimate the average effective rate over the first year for a customer who links out to be 5% in this model.

- Applying our standard commission for the initial transaction is fair and defensible. Developers are still benefitting from the vast majority of Apple's tools, technologies, and services, minus cost of payments.

- Structure also aligns with affiliate programs in the market

For discussion only

CX-0223.31

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Option 2A: Considerations

27% Commission on transactions made within 24h after customer links out

**Benefits**

- Reduces financial risk versus no-fee option
- Provides more margin opportunity for developers compared to standard IAP commission, ATTORNEY-CLIENT PRIVILEGE [redacted]

**Risks**

ATTORNEY-CLIENT PRIVILEGE

- Developers may claim that a small discount on initial transaction does not allow for price competition
- Diverges from planned alt payments approach due to time duration
- Significant collection risk if linking out adoption scales

For discussion only



APL-EG_11573192

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0223.33

APL-EG_11573193

Case 4:20-cv-05640-YGR    Document 1542-17    Filed 05/07/25    Page 34 of 43

## Option 2B: Flat fee per link out
Based on average month 1 customer spend (LTV)



**Proposed Fee Calculation**

These numbers are for illustrative purposes only, to aid discussion

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          CX-0223.34



Option 2B: Steady state revenue impact
Flat fee ($15) charged each time a customer links out
Linkout Share
Developer Count
Total Revenue
10%
20%
30%
40%
50%
10
50
200
All Developers
Key Assumptions / Sensitivities
Assumes all subsequent transactions go through direct channels (with no fee)
Assumes efficient implementation by developers to limit the link cut to once per customer
No collection risk factored into sensitivities
These numbers are for illustrative purposes only, to aid discussion

## Option 2B: Proposed justification for commission

Flat fee charged each time a customer links out

- By allowing linking out, the App Store is functioning as an affiliate channel that facilitates customer app discovery and demand capture while resolving to out of app direct payment options

- Our flat fee per tap through is fair and defensible.

- This structure aligns with affiliate pricing structures in the market

- Flat fee is based on average in app customer spend, and discounted based on estimated likelihood of converting to a paid transaction

- While flat fee may appear high, the effective rate drops quickly for developers who are able to retain customers on non Apple channels. We estimate the average effective rate over the first year for a customer who links out to be 16% in this model

For discussion only

APL-EG_11573195

CX-0223.36

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Option 2B: Considerations

Flat fee charged each time a customer links out

| Benefits | Risks |
| --- | --- |
| • Reduces financial risk versus no-fee option | • Optics risk as the flat fee may exceed single transaction ASP for many apps |
| • No calculation risk as Apple has full visibility into link out data | ATTORNEY-CLIENT PRIVILEGE |
| • No need for data sharing or audit rights between developers and Apple | • Pricing risk as this option will be very attractive to high-LTV apps and games |
| • Sidesteps direct comparisons with commission rates | • If adopted in EU, may be seen as non-compliant with DMA mandate to allow devs to promote offers free of charge |

For discussion only



APL-EG_11573197

CX-0223.38

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Option 2C: Steady state revenue impact
20% commission on transactions made within 1 year after customer links out
Linkout Share
Developer Count
Total Revenue
10%
20%
30%
40%
50%
10
50
200
All Developers
Key Assumptions / Sensitivities
• Assumes all subsequent transactions go through direct channels (with no commission)
• Every subsequent transaction that goes through the App Store will reduce the revenue loss (illustrative sensitivities on the next slide)
• Link-out billings not eligible for program discounts
• No collection risk factored into sensitivities
These numbers are for illustrative purposes only, to aid discussion





HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0223.40          APL_EG_11573199



## Option 2c: Proposed justification for commission

- We are reducing our standard commission by 1/3 for transactions initiated out of the app, which is fair and defensible. Developers are still benefiting from the vast majority of Apple's tools, technologies, and services, minus cost of payments.

- Developers who retain customers through direct channels after linking out will keep 100% of customer billings after the first year. We estimate the average effective rate over the first 2 years for a customer who link cuts to be 10% in this model.

For discussion only

APL-EG_11573200

CX-0223.41

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Option 2C: Considerations

20% commission on transactions made within 1 year after customer links out

**Benefits**

- Reduces financial risk versus no-fee option
- Provides more long-term margin opportunity for developers compared to standard IAP commission, ATTORNEY-CLIENT PRIVILEGE

ATTORNEY-CLIENT PRIVILEGE

**Risks**

ATTORNEY-CLIENT PRIVILEGE

- Developers may claim that a longer duration of the on initial transaction does not allow for price competition
- Diverges from planned alt payments approach due to discount
- Significant collection risk if linking out adoption scales

For discussion only



APL-EG_1573202

CX-0223.43

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

From: **Sean Cameron**
Subject: **Re: Wisconsin deck -- review for Tim meeting on 6/20**
Date: June 19, 2023 at 9:54 GMT+0000
To: Philip Schiller ▉▉▉▉▉ , Greg (Joz) Joswiak ▉▉▉▉▉ , Craig Federighi ▉▉▉▉▉ , Eddy Cue ▉▉▉▉▉ , Kate Adams ▉▉▉▉▉
Cc: Matt Fischer ▉▉▉▉▉ , Robert Kondrk ▉▉▉▉▉ , Jeff Robbin ▉▉▉▉▉ , Alex Roman ▉▉▉▉▉ , Carson Oliver ▉▉▉▉▉ , Kunnal Vij ▉▉▉▉▉ , Monika Gromek ▉▉▉▉▉ , Nate Barton ▉▉▉▉▉ , Tanya Washburn ▉▉▉▉▉ , Ann Thai ▉▉▉▉▉ , Eric Gray ▉▉▉▉▉ , Kyle Andeer ▉▉▉▉▉ , Heather Grenier ▉▉▉▉▉ , Ling Yang Lew ▉▉▉▉▉ , Jen Brown ▉▉▉▉▉ , Cynthia Richman ▉▉▉▉▉ , Mark Perry

Privileged & Confidential
Prepared at the Request of External Counsel

Phil, Joz, Craig, Eddy, Kate,

Thank you for your feedback over the weekend and during this morning's meeting. The team has incorporated your collective feedback into a new version of the deck, which is attached below for your review. We will use this in tomorrow's review with Tim at 1pm.

Please let us know if you have any additional comments in the meantime.

