# No. 25-2935

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

Epic Games, Inc.

*Plaintiff-Appellee*,

v.

Apple, Inc.,

*Defendant-Appellant*.

_____

On Appeal from the United States District Court for the Northern District of California

No. 4:20-cv-05640-YGR • Hon. Yvonne Gonzalez Rogers

_____

**MOTION OF THE PHOENIX CENTER FOR ADVANCED LEGAL & ECONOMIC PUBLIC POLICY STUDIES FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF APPELLANT**

LAWRENCE J. SPIWAK
Phoenix Center for Advanced Legal and Economic Public Policy Studies
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
(202) 274-0235
Email: lspiwak@phoenix-center.org
Counsel for Phoenix Center

June 27, 2025

- i -

# CORPORATE DISCLOSURE STATEMENTS

Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(A) the Phoenix Center for Advanced Legal & Economic Public Policy Studies submits the following corporate disclosure statement. The Phoenix Center is a non-profit 501(c)(3) non-stock corporation organized under the laws of Maryland. As such, the Phoenix Center has no parent companies and no one holds an ownership interest in the Phoenix Center.

                    s/ *Lawrence J. Spiwak*

                    Lawrence J. Spiwak, Esq.
                    President and General Counsel
                    Phoenix Center for Advanced Legal and Economic
                    Public Policy Studies
                    5335 Wisconsin Avenue, NW, Suite 440
                    Washington, D.C. 20015
                    Tel: (202) 274-0235
                    Email:  lspiwak@phoenix-center.org

## ARGUMENT

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and Circuit Rule 29-3, the Phoenix Center respectfully seeks leave to file the accompanying brief as amicus curiae in support of Defendant-Appellant Apple Inc. ("Apple").

The Phoenix Center is a non-profit 501(c)(3) research organization that studies the law and economics of the digital age. Over the past three decades, the Phoenix Center has authored numerous pieces of scholarly research—many of which have been published in leading academic journals—about why it is important for the government to respect the due process protections and takings prohibitions provided by the Fifth Amendment whenever it seeks to regulate the rates, terms and conditions of private entitles' businesses.[1] The Phoenix Center, therefore, has an established interest in the outcome of this proceeding and believes that its perspective on the issues will assist the Court in resolving this case.

---

[1] All of the Phoenix Center's scholarly research and academic publications are available on our webpage at www.phoenix-center.org.

Counsel for the Phoenix Center sought consent from the parties to file our amicus brief: Apple consented; Plaintiff-Appellee Epic Games, Inc. ("Epic") did not.

According to Epic's counsel, Epic will only consent to the filing of an amicus brief by the Phoenix Center "if the Phoenix Center agrees to fully disclose to the Court any Apple direct or indirect contribution(s) to the Phoenix Center over the last 12 months. If you decline to make such disclosure, we ask that you disclose to the Court Epic's position (and the fact the Phoenix Center declined to avail itself of Epic's consent)."

The Phoenix Center declines to avail itself of Epic's conditional consent.

The Supreme Court has repeatedly and unambiguously held that 501(c)(3) charitable organizations do not have to reveal their donors. *See NAACP v. Ala. ex rel. Patterson,* 357 U.S. 449 (1958); *Americans for Prosperity Found. v. Bonta,* 594 U.S. 595 (2021). As such, Epic's request for the Phoenix Center to disclose its donors as a pre-condition of consent is patently unreasonable (and unlawful). All the Phoenix Center is required to do is to certify that it has complied with Federal Rule of Appellate Procedure 24(a)(4)(E).

Given the above, the Phoenix Center respectfully requests that the Court grant leave to file the attached amicus brief.

s/ *Lawrence J. Spiwak*

Lawrence J. Spiwak, Esq.
President and General Counsel
Phoenix Center for Advanced Legal and Economic
Public Policy Studies
5335 Wisconsin Avenue, NW, Suite 440
Washington, D.C. 20015
Tel: (202) 274-0235
Email: lspiwak@phoenix-center.org

June 27, 2025

- v -

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32, the undersigned certifies that this motion complies with the applicable type-volume limitations. This motion was prepared using a proportionally spaced type (Times New Roman, 14 point). Exclusive of the portions exempted by Federal Rule of Appellate Procedure 32, this motion contains 357 words. This certificate was prepared in reliance on the word-count function of the word-processing system (Office 365) used to prepare this brief.

/s/ *Lawrence J. Spiwak*

Lawrence J. Spiwak, Esq.
President and General Counsel
Phoenix Center for Advanced Legal and Economic Public Policy Studies
5335 Wisconsin Avenue, NW, Suite 440
Washington, D.C. 20015
Tel: (202) 274-0235
Email: lspiwak@phoenix-center.org

June 27, 2025

# CERTIFICATE OF SERVICE

I hereby certify that, on June 27, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ *Lawrence J. Spiwak*

Lawrence J. Spiwak, Esq.
President and General Counsel
Phoenix Center for Advanced Legal and Economic Public Policy Studies
5335 Wisconsin Avenue, NW
Suite 440
Washington, D.C. 20015
Tel: (202) 274-0235
Email:  lspiwak@phoenix-center.org