No. 25-2935

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

EPIC GAMES, INC.,

*Plaintiff-Appellee*,

v.

APPLE INC.,

*Defendant-Appellant*.

On Appeal from the United States District Court
for the Northern District of California
No. 4:20-cv-05640-YGR
Hon. Yvonne Gonzalez Rogers

*AMICUS CURIAE* MICROSOFT CORP. STATEMENT REGARDING BRIEF IN SUPPORT OF PLAINTIFF-APPELLEE EPIC GAMES, INC.'S OPPOSITION TO DEFENDANT-APPELLANT APPLE INC.'S EMERGENCY MOTION TO STAY

Aaron M. Panner
Alex A. Parkinson
Sven E. Henningson
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
apanner@kellogghansen.com

*Counsel for Amicus Curiae
Microsoft Corp.*

July 2, 2025

## *AMICUS CURIAE* MICROSOFT CORP. STATEMENT

Pursuant to Federal Rule of Appellate Procedure 29(a)(4)(E) and in compliance with this Court's Order (DE 68.1), *Amicus Curiae* Microsoft Corporation ("Microsoft") states that neither party nor their counsel authored, in whole or in part, Microsoft's brief in support of Plaintiff-Appellee Epic Games, Inc.'s Opposition to Defendant-Appellant Apple Inc.'s Emergency Motion To Stay submitted on May 20, 2025 ("Brief") in the above-captioned matter. Neither party nor their counsel contributed money that was intended to fund preparing or submitting Microsoft's Brief. No other person or entity other than Microsoft contributed money that was intended to fund preparing or submitting the Brief.

    Respectfully submitted,

    */s/ Aaron M. Panner*
Aaron M. Panner
Alex A. Parkinson
Sven E. Henningson
KELLOGG, HANSEN, TODD, FIGEL
  & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
apanner@kellogghansen.com

*Counsel for Amicus Curiae Microsoft Corp.*

July 2, 2025

## CERTIFICATE OF SERVICE

I hereby certify that, on July 2, 2025, I caused to be filed electronically the foregoing statement with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the appellate ACMS system. Participants in the case who are registered ACMS users were served by the appellate ACMS system.

                                          */s/ Aaron M. Panner*
                                          Aaron M. Panner