No. 25-2935

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**EPIC GAMES, INC.,**

*Plaintiff-ctr-defendant - Appellee,*

v.

**APPLE INC.,**

*Defendant-ctr-claimant - Appellant.*

Appeal from the United States District Court
for the Northern District of California
No. 4:20-cv-05640-YGR (Yvonne Gonzalez Rogers, District Judge)

## JOINT MOTION TO EXTEND BRIEFING SCHEDULE

Daniel Woofter
Kevin Russell
RUSSELL & WOOFTER, LLC
1701 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
(202) 240-8433

Gary A. Bornstein
Yonatan Even
Lauren A. Moskowitz
Michael J. Zaken
M. Brent Byars
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001-1867
(212) 474-1000

*Counsel for Plaintiff-Appellee*

Gregory G. Garre
Roman Martinez
Soren J. Schmidt
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

Ben Harris
Kristin C. Holladay
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

*Counsel for Defendant-Appellant*

*Additional Counsel Listed on Inside Cover*

| | |
|---|---|
| Paul J. Riehle<br>FAEGRE DRINKER BIDDLE & REATH LLP<br>Four Embarcadero Center<br>San Francisco, CA 94111-4180<br>(415) 591-7500<br><br>*Additional Counsel for Plaintiff-Appellee* | Mark A. Perry<br>Zachary D. Tripp<br>Joshua M. Wesneski<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street, NW<br>Suite 600<br>Washington, DC 20036<br>(202) 682-7511<br><br>Cynthia E. Richman<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M Street, NW<br>Washington, DC 20036<br>(202) 955-8500<br><br>*Additional Counsel for Defendant-Appellant* |

Pursuant to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), and for the reasons stated in the accompanying declaration of Gregory G. Garre ("Garre Decl."), Defendant-Appellant Apple Inc. ("Apple") and Plaintiff-Appellee Epic Games, Inc. ("Epic") respectfully move for an extension of time of seven days for the filing of Epic's answering brief and an additional extension of four days for the filing of Apple's reply brief.

On May 7, 2025, Apple filed a motion for a partial stay pending appeal, ECF No. 7, and an unopposed motion to expedite briefing and the oral argument schedule. ECF No. 8. This Court granted that motion to expedite on May 19, 2025, ECF No. 21, and denied Apple's motion to stay on June 4, 2025, ECF No. 40. In accordance with the Court's order on the motion to expedite, Apple filed its opening brief on June 23, 2025. ECF No. 59. Apple also filed with its brief a motion to file an oversized brief of 17,000 words. ECF No. 61. This Court granted that motion on June 26, 2025 and allowed Epic to file an oversized answering brief of the same length. ECF No. 62.

Epic's answering brief is currently due on or before August 8, 2025, and Apple's reply brief is currently due on or before August 18, 2025. Under the terms of the requested and agreed-upon schedule, Epic would have an additional seven days within which to file its answering brief, and Apple would have an additional four days within which to file its reply brief. The amended briefing schedule would

provide that Epic's answering brief is due on or before August 15, 2025, and that Apple's reply brief is due on or before August 29, 2025. Oral argument is scheduled for October 21, 2025.

Both parties would benefit from the short requested extensions of time to adequately address the issues and to file briefs that are of greatest assistance to this Court. The parties have stipulated to the requested extensions of time. The extensions should not impact this Court's consideration of the case because, under the new schedule, Apple's reply brief would be due almost two months before the oral argument in this case (set for October 21, 2025).

## CONCLUSION

For the reasons presented above, the parties respectfully request that this Motion be granted and that the briefing schedule be extended such that Epic's answering brief is due on August 15, 2025 and Apple's reply brief is due on August 29, 2025.

Dated: July 25, 2025

Respectfully submitted,

 s/ Gary A. Bornstein 
Gary A. Bornstein
Yonatan Even
Lauren A. Moskowitz
Michael J. Zaken
M. Brent Byars
CRAVATH, SWAINE & MOORE LLP
Two Manhattan West

 s/ Gregory G. Garre 
Gregory G. Garre*
Roman Martinez
Soren J. Schmidt
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004

2

375 Ninth Avenue
New York, NY 10001-1867
(212) 474-1000

Daniel Woofter
Kevin Russell
RUSSELL & WOOFTER, LLC
1701 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
(202) 240-8433

Paul J. Riehle
FAEGRE DRINKER BIDDLE & REATH LLP
Four Embarcadero Center
San Francisco, CA 94111-4180
(415) 591-7500

*Counsel for Plaintiff-Appellee*

(202) 637-2200

Ben Harris
Kristin C. Holladay
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

Mark A. Perry
Zachary D. Tripp
Joshua M. Wesneski
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW
Suite 600
Washington, DC 20036
(202) 682-7511

Cynthia E. Richman
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, NW
Washington, DC 20036
(202) 955-8500

*Counsel for Defendant–Appellant*

*\* I certify that all parties on whose behalf this filing is submitted concur in the filing's content.*

3

## DECLARATION OF GREGORY G. GARRE

I, Gregory G. Garre, declare and state as follows:

1. I am a partner at the law firm of Latham & Watkins LLP and counsel for Defendant-Appellant Apple Inc. ("Apple") in the above-captioned action. I have personal knowledge of the matters stated herein and, if called upon to do so, I could and would testify competently hereto.

2. Apple filed its opening brief on June 23, 2025. The deadline for Plaintiff-Appellee Epic ("Epic") to file its response brief is currently August 8, 2025. Apple's reply brief is currently due on August 18, 2025. This Court set those dates following Apple's unopposed motion to expedite the briefing schedule. ECF 19, 21.

3. The parties jointly request that the deadline for Epic's answering brief be extended by seven days, until August 15, 2025, and that the deadline for Apple's reply brief be extended by an additional four days, until August 29, 2025.

4. The requested extensions would provide the parties additional time to adequately address the issues and to file briefs that are of the greatest assistance to the Court.

5. The parties have exercised diligence in preparing their briefs, do not anticipate requesting any further extensions of time, and will file their briefs within the time requested.

6. The parties stipulate to the requested extensions.

7. The court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2025, in Greensboro, N.C.

                              *s/ Gregory G. Garre*
                              Gregoy G. Garre