# No. 25-2935

## IN THE
## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

EPIC GAMES, INC.,
        *Plaintiff-Appellee,*

v.

APPLE INC.,
        *Defendant-Appellant.*

On Appeal from the United States District Court for the Northern District of California (Hon. Yvonne Gonzalez Rogers)
No. 4:20-cv-05640-YGR

## MOTION OF *AMICI CURIAE* CIVIL PROCEDURE AND ANTITRUST PROFESSORS FOR LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFF-APPELLEE, EPIC GAMES, INC.

Professor Jennifer Sturiale
Delaware Law School
Widener University
4601 Concord Pike
Wilmington, DE 19803
(646) 660-1834

H. Hunter Bruton
N.C. State Bar No. 50601
Edward F. Roche
N.C. State Bar No. 55434
Noel F. Hudson
N.C. State Bar No. 59776
SMITH, ANDERSON, BLOUNT,
DORSETT, MITCHELL &
JERNIGAN, LLP
P.O. Box 2611
Raleigh, NC 27602
919-821-1220
*Counsel for Civil Procedure and Antitrust Professors*

## MOTION FOR LEAVE TO FILE AMICUS BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(a)(3) and Circuit Rules 29-2 and 29-3, the Amici curiae Civil Procedure and Antitrust Professors hereby respectfully seek leave to file the accompanying brief of amici curiae in support of Plaintiff-Appellee Epic Games, Inc. Counsel for Amici sought consent from the parties to file this brief. Counsel for Apple Inc. consented to Amici filing this brief.

## INTEREST OF AMICI CURIAE

Amici curiae, identified in the Appendix attached to this brief, are professors at law schools throughout the United States, who have taught, written, and/or litigated on civil procedure, antitrust law, and remedies, subjects relevant to this case. Amici have no personal or financial interest in this case. Amici file this brief solely to provide the Court with their analysis of the district court's contempt and modification powers, which support affirming the district court's contempt order or, alternatively, affirming based on the district court's modification power.

Amici's brief is helpful and relevant to the disposition of the case because it (1) provides pertinent legal history that demonstrates the breadth of the court's contempt and modification powers to induce

2

compliance with its orders, and (2) discusses the court's sweeping authority to grant full relief to parties, especially in the context of antitrust and competition-related harms. Amici have endeavored not to repeat arguments and instead focus on the broader themes of the court's inherent power and practical implications of utilizing the court's inherent power. This is relevant to the disposition of the case because this information would inform the Court's decision whether to affirm the district court's contempt order below, whether on the basis of the court's contempt powers or, alternatively, on the basis of the court's modification power. And Amici's experience in the area offers a broader perspective on jurisprudential externalities beyond this case as the Court considers limits on its inherent contempt power.

Amici respectfully request that the Court grant this Motion permitting Amici to file their brief because it fulfills "the classic role of amic[i] curiae by assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl v. Comm'r of Lab. & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982) (citation omitted). Moreover, courts in this Circuit have decided it "preferable to err on the

3

side" of allowing amici to file briefs. *Duronslet v. Cnty. of Los Angeles*, No. 16-cv-08933, 2017 WL 5643144, at *1 (C.D. Cal. Jan. 23, 2017) (quoting *Neonatology Assocs., P.A. v. C.I.R.*, 293 F.3d 128, 133 (3d Cir. 2002)).

## CONCLUSION

The Professors respectfully request leave to file the accompanying brief of amici curiae in support of Plaintiff-Appellee, Epic Games. Inc.

Respectfully submitted, this the 22nd day of August, 2025.

/s/ *H. Hunter Bruton*
H. Hunter Bruton
N.C. State Bar No. 50601
Edward F. Roche
N.C. State Bar No. 55434
Noel F. Hudson
N.C. State Bar No. 59776
SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP
P.O. Box 2611
Raleigh, NC 27602
919-821-1220
*Counsel for Civil Procedure and Antitrust Professors*

4

## CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeal for the Ninth Circuit, which will electronically serve all participants in the case.

Respectfully submitted, this the 22nd day of August, 2025.

/s/ *H. Hunter Bruton*
H. Hunter Bruton
N.C. State Bar No. 50601
Edward F. Roche
N.C. State Bar No. 55434
Noel F. Hudson
N.C. State Bar No. 59776
SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP
P.O. Box 2611
Raleigh, NC 27602
919-821-1220
*Counsel for Civil Procedure and Antitrust Professors*