No. 25-2935

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**EPIC GAMES, INC.,**

*Plaintiff-ctr-defendant - Appellee,*

v.

**APPLE INC.,**

*Defendant-ctr-claimant - Appellant.*

Appeal from the United States District Court
for the Northern District of California
No. 4:20-cv-05640-YGR (Yvonne Gonzalez Rogers, District Judge)

## APPLE INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THIS COURT'S OCTOBER 16, 2025 ORDER

| | |
|---|---|
| Mark A. Perry | Gregory G. Garre |
| Zachary D. Tripp | Roman Martinez |
| Joshua M. Wesneski | Soren J. Schmidt |
| WEIL, GOTSHAL & MANGES LLP | LATHAM & WATKINS LLP |
| 2001 M Street, NW, Suite 600 | 555 Eleventh Street, NW, Suite 1000 |
| Washington, DC 20036 | Washington, DC 20004 |
| (202) 682-7511 | (202) 637-2200 |
| | |
| Cynthia E. Richman | Ben Harris |
| GIBSON, DUNN & CRUTCHER LLP | Kristin C. Holladay |
| 1700 M Street, NW | LATHAM & WATKINS LLP |
| Washington, DC 20036 | 1271 Avenue of the Americas |
| (202) 955-8500 | New York, NY 10020 |
| | (212) 906-1200 |
| Theodore J. Boutrous Jr. | |
| Daniel G. Swanson | Sarah M. Ray |
| GIBSON, DUNN & CRUTCHER LLP | Nicholas Rosellini |
| 333 South Grand Avenue | LATHAM & WATKINS LLP |
| Los Angeles, CA 90071 | 505 Montgomery Street, Suite 2000 |
| (213) 229-7000 | San Francisco, CA 94111 |
| | (415) 391-0600 |
| November 5, 2025 | |

*Counsel for Apple Inc.*

On October 16, 2025, this Court issued an order granting in part and denying in part Apple's motion to maintain Supplemental Excerpts of the Record (SER) Volumes 8, 9, and 10 under seal, on which Epic took no position. Dkt. 157.1. Specifically, this Court held that "Apple may not redact" information falling into two categories: "Non-public, competitively sensitive financial information," and "[c]ompetitively sensitive internal project codenames." *Id.* at 3. This Court ordered Apple to "submit for public filing versions of SER Volumes 8, 9, and 10 that are redacted as described above" within 21 days of the Court's order. *Id.* at 4.

Apple respectfully requests a 14-day extension of time to file updated versions of the SER Volumes that comply with this Court's sealing order. SER Volumes 8, 9, and 10 total over 650 pages, including emails, slide presentations, messages, and other internal communications regarding Apple's App Store and discussions relevant to the district court's proceedings below. Apple has been diligently reviewing these materials to determine which exhibits should be un-redacted to comply with this Court's order. Given the volume of information and the sensitive nature of these redactions, Apple respectfully requests an extension of 14 days to complete its review process and respond to this Court's order.

Apple consulted with Epic's counsel regarding Apple's request for additional time, and Epic takes no position on this motion.

## CONCLUSION

Apple respectfully requests a 14-day extension of time to respond to this Court's October 16, 2025 sealing order.

Dated: November 5, 2025                    Respectfully submitted,

                                                 *s/ Gregory G. Garre*

| | |
|---|---|
| Mark A. Perry | Gregory G. Garre |
| Zachary D. Tripp | Roman Martinez |
| Joshua M. Wesneski | Soren J. Schmidt |
| WEIL, GOTSHAL & MANGES LLP | LATHAM & WATKINS LLP |
| 2001 M Street, NW | 555 Eleventh Street, NW |
| Suite 600 | Suite 1000 |
| Washington, DC 20036 | Washington, DC 20004 |
| (202) 682-7511 | (202) 637-2200 |
| | |
| Cynthia E. Richman | Ben Harris |
| GIBSON, DUNN & CRUTCHER LLP | Kristin C. Holladay |
| 1700 M Street, NW | LATHAM & WATKINS LLP |
| Washington, DC 20036 | 1271 Avenue of the Americas |
| (202) 955-8500 | New York, NY 10020 |
| | (212) 906-1200 |
| Theodore J. Boutrous Jr. | |
| Daniel G. Swanson | Sarah M. Ray |
| GIBSON, DUNN & CRUTCHER LLP | Nicholas Rosellini |
| 333 South Grand Avenue | LATHAM & WATKINS LLP |
| Los Angeles, CA 90071 | 505 Montgomery Street, Suite 2000 |
| (213) 229-7000 | San Francisco, CA 94111 |
| | (415) 391-0600 |

*Counsel for Defendant-ctr-claimant - Appellant Apple Inc.*