|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 5 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

EPIC GAMES, INC.,

        Plaintiff-ctr-defendant - Appellee,

  v.

APPLE INC.,

        Defendant-ctr-claimant - Appellant.

No. 25-2935

D.C. No. 4:20-cv-05640-YGR
Northern District of California, Oakland

ORDER

Before: S.R. THOMAS and M. SMITH, Circuit Judges, and McSHANE, Chief District Judge.[*]

    Defendant-Appellant Apple Inc.'s motion to extend time to respond to this court's order (Dkt. 159) is **GRANTED**. We note that the motion refers to the relevant order as "this Court's October 16, 2025, sealing order," but the order was filed on October 17, 2025.

---

    [*] The Honorable Michael J. McShane, United States Chief District Judge for the District of Oregon, sitting by designation.