UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EPIC GAMES, INC.,<br><br>           Plaintiff-ctr-defendant -<br>Appellee,<br><br>  v.<br><br>APPLE INC.,<br><br>           Defendant-ctr-claimant -<br>Appellant. | No. 25-2935<br><br>D.C. No.<br>4:20-cv-05640-YGR<br>Northern District of California,<br>Oakland<br><br>ORDER |

Before: S.R. THOMAS and M. SMITH, Circuit Judges, and McSHANE, Chief District Judge.[*]

Defendant-Appellant Apple Inc. has moved to maintain certain documents under seal. This motion (Dkt. 175) is **GRANTED**. The clerk will maintain this motion (Dkt. 175) and Apple's motion to extend time to file a petition for rehearing (Dkt. 176) under seal.

---

[*] The Honorable Michael J. McShane, United States Chief District Judge for the District of Oregon, sitting by designation.