Thanks — Sean

2023.06.19
Wiscon ...tial.key
55.4 MB

On Jun 16, 2023, at 5:42 PM, Phil Schiller ▉▉▉▉▉ wrote:

Privileged and Confidential
Attorney Work Product

Thanks for sharing this draft presentation

Here are my notes (clearly I am not on team commission/fee, so no surprises here)
- Slide 4, this illustration is not correct for option 1, we do not propose allowing links on IAP buy flow pages
- Slide 21: option 2A is a 27% commission for 24 hours. I have already explained my many issues with the commission concept so I won't repeat them here. Also, is there a 12% commission on a small business developer transaction? Otherwise this is an increase in commission level for 95% of developers. I don't see programs mentioned.
- Slide 25: the last note about collections isn't a "risk", it is a certainty, we won't get much of this back
- Slide 26: option 2B is a $15 fee per link, are we crazy? A fee doesn't scale fairly with developer revenues like a commission does. Apps with small transaction amounts get screwed. This is based on an average of all developers, clearly it will not be even break even for many developers, they will actually lose money (in effect a greater than 100% commission for many developers, not smart)
- Slide 30: there is a non-collection certainly here as well
- Slide 31: option 2C is a 20% commission on a full year of transactions. This seems really crazy to me as well. We are going to collect on transactions made directly on developers' websites for a year? And how does this work with the small business program, is it 10% for them?
- Slide 35: again, the last note about collections isn't a 'risk', it is a certainty, we won't get much of this back

On Jun 16, 2023, at 7:09 PM, Sean Cameron ▉▉▉▉▉ wrote:

Privileged & Confidential
Prepared at the Request of External Counsel

Phil, Joz, Craig, Eddy, Kate,

As discussed in our prior meeting, there are multiple Epic injunction compliance options under consideration.    The cross-functional team needs directional guidance early next week in order to comply with the July 5th deadline.    We have a 30-minute review with Tim on Tuesday at 1pm to discuss a no commission option and several proposals for a commission option.    The objective of the meeting is to get a decision on whether to pursue a commission so the team can do the necessary work to go live in two weeks' time.

**PLAINTIFF**
U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-0224**
Date Entered _____
By _____

The attached deck has complete details on design, financial modeling, and risk/benefit analysis for the commission and no commission options. We intend to review it with Tim on Tuesday.    Please let us know if there is any feedback to the deck or proposed messaging at your earliest convenience so we can incorporate.

Thanks — Sean

<2023.06.16 CLEAN - Wisconsin - Team Commission - Privileged & Confidential.key>

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          CX-0224.2                    APL-EG_11572860

| | |
|---|---|
| Control Number | APL-EG_11572861 |
| Group Identifier | APL-EG_11572859 |
| P/C | |
| FamilyStatus | |
| AllCustodians | Oliver, Carson |
| Email From | |
| Email To | |
| Email CC | |
| Email BCC | |
| DateSent | |
| TimeSent | |
| DateLastModified | |
| TimeLastModified | |
| DateCreated | |
| Email Subject | |
| Title | |
| Filename | 2023.06.19 Wisconsin - Team Commission - Privileged & Confidential.key |
| Application | |
| Confidentiality_Rcvd | HighlyConfidential |
| Production Vol. | APL-EG_111 |



Epic Injunction
Implementation Proposal

June 2023
Privileged and Confidential - Prepared at the Request of Outside Counsel

CX-0224.4

[Sean]



## Epic injunction compliance

1. Apple Inc. and its officers, agents, servants, employees, and persons in active concert or participation with them ("Apple"), are hereby permanently restrained and enjoined from prohibiting developers from (i) including in their apps and their metadata buttons, external links, or other calls to action that direct customers to purchasing mechanisms, in addition to In-App Purchasing and (ii) communicating with customers through point of contact obtained voluntarily from customers through account registration within the app.

2. Any party may seek modification of this Order, at any time, by written motion and for good cause based on changed circumstances or otherwise.

3. The Court will retain jurisdiction over the enforcement and amendment of the injunction. If any part of this Order is violated by any party named herein or any other person, plaintiff may, by motion with notice to the attorney for defendant, apply for sanctions or other relief that may be appropriate.

4. This injunction will take effect in ninety (90) days.

**Current minimum deadline: July 5th**

For discussion only

Privileged and Confidential – Prepared at Counsel's Direction

CX-0224.5

[Sean]

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 6 of 89

## Compliance options



| | | Option 1: No Fee | Option 2: Fee |
|---|---|---|---|
| **Different Approach** | Fee | None | Commission or flat fee |
| | Style | Plain link or button | Developer-styled link or button |
| | Placement | Once per page; Not on same page as Apple IAP buy flow | Once per page |
| **Same Approach** | Language | Specific pricing; Template only | Specific pricing; Template only |
| | Discouragement | May not discourage or mimic IAP | May not discourage or mimic IAP |

For discussion only

[Carson]

- We've identified 2 options we could pursue that are defined by whether or not we charge a fee: option 1 is no fee for linking out, option 2 is to charge a fee for linking out. The key focus in all of these options is the fee, which we believe this will heavily influence developer decisioning about directing users out of the app to buy.
- In both cases, many things are the same:
- In both cases, the court has decided that Apple has a right to continue requiring IAP for digital goods & services, so IAP would remain required.
- We would follow the Reader Entitlement policy, and allow a single URL that's owned/controlled by the developer per app, that resolves to an external browser (no web view).
- And Apple would provide a range of UI styling and acceptable language for developers to choose from, and developers cannot discourage or mimic IAP.
- The two options also diverge when it comes to the placement and style of the link, which we'll cover later. [Details on relationship between the commission and the buy flow][

CX-0224.6

2-ER-268



## Option 1 & 2: Proposed sheet
Flow example

[Sean]

Here's an example of the UI flow once a customer clicks on a link out button.

It takes a customer to an informational interstitial sheet warning them they are leaving the app and going to the web.

CX-0224.7



CX-0224.8

[Carson]
Developers would be able to use from a list templates for their language, while inputing the appropriate price, price comparison and URL.



CX-0224.9

[Sean]
In the "no fee" option, the style, placement, and fee would diverge from the fee-breaking option.

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 10 of 89



[Sean]
For option 1 here are examples of the language, link, and generic button that would be allowed.

CX-0224.10

## Option 1: Placement
Current - Not permitted



For discussion only

CX-0224.11

[Carson]
Here's an example of a streaming app currently available on store today. Link outs aren't currently allowed in both the logged out (on the left) and logged in (on the right) states, and on any of the screens.

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 12 of 89

## Option 1: Placement

Proposal – Once per page and not on same page as Apple IAP



**For discussion only**

CX-0224.12

[Carson]

In option 1, if we don't charge a fee, a developer could display one link per page, excluding if the page is part of the purchase flow, like the second screen here.

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 13 of 89



## Option 1: Placement
Current - Not permitted

For discussion only

[Carson]
Here's a game example where there is an upsell flow before the in-app shop.

CX-0224.13

## Option 1: Placement
Proposal – Once per page and not on same page as Apple IAP

For discussion only

CX-0224.14

[Carson]
Developers would not be able to display the URL on these screens because it's in the middle of the "buy flow".

Now Kunnal will take us through the financials.



[Kunnal]

These are the slides Alex and I presented to you last time we met on this topic. This was a general sensitivity chart that showed what the revenue impact would be simply based on count of developers adopting the link out and share of revenue shifting to linking out.

We know it's very likely that when a link-out happens, there will be some breakage, meaning customer dropping off during the buy-flow process due to a less seamless experience compared to Apple's iAP, and so we wanted to show you another view that takes this factor into account.

CX-0224.15



We have run various sensitivities through our developer economic decisioning model to forecast whether or not a developer will adopt linking out.

On the rows, this accounts for the revenue impact if breakage is 0% and all the way up to 25%. Beyond ▮ developers reach a tipping point where they lose more on linking out than they would make sticking with Apple IAP and the higher commission.

For the share of billings linking-out, we are showing sensitivities from 10% to 50%, which will depend where is the text and the language developers are allowed to use. We don't have great data points on what this will end up being, but we have a situations we've encountered to point to:

- **NetEase** – has offered discounted pricing offered outside the App Store and has been targeting specific marketing to their high spend customers. Based on the analysis we did with Analytics, we believe about ▮ of our billings have shifted to their webstore.
- **Disney+** – has offered a discounted bundle outside the App Store, with no App Store purchase option for bundle. We believe this has driven about ▮ of Disney+ billings outside of the App Store.
- And in the case for **Epic**, we saw about ▮ of billings shift for the few weeks when they offered their own payment option and had discounted pricing.

The range of impact on the low end with 25% breakage and 10% billings shift (bottom left corner) is more negligible at ▮ However on the other end with 0% breakage and 50% billings shift (top right corner), it's closer to ▮ of U.S. revenue that Apple would lose. A more middle ground scenario of 10% breakage and 30% billings shift would result in ▮ of revenue loss, nearly ▮ of our U.S. App Store revenue.

Next, XX will recap the pros and cons of Option 1 with not charging a commission.

CX-0224.16



**Option 1: Considerations**
No fee for linking out:

**Benefits**

- Attorney-Client Privilege
- Avoids new challenge on applying commission to web sales
- Avoids challenges of collecting commission on web sales
- Maintains integrity of in-app purchase option

**Risks**

- Meaningful financial risk due to new in-app channel for developers without commission
- Increases volume and complexity of enforcement by App Review
- Attorney-Client Privilege
- Diverges from alt payments approach to date; could spread to other markets

For discussion only

# Attorney-Client Privilege

[Carson]
- Looking at the benefits of this approach:

- It avoid the risks of measuring and collecting commissions on web sales
- And it maintains the integrity of in-app purchase by not allowing alternative links on the same page as IAP
- However, this approach does have some significant risks
- It creates the greatest risk of revenue loss
- It requires App Review to take on a new enforcement burden to ensure that links out are not placed in the buy flow, Attorney-Client Privilege
- It also diverges from our approach other markets, including Korea and the Netherlands, as well as our planned approach under the DMA, which means that it could spread to other markets, notably Europe

CX-0224.17



## Option 2: Fee

| Fee | Commission or flat fee |
| --- | --- |
| Style | Developer-styled link or button |
| Placement | Once per page |
| Language | Specific pricing; Template only |
| Discouragement | May not discourage or mimic IAP |

For discussion only

[Sean]

CX-0224.18



CX-0224.19

[Sean]

## Option 2: Placement
Current - Not permitted

**For discussion only**

[Ann]

Here are examples screens where links may be placed if we go with option 2. Since we are charging a commission, the link could be placed once per page, including alongside IAP.

CX-0224.20

## Option 2: Placement
Proposal – Once per page with developer-styled link or button



For discussion only

CX-0224.21

[Ann]
Here is the example with link outs added. You can see them merchandized just below the "Start Your Free Trial" on screen 1, on the merchandizing sheet, and account pages.



## Option 2: Placement
Current - Not permitted

For discussion only

CX-0224.22

[Ann]
Showing here again where the link outs would be allowed in option 2 in the Two Dots game example



## Option 2: Placement
Proposal – Once per page with developer-styled link or button

CX-0224.23

[Ann]
And here's the Two Dots UI with the example link out buttons added on each page.

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 24 of 89



CX-0224.24

[Carson]

# Fee Options

A. 27% Commission with a 24-Hour Time Limit

B. 20% Commission for First Year

For discussion only

CX-0224.25

[Carson]
- We have 2 proposed fee options:
  - A 27% commission on linking out for the subsequent 24 hours
  - And a 20% commission on linking out for the first year

## Option 2A: 27% Commission with 24h time limit

27% commission on all transactions made within 24 year and all subsequent renewals for subscriptions

**Non-Sub IAP**

Tap out through link
Within 24 hours then tap out
After 24 hours then tap out

**Subscriptions**

Tap out through link
Within 24 hours then tap out
After 24 hours then tap out

For discussion only

[Kunnal]
- Under option 2A [CLICK]...
- The any paid transaction within the first 24 hours would be subject to the commission [CLICK]
- All subsequent paid transactions through the web would not be commissioned, assuming the customer doesn't click out again [CLICK]
- For subscriptions, any free trials initiated during the 24 hour window from link out would have the next subsequent paid renewal commissioned at 27%

CX-0224.26

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 27 of 89



CX-0224.27

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 28 of 89



CX-0224.28



Option 2A: 27% Commission with 24h time limit
27% commission on all transactions made within 24 year and all subsequent renewals for subscriptions
Non-Sub IAP
Tap out through link
Paid Transaction
Commissioned at 27%
Within 24 hours from tap out
Paid Transaction
No Commission
After 24 hours from tap out
Paid Transaction
No Commission
Subscriptions
Tap out through link
Free Trial
No Commission
Within 24 hours from tap out
Paid Start
Commissioned at 27%
Paid Renewal
Commissioned at 27%
After 24 hours from tap out
Paid Renewal
Commissioned at 27%
Paid Renewal
Commissioned at 27%
For discussion only
Privileged and Confidential - Prepared at the Request of Outside Counsel

CX-0224.29

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 30 of 89



## Option 2A: Steady state revenue impact

27% commission on all transactions made within 24 year and all subsequent renewals for subscriptions

### Linkout Share

| Developer Count | Total Revenue...... | 10% | 20% | 30% | 40% | 50% |
|---|---|---|---|---|---|---|
| 10 | | | | | | |
| 50 | | | | | | |
| 200 | | | | | | |
| All Developers | | | | | | |

### Key Assumptions / Sensitivities

- Assumes all subsequent transactions go through direct channels (with no commission)

- Every sub-sequent transaction that goes through the App Store will reduce the revenue loss (illustrative sensitivities on the next slide)

- Link out billings not eligible for program discounts

- 30% collection risk factored into sensitivities for illustration purposes

These numbers are for illustrative purposes only, to aid discussion

CX-0224.30

[Kunnal]

**2-ER-292**



# Option 2A: Steady state revenue impact

Illustrative sensitivities for 200 developers and returning customers

| Returning Customers | Linkout Share 10% | 20% | 30% | 40% | 50% |
|---|---|---|---|---|---|
| 0% | [redacted] | | | | |
| 25% | | | | | |
| 50% | | | | | |
| 100% | | | | | |

**Key Assumptions / Sensitivities**

- Assumes efficient implementation by developers to limit the tap through to be margin positive vs Apple IAP
- Link-out billings not eligible for program discounts
- 30% collection risk factored into sensitivities for illustration purposes

**These numbers are for illustrative purposes only, to aid discussion**

CX-0224.31

[Kunnal]



[Kunnal] or [Carson]

CX-0224.32



## Option 2A: Steady state revenue impact

3% Discount on transactions, including programs, made within 24h after customer links out

**Key Assumptions / Sensitivities**

- Assumes all subsequent transactions go through direct channels (with no commission)
- Every subsequent transaction that goes through the App Store will reduce the revenue loss (illustrative sensitivities on the next slide)
- Link out billings are eligible for program discounts
- No collection risk factored into sensitivities

### Total Revenue

|  | Linkout Share | | | | |
| Developer Count | 10% | 20% | 30% | 40% | 50% |
| 10 | | | | | |
| 50 | | | | | |
| 200 | | | | | |
| All Developers | | | | | |

*These numbers are for illustrative purposes only, to aid discussion*

CX-0224.33

[Kunnal]

## Option 2A: Steady state revenue impact

Illustrative sensitivities for 200 developers and returning customers, including program discount

| Returning Customers | Linkout Share 10% | 20% | 30% | 40% | 50% |
|---|---|---|---|---|---|
| 0% | [redacted] | | | | |
| 25% | | | | | |
| 50% | | | | | |
| 100% | | | | | |

**Key Assumptions / Sensitivities**

- Assumes efficient implementation by developers to limit the tap through to be margin positive vs Apple IAP
- Link-out billings are eligible for program discounts
- No collection risk factored into sensitivities

**These numbers are for illustrative purposes only, to aid discussion**

[Kunnal]

CX-0224.34



## Option 2A: Proposed justification for commission
27% Commission on transactions made within 24h after customer links out

- Developers who retain customers through direct channels after linking will keep 100% of customer billings after the initial transaction. We estimate the average effective rate over the first year for a customer who links out to be [XX%] in this model.

- Applying our standard commission for the initial transaction is fair and defensible. Developers are still benefiting from the vast majority of Apple's tools, technologies, and services, minus cost of payment processing.

Prepared for update

For discussion only

CX-0224.35

[Carson]
- This approach is reasonable because we're charging developers for a limited time period on transactions initiated directly from the app. This means that developers who are able to retain customers through their direct channels after the first 24 hours will keep 100% of the customer's spend. As a result, we estimate that the effective Y1 commission rate for a customer who links out will only be 5%.
- We believe using our standard commission rate, discounted by cost of payments in the US, is reasonable because developers are still benefiting from the vast majority of Apple's tools, technologies and services, with the exception of payment processing.
- One final note, both the structure and pricing of this approach also aligns with affiliate programs for digital goods and services in the market. For example, Apple Music's own affiliate model pays out 100% of the first month's paid billings for each new subscriber acquired through affiliate partners.

**2-ER-297**

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 36 of 89



**Option 2A: Considerations**
27% Commission on transactions made within 24h after customer links out

**Benefits**
- Reduces financial risk versus no-fee option
- Provides more margin opportunity for developers compared to standard IAP commission Attorney-Client Privilege
- Aligns with commission discount for planned alt payments approach

**Risks**
Attorney-Client Privilege
- Developers may claim that a small discount on initial transaction does not allow for price competition
- Diverges from planned alt payments approach due to time duration
- Significant collection risk if linking out adoption scales

**For discussion only**

[Carson]
- In terms of the benefits of this approach...
  - It meaningfully reduces the financial risk versus the no-fee option
  - It provides much more margin opportunity for developers relative to the standard IAP commission model, which should allow for reasonable price competition from developers, as expected by the court
  - It also aligns with the commission discount approach we've been using in Korea and the Netherlands, and plan on applying under the DMA
- In terms of risks...

## Attorney-Client Privilege

- Developers are likely to claim that the 3% discount for cost of payments does not allow for price competitive versus IAP
- This diverges from the alternative payments approach under the DMA because of the time duration
- And there is significant collection risk if this approach is widely adopted

CX-0224.36

**2-ER-298**

Case 4:20-cv-05640-YGR     Document 1542-18     Filed 05/07/25     Page 37 of 89



CX-0224.37

[Kunnal]
•Under the third fee option (2C), we would charge developers a significantly reduced commission of 20% on any paid transactions for one-year after the link out [CLICK]





## Option 2B: Steady state revenue impact

20% commission on transactions made within 1 year after customer links out

**Linkout Share**

| Developer Count | Total Revenue | 10% | 20% | 30% | 40% | 50% |
|---|---|---|---|---|---|---|
| 10 | [redacted] | | | | | |
| 50 | | | | | | |
| 200 | | | | | | |
| All Developers | | | | | | |

**Key Assumptions / Sensitivities**

- Assumes all subsequent transactions go through direct channels (with no commission)
- Every subsequent transaction that goes through the App Store will reduce the revenue loss (illustrative sensitivities on the next slide)
- Link-out billings not eligible for program discounts
- 30% collection risk factored into sensitivities for illustration purposes

**These numbers are for illustrative purposes only, to aid discussion**

[Kunnal]

CX-0224.38



# Option 2B: Steady state revenue impact

Illustrative sensitivities for 200 developers and returning customers

| Returning Customers | Linkout Share 10% | 20% | 30% | 40% | 50% |
|---|---|---|---|---|---|
| 0% | [redacted] | | | | |
| 25% | | | | | |
| 50% | | | | | |
| 100% | | | | | |

**Key Assumptions / Sensitivities**

- Assumes efficient implementation by developers to limit the tap through to be margin positive vs Apple IAP
- Link-out billings not eligible for program discounts
- 30% collection risk factored into sensitivities for illustration purposes

**These numbers are for illustrative purposes only, to aid discussion**

CX-0224.39

[Kunnal]

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 40 of 89



Option 2C V2:
20% / 10% commission on transactions made within 1 year after customer links out

For discussion only

Privileged and Confidential - Prepared at the Request of Apple's Counsel

[Kunnal] or [Carson]

CX-0224.40



## Option 2C: Steady state revenue impact

20% / 10% commission on transactions made within 1 year after customer links out

| Developer Count | Total Revenue | Linkout Share 10% | 20% | 30% | 40% | 50% |
|---|---|---|---|---|---|---|
| 10 | [redacted] | | | | | |
| 50 | | | | | | |
| 200 | | | | | | |
| All Developers | | | | | | |

**Key Assumptions / Sensitivities**

- Assumes all subsequent transactions go through direct channels (with no commission)
- Every subsequent transaction that goes through the App Store will reduce the revenue loss (illustrative sensitivities on the next slide)
- Link-out billings are eligible for program discounts
- No collection risk factored into sensitivities

**These numbers are for illustrative purposes only, to aid discussion**

[Kunnal]

CX-0224.41



## Option 2A: Steady state revenue impact

Illustrative sensitivities for 200 developers and returning customers, including program discount

Linkout Share

| Returning Customers | 10% | 20% | 30% | 40% | 50% |
|---|---|---|---|---|---|
| 0% | [redacted] | | | | |
| 25% | | | | | |
| 50% | | | | | |
| 100% | | | | | |

**Key Assumptions / Sensitivities**

- Assumes efficient implementation by developers to limit the tap through to be margin positive vs Apple IAP
- Link-out billings are eligible for program discounts
- No collection risk factored into sensitivities

**These numbers are for illustrative purposes only, to aid discussion**

CX-0224.42

[Kunnal]



**Option 2B: Proposed justification for commission**
20% commission on transactions made within 1 year after customer links out

- We are reducing our standard commission by 1/3 for transactions initiated out of the app, which is fair and defensible. Developers are still benefitting from the vast majority of Apple's tools, technologies, and services, minus cost of payments.

- Developers who retain customers through direct channels after linking out will keep 100% of customer billings after the first year. We estimate the average effective rate over the first 2 years for a customer who link outs to be 10% in this model.

For discussion only

[Carson]
- We believe this approach is fair and defensible because we're significantly reducing our standard commission for transactions initiated from in the app. Developers will still benefit from the vast majority of Apple's tools, technologies and services, with the exception of payment processing, but will pay 1/3 less than the standard commission.
- Furthermore, developers who are able to retain customers through there direct channels after the first year will keep 100% of the customer's spend. As a result, the effective Y2 commission rate for a customer who links out will only be 10%.

CX-0224.43

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 44 of 89



[Carson]

- In terms of the benefits of this approach...
  - It reduces the financial risk versus the no-fee option, and the other fee options
  - It provides long-term margin opportunity for developers relative to the standard IAP commission model, Attorney-Client Privilege
    Attorney-Client Privilege

- In terms of risks...
                    Attorney-Client Privilege

- Developers may also claim that, despite the large discount versus the standard commission, the longer duration of the commission does not allow for meaningful price competition
- This approach also diverges from the alternative payments approach under the DMA due to the larger discount, and risks being copied in other markets
- And there is significant collection risk if this approach is widely adopted

CX-0224.44

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 45 of 89



CX-0224.45

Case 4:20-cv-05640-YGR   Document 1542-18   Filed 05/07/25   Page 46 of 89



Affiliate Program Comparables

CX-0224.46

## Selection of Affiliate Program Comparables

Public program terms only; fees to large partners are negotiated with higher compensation

| | Category | Event | Purchase Cadence | Affiliate Fee | Effective Commission |
|---|---|---|---|---|---|
| Apple Music | Media | Sale or Trial | Subscription | $10 | 50% - 100% |
| Amazon Subscriptions (Prime, Video, Music) | Media | Registration | Subscription | $3 | 20% - 50% |
| Hulu | Media | Sale | Subscription | $6 | 40% |
| Disney+ | Media | Sale | Subscription | Up to $11 | Up to 100% |
| ESPN | Media | Sale | Subscription | $10 | Up to 100% |
| Peacock | Media | Sale | Subscription | $12 | 120% |
| Microsoft Office | Productivity | Sale | Subscription | $15 to $20 | 100% |
| Adobe Cloud | Productivity | Sale | Subscription | $5 to $20 | 85% |
| Canva | Productivity | Sale | Subscription | Up to $36 | >200% |
| Intuit | Productivity | Sale | One-time buy | | 15% |
| ADY-la | Health & Fitness | Sale | Subscription | | 15% |
| Amazon (Games) (IP games only) | Games | Sale | One-time buy | | 20% |
| GameFly (game rental service) | Games | Registration | Subscription | $5 - $20 | 30% - 100% |
| GameFly (game purchase service) | Games | Sale | One-time buy | | 10% |
| Wargaming | Games | Registration | Free to play | Up to $17 | Up to 50% |

For discussion only

*Note: Effective commission based on mean of all TGs

Affiliate programs tend to be used similarly to display advertising (e.g. low-effort marketing channel to harvest low-quality demand from longtail organic internet traffic). This explains the delta between affiliate fees and commission rates, as the fees price in the impacts of low quality traffic.

Many of these programs aren't even run directly by the developer themselves and are farmed out to a vendor (e.g. partnerize, flex offers, partnercentric)

One-time buy commissions (e.g. against LTV) range from 10-20%)

Large brands are likely to have lower need for affiliate partners, and therefore offer lower pricing. This explains differences between Disney and Peacock, and MSFT vs Canva

CX-0224.47



Judgment Langauge

CX-0224.48

# Attorney-Client Privilege

CX-0224.49

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 50 of 89

# Attorney-Client Privilege

CX-0224.50

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 51 of 89

# Attorney-Client Privilege

CX-0224.51

Case 4:20-cv-05640-YGR   Document 1542-18   Filed 05/07/25   Page 52 of 89



CX-0224.52

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 53 of 89

## Solution based on reader app entitlement



- Apple will set up an entitlement program for links out of the app to purchases on a developer's web site
- Clicking on a link will launch an interstitial
- Link must go to a web site owned or controlled by developer
- Link must open a new window in default browser, not in-app web view
- Link cannot pass additional parameters, must be statically defined

For discussion only

CX-0224.53

Case 4:20-cv-05640-YGR   Document 1542-18   Filed 05/07/25   Page 54 of 89



CX-0224.54

Case 4:20-cv-05640-YGR   Document 1542-18   Filed 05/07/25   Page 55 of 89



Financials

CX-0224.55

[Kunnal]
- Under the second fee option (2B), we would charge developers a flat fee each time a customer links out, independent of the transaction behavior on the link subsequent to the link

CX-0224.56

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 57 of 89



CX-0224.57

[Kunnal]



# Option 2C: Steady state revenue impact

Flat fee ($15) charged each time a customer links out

| Developer Count | Total Revenue | Linkout Share 10% | 20% | 30% | 40% | 50% |
|---|---|---|---|---|---|---|
| 10 | [redacted] | | | | | |
| 50 | | | | | | |
| 200 | | | | | | |
| All Developers | | | | | | |

**Key Assumptions / Sensitivities**

- Assumes all subsequent transactions go through direct channels (with no fee)
- Assumes efficient implementation by developers to limit the link out to once per customer
- No collection risk factored into sensitivities

**These numbers are for illustrative purposes only, to aid discussion**

CX-0224.58

[Kunnal]

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 59 of 89



## Option 2C: Proposed justification for commission
Flat fee charged each time a customer links out

- By allowing linking out, the App Store is functioning as an affiliate channel that facilitates customer app discovery and demand capture while resolving to out-of-app direct payment options

- Our flat fee per tap-through is fair and defensible:

  - This structure aligns with affiliate pricing structures in the market

  - Flat fee is based on average in-app customer spend, and discounted based on estimated likelihood of converting to a paid transaction

  - While flat fee may appear high, the effective rate drops quickly for developers who are able to retain customers on non-Apple channels. We estimate the average effective rate over the first year for a customer who links out to be 16% in this model.

For discussion only

[Carson/Timo]

- This approach is reasonable because, in this model, the App Store is functioning like an affiliate channel. We're supporting the customer discovery and download through the App Store, but allowing developers to resolve to out-of-app direct payment options that avoid our standard business model.

- A flat fee model is common in affiliate programs, including programs from Apple Music, Microsoft 365, and Disney+.

- Those models are based on initial paid transactions, and to approximate that approach we use the average in-app customer spend for the App Store and discount that spend based on our best estimates of converting to a paid transaction.

- Lastly, while a $15 flat fee may appear high, the effective rate drops quickly for developers who are able to retain customers on non-Apple channels. We estimate the average effective rate over the first year for a customer who links out to be 16% in this model.

CX-0224.59

2-ER-321



CX-0224.60

[Carson/Timo]
- In terms of the benefits of this approach...
  - It meaningfully reduces the financial risk versus the no-fee option
  - It removes the calculation risk compared to the commission-based approach, as we will have full visibility into link out data, and it helps to avoid data sharing and audit right between developers and Apple

  Attorney-Client Privilege

- In terms of risks...
  - Given the flat fee, the fee may exceed the average sales price for the initial transaction for many apps, Attorney-Client Privilege

  Attorney-Client Privilege

  - Also, by using a single flat fee, some high LTV apps and games will likely find this approach very positive
  - Finally, if this approach is adopted in the EU, we may run into an issue complying with the DMA manate to allow developers to promote offers "free of charge" in their apps



CX-0224.61

[Nate]
If we decided and had the ability to charge and enforce a commission, we believe there would be very little developer adoption of link-out, assuming a scenario where we would give a cost of payments discount at 3%.

We ran the commission option through our developer decisioning model as well but this will likely not make economic sense for the vast majority of developers with the 3% discount in the near term given that's roughly equivalent to cost of payments. However we know there are other elements that will matter to developers like customer relationship and developers ability to monetize in others way they don't today with a transaction going through linking-out, hence we did a sensitivity....

We believe based on low developer count adoption and low billings share (top left corner), the revenue impact would be closer to zero, whereas if all developers adopted and there was 50% billings shift (bottom right), the revenue impact would be closer to [redacted] Of course this all assumes we can actually collect the billings going through linking out, which as you can see in yellow, ranges from [redacted] n the top left to [redacted] in the bottom right. Any amount that we cannot collect will have a further impact on Apple's Revenue / Profitability.

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 62 of 89



CX-0224.62

Option 2D: Discounted commission + flat fee
$2 Flat fee + 20% commission on transactions made within 1 year after customer links out
Non-Sub IAP
Tap out through link
Flat Fee
Paid Start
Commissioned at 20%
Within 24 hours from tap out
Tap Out through Link
Flat Fee
Paid Start
Commissioned at 20%
Within 24 hours from tap out
Paid Transaction
No Commission
After 24 hours from tap out
Subscriptions
Tap out through link
Flat Fee
Paid Start
Commissioned at 20%
Within 24 hours from tap out
Paid Renewal
No Commission
Paid Renewal
No Commission
Paid Renewal
No Commission
Paid Renewal
No Commission
For discussion only
Privileged and Confidential - Prepared at the Request of Outside Counsel

CX-0224.63

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 64 of 89



CX-0224.64

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 65 of 89



## Option 2D: Steady state revenue impact

$2 flat fee + 20% commission on transactions made within 1 year after customer links out

### Linkout Share

| Developer Count | Total Revenue | 10% | 20% | 30% | 40% | 50% |
|---|---|---|---|---|---|---|
| 10 | | | | | | |
| 50 | | | | | | |
| 200 | | | | | | |
| All Developers | | | | | | |

### Key Assumptions / Sensitivities

- Assumes all subsequent transactions go through direct channels (with no commission)

- Every subsequent transaction that goes through the App Store will reduce the revenue loss (illustrative sensitivities on the next slide)

- Link out billings not eligible for program discounts

- No collection risk factored into sensitivities

These numbers are for illustrative purposes only, to aid discussion

CX-0224.65

**2-ER-327**

# Option 2D: Steady state revenue impact

Illustrative sensitivities for 200 developers and returning customers

**Linkout Share**

| Returning Customers | 10% | 20% | 30% | 40% | 50% |
|---|---|---|---|---|---|
| 0% | [redacted] | | | | |
| 10% | | | | | |
| 25% | | | | | |
| 50% | | | | | |

**Key Assumptions / Sensitivities**

- Assumes efficient implementation by developers to limit the tap through to be margin positive vs IAP
- Link-out billings not eligible for program discounts
- No collection risk factored into sensitivities

**These numbers are for illustrative purposes only, to aid discussion**

CX-0224.66



## Option 2F: Revenue Impact Yr 1

$2 Flat Fee + Discounted Commission (-10%) for 1st year and 0% thereafter

Linkout Share

| Developer Count | Total Revenue | 10% | 20% | 30% | 40% | 50% |
|---|---|---|---|---|---|---|
| 10 | [redacted] | | | | | |
| 50 | | | | | | |
| 200 | | | | | | |
| All Developers | | | | | | |

**Key Assumptions / Sensitivities**

- Assumes all subsequent transactions go through direct channels (with no commission / fee)
- For each subsequent transaction that goes through link out, there reduction in nominal loss
- Link-out billings not eligible for program discounts
- No collection risk factored into sensitivities

**These numbers are for illustrative purposes only, to aid discussion**

CX-0224.67

Option 2C: Discounted commission for first year
27% on IAP transactions and subscriptions for 1st year
Non-Sub IAP
Tap out through link
Paid Transaction
Commissioned at 27%
Paid Transaction
Commissioned at 27%
Paid Transaction
Commissioned at 27%
Paid Transaction
No Commission
Within 24 hours from tap out
Within first year from tap out
After first year from tap out
Subscriptions
Tap out through link
Free Trial
No Commission
Paid Start
Commissioned at 27%
Paid Renewal
Commissioned at 27%
Paid Renewal
No Commission
Paid Renewal
No Commission
Within 24 hours from tap out
Within first year from tap out
After first year from tap out
For discussion only
Privileged and Confidential - Prepared at the Request of Outside Counsel

CX-0224.68



## Option 2C: US revenue impact steady state
27% on IAP transactions and subscriptions for 1st year and 0% thereafter

These numbers are for illustrative purposes only, to aid discussion

[Nate]
If we decided and had the ability to charge and enforce a commission, we believe there would be very little developer adoption of link-out, assuming a scenario where we would give a cost of payments discount at 3%.

We ran the commission option through our developer decisioning model as well but this will likely not make economic sense for the vast majority of developers with the 3% discount in the near term given that's roughly equivalent to cost of payments. However we know there are other elements that will matter to developers like customer relationship and developers ability to monetize in others way they don't today with a transaction going through linking-out, hence we did a sensitivity.....

We believe based on low developer count adoption and low billings share (top left corner), the revenue impact would be closer to zero, whereas if all developers adopted and there was 50% billings shift (bottom right), the revenue impact would be closer to ▮ Of course this all assumes we can actually collect the billings going through linking out, which as you can see in yellow, ranges from ▮ in the top left to ▮ in the bottom right. Any amount that we cannot collect will have a further impact on Apple's Revenue / Profitability.

CX-0224.69

**2-ER-331**



CX-0224.70

Option 2D: Discounted Commission for First Year
Discounted Commission (~10%) on IAP Transactions and Subscriptions for 1st year
Non-Sub IAP
Tap Out through Link
Paid Transaction
Commissioned at 20%
Paid Transaction
Commissioned at 20%
Paid Transaction
Commissioned at 20%
Paid Transaction
No Commission
Within 24 hours from tap out
Within first year from tap out
After first year from tap out
Subscriptions
Tap Out through Link
Free Trial
No Commission
Paid Start
Commissioned at 20%
Paid Renewal
Commissioned at 20%
Paid Renewal
No Commission
Paid Renewal
No Commission
Within 24 hours from tap out
Within first year from tap out
After first year from tap out
For discussion only
Privileged and Confidential - Prepared at the Request of Outside Counsel

CX-0224.71

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 72 of 89



## Option 2D: US Revenue Impact Steady State
Discounted Commission (~10%) on IAP Transactions and Subscriptions for 1st year and 0% there after

**Linkout Share**

These numbers are for illustrative purposes only, to aid discussion

CX-0224.72

[Nate]
If we decided and had the ability to charge and enforce a commission, we believe there would be very little developer adoption of link-out, assuming a scenario where we would give a cost of payments discount at 3%.

We ran the commission option through our developer decisioning model as well but this will likely not make economic sense for the vast majority of developers with the 3% discount in the near term given that's roughly equivalent to cost of payments. However we know there are other elements that will matter to developers like customer relationship and developers ability to monetize in others way they don't today with a transaction going through linking-out, hence we did a sensitivity....

We believe based on low developer count adoption and low billings share (top left corner), the revenue impact would be closer to zero, whereas if all developers adopted and there was 50% billings shift (bottom right), the revenue impact would be closer to ▮ Of course this all assumes we can actually collect the billings going through linking out, which as you can see in yellow, ranges from ▮ in the top left to ▮ in the bottom right. Any amount that we cannot collect will have a further impact on Apple's Revenue / Profitability.



CX-0224.73



## Option 2D: US Revenue Impact Yr 1
Discounted Commission (~10%) on IAP Transactions and Subscriptions for 1st year and 0% there after

**Linkout Share**

Developer Count: 10, 50, 200, All Developers

Total Revenue

10% 20% 30% 40% 50%

These numbers are for illustrative purposes only, to aid discussion

[Note]
If we decided and had the ability to charge and enforce a commission, we believe there would be very little developer adoption of link-out, assuming a scenario where we would give a cost of payments discount at 3%.

We ran the commission option through our developer decisioning model as well but this will likely not make economic sense for the vast majority of developers with the 3% discount in the near term given that's roughly equivalent to cost of payments. However we know there are other elements that will matter to developers like customer relationship and developers ability to monetize in others way they don't today with a transaction going through linking-out, hence we did a sensitivity....

We believe based on low developer count adoption and low billings share (top left corner), the revenue impact would be closer to zero, whereas if all developers adopted and there was 50% billings shift (bottom right), the revenue impact would be closer to $___. Of course this all assumes we can actually collect the billings going through linking out, which as you can see in yellow, ranges from $___ in the top left to $___ in the bottom right. Any amount that we cannot collect will have a further impact on Apple's Revenue / Profitability.

CX-0224.74

Case 4:20-cv-05640-YGR   Document 1542-18   Filed 05/07/25   Page 75 of 89



CX-0224.75



CX-0224.76

Case 4:20-cv-05640-YGR   Document 1542-18   Filed 05/07/25   Page 77 of 89



CX-0224.77



Revenue Loss

## Option 2A: Steady state revenue impact

Illustrative sensitivities for 200 developers and returning customers

Linkout Share

| Returning Customers | 10% | 20% | 30% | 40% | 50% |
|---|---|---|---|---|---|
| 0% | [redacted] | | | | |
| 25% | | | | | |
| 50% | | | | | |
| 100% | | | | | |

**Key Assumptions / Sensitivities**

- Assumes efficient implementation by developers to limit the tap through to be margin positive vs Apple IAP
- Link-out billings not eligible for program discounts
- No collection risk factored into sensitivities

**These numbers are for illustrative purposes only, to aid discussion**

CX-0224.78

[Kunnal]



Revenue Loss

# Option 2A_V2: Revenue Impact

Discounted Commission (-10%) on Transactions made within 24h after the Link Out + 10% Breakage for Link Out

Linkout Share

| Developer Count | Total Revenue | 10% | 20% | 30% | 40% | 50% |
|---|---|---|---|---|---|---|
| 10 | [redacted] | | | | | |
| 50 | | | | | | |
| 200 | | | | | | |
| All Developers | | | | | | |

**Key Assumptions / Sensitivities**

- Assumes all subsequent transactions go through direct channels (with no commission)
- For each subsequent transaction that goes through link out, there is a [redacted] reduction in nominal loss
- Link-out billings not eligible for program discounts
- No collection risk factored into sensitivities

**These numbers are for illustrative purposes only, to aid discussion**

CX-0224.79



## Option 2A_V3: Revenue Impact

Discounted Commission (~10%) on Transactions made within 24h after the Link Out + 10% Breakage for Link Out

### Linkout Share

**Key Assumptions / Sensitivities**

- Assumes all subsequent transactions go through direct channels (with no commission)
- For each subsequent transaction that goes through link out, there is a reduction in nominal loss
- Link-out billings not eligible for program discounts
- No collection risk factored into sensitivities

**These numbers are for illustrative purposes only, to aid discussion**

CX-0224.80

Option 2G: Discounted commission + flat fee
$2 Flat fee + discounted commission (~10%) on transactions made within 24h after customer links out
Non-Sub IAP
Tap Out through Link
Flat Fee
Within 24 hours from tap out
Tap Out through Link
Flat Fee
Within 24 hours from tap out
Paid Transaction
No Commission
After 24 hours from tap out
Subscriptions
Tap Out through Link
Flat Fee
Within 24 hours from tap out
Paid Renewal
No Commission
Paid Renewal
No Commission
Paid Renewal
No Commission
Paid Renewal
No Commission
For discussion only
Privileged and Confidential - Prepared at the Request of Outside Counsel

CX-0224.81



Option 2G: Discounted commission + flat fee
$2 Flat fee + discounted commission (~10%) on transactions made within 24h after customer links out
Non-Sub IAP
Tap Out through Link
Flat Fee
Paid Start
Commissioned at 20%
Within 24 hours from tap out
Tap Out through Link
Flat Fee
Paid Start
Commissioned at 20%
Within 24 hours from tap out
Paid Transaction
No Commission
After 24 hours from tap out
Subscriptions
Tap Out through Link
Flat Fee
Paid Start
Commissioned at 20%
Within 24 hours from tap out
Paid Renewal
No Commission
Paid Renewal
No Commission
Paid Renewal
No Commission
Paid Renewal
No Commission
For discussion only
Privileged and Confidential - Prepared at the Request of Outside Counsel

CX-0224.82

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 83 of 89



## Option 2G: Flat fee pricing
Based on average weekly customer spend (LTV)

Proposed Fee Calculation

These numbers are for illustrative purposes only, to aid discussion

CX-0224.83

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 84 of 89



## Option 2G: Revenue impact

$2 Flat fee + discounted commission (-10%) on transactions made within 24h after customer links out

### Linkout Share

| Developer Count | Total Revenue | 10% | 20% | 30% | 40% | 50% |
|---|---|---|---|---|---|---|
| 10 | | | | | | |
| 50 | | | | | | |
| 200 | | | | | | |
| All Developers | | | | | | |

### Key Assumptions / Sensitivities

- Assumes all subsequent transactions go through direct channels (with no commission/flat fee)
- For each subsequent transaction that goes through link out, there is a reduction in nominal fees
- Link out billings not eligible for program discounts
- No collection rate factored into sensitivities

These numbers are for illustrative purposes only, to aid discussion

CX-0224.84

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 85 of 89



CX-0224.85



**Option 1: US Revenue Impact**
0% Commission on Linking Out

[Nate]
Tim - these are the slides Alex and I presented to you last time we met on this topic. This was a general sensitivity chart that showed what the revenue impact would be simply based on count of developers adopting link-out and % of revenue shifting to linking-out.

We know it's very likely that when a link-out happens, there will be some breakage, meaning customer dropping off during the buy-flow process due to a less seamless experience compared to Apple's IAP, and so we wanted to show you another view that takes this factor into account.

**Click**

CX-0224.86



[Nate]
We have run various sensitivities through our developer economic decisioning model to forecast whether or not a developer will adopt linking out.

On the rows, this accounts for the revenue impact if breakage is 0% and all the way up to 25%. Beyond 25%, developers reach a tipping point where they lose more on linking out than they would make sticking with Apple IAP and the higher commission.

For the share of billings linking-out, we are showing sensitivities from 10% to 50%, which will depend where is the text and the language developers are allowed to use. We don't have great data points on what this will end up being, but we have a situations we've encountered to point to.

**NetEase** – has offered discounted pricing offered outside the App Store and has been targeting specific marketing to their high spend customers. Based on the analysis we did with Analytics, we believe about ▮ of our billings have shifted to their webstore.

**Disney+** – has offered a discounted bundle outside the App Store, with no App Store purchase option for bundle. We believe this has driven about ▮ of Disney+ billings outside of the App Store.

And in the case for **Epic**, we saw about ▮ of billings shift for the few weeks when they offered their own payment option and had discounted pricing.

The range of impact on the low end with 25% breakage and 10% billings shift (bottom left corner) is more negligible at ▮. However on the other end with 0% breakage and 50% billings shift (top right corner), it's closer to ▮ of U.S. revenue that Apple would lose. A more middle ground scenario of 10% breakage and 30% billings shift would result in ▮ of revenue loss, nearly ▮ of our U.S. App Store revenue.

Next, XX will recap the pros and cons of Option 1 with not charging a commission.

CX-0224.87

Case 4:20-cv-05640-YGR    Document 1542-18    Filed 05/07/25    Page 88 of 89

CX-0224.88



CX-0224.89

[Sean]

| | |
|---|---|
| **Subject:** | Epic injunction -- consumer warning revision |
| **From:** | "Sean Cameron" ███████████ |
| **Received(Date):** | Fri, 23 Jun 2023 03:08:32 +0000 |
| **To:** | "Tim Cook" ████████████ |
| **Cc:** | "Philip Schiller" ████████ ,"Greg (Joz) Joswiak" ███████████ "Craig Federighi" ██████ "Eddy Cue" ██████."Luca Maestri" █████████ "Kate Adams" ██████ ."Matt Fischer" █████ "Jeff Robbin" ████████████ "Robert Windom" ███████ ██████ "Heather Grenier" ██████████ ,"Jen Brown' ████████ ."Monika Gromek" ████████ "Carson Oliver" ██████ "Ann Thai" ██████ "Tanya Washburn" ███████████ "Trystan Kosmynka" |
| **Attachment:** | PastedGraphic-1.png |
| **Date:** | Fri, 23 Jun 2023 03:08:32 +0000 |

Privileged and Confidential

Tim,

At our meeting on Tuesday, you asked the team to revise the customer warning screen (which is surfaced when a customer taps on a link to the developer's web site) to reference the fact that Apple's privacy and security standards do not apply to purchases made on the web.

The team worked on updated copy — please see the original and updated versions below. We reviewed with Phil, Matt, and Jeff and believe that the revised language in bold clearly highlights the issue for customers.

Please let us know if you have any comments, or if we are clear to move ahead with this change. Thank you.

.



**PLAINTIFF**
U.S. District Court - NDCAL
**4:20-cv-05640-YGR-TSH**
*Epic Games, Inc. v Apple Inc.*
Ex. No. **CX-0225**
Date Entered_____
By_____

APL-EG_10674979; APL-EG_10678059
APL-EG_11395301



Wisconsin Sheet
Copy Update

Case 4:20-cv-05640-YGR   Document 1542-19   Filed 05/07/25   Page 2 of 2

You're about to leave the app to go to an external website. You will no longer be transacting with Apple.

Any accounts or purchases made outside of this app will be managed by the developer "Example." Your App Store account, stored payment method, and related features, such as subscription management and refund requests, will not be available. Apple is not responsible for the privacy or security of transactions made with this developer.

Learn More

Continue

Cancel

Current = Live

You're about to leave the app and go to an external website. Apple is not responsible for the privacy or security of purchases made on the web.

Any accounts or purchases made outside of this app will be managed by the developer "Example." Your App Store account, stored payment method, and related features, such as subscription management and refund requests, will not be available. Learn More

Continue

Cancel

Updated Copy

Page 2 of 2

FPO. For discussion only
Privileged and Confidential – Prepared at the Direction of Outside Counsel

APL-EG_10674980; APL-EG_10678060
APL-EG_11395302

CX-0225.2

CONFIDENTIAL