No. 25-2935

IN THE

# United States Court of Appeals
# for the Ninth Circuit

EPIC GAMES, INC.,
    *Plaintiff-Appellee,*

*v.*

APPLE INC.,
    *Defendant-Appellant.*

On Appeal from the United States District Court
for the Northern District of California
No. 4:20-cv-05640-YGR
Hon. Yvonne Gonzalez Rogers

**MOTION FOR LEAVE TO FILE BRIEF FOR *AMICI CURIAE*
FORMER FEDERAL ANTITRUST ENFORCERS IN SUPPORT OF
APPLE INC.'S PETITION FOR PANEL REHEARING AND/OR
REHEARING EN BANC**

| | |
|---|---|
| KATHLEEN R. HARTNETT<br>COOLEY LLP<br>3 Embarcadero Center<br>20th Floor<br>San Francisco, CA 94111<br>(415) 693-2000<br>khartnett@cooley.com | EPHRAIM A. MCDOWELL<br>COOLEY LLP<br>1299 Pennsylvania Ave., NW<br>Suite 700<br>Washington, DC 20004-2400<br>(202) 842-7800<br>emcdowell@cooley.com<br><br>PATRICK J. HAYDEN<br>RJ VOGT<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001<br>(212) 479-6000<br>phayden@cooley.com |

*Counsel for Amici Curiae*

## MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(b) and Circuit Rule 29-2, Daniel Gilman, Abbott ("Tad") Lipsky, Jr., Jeremy Sanford, Michael Vita, and Nathan Wilson (collectively, the "Former Federal Antitrust Enforcers" or "*amici*") respectfully move for leave to file the accompanying *amici curiae* brief in support of Defendant-Appellant's petition for panel rehearing and/or rehearing en banc. The brief, filed within ten days of Apple, Inc.'s March 2, 2026 filing, is timely.

*Amici* are former government officials with significant experience enforcing federal antitrust laws on behalf of the Federal Trade Commission. The Former Federal Antitrust Enforcers' interest in this case stems from their shared commitment to the consistent enforcement, coherent interpretation, and predictable application of antitrust laws.

The Former Federal Antitrust Enforcers' brief is relevant and helpful to the disposition of Defendant-Appellant's petition. It helps to explain how imprecise judicial remedies invite anticompetitive consequences that undermine the purpose of our antitrust laws.

Because briefing by these experienced *amici* will assist the Court, this motion should be granted, and the attached brief, filed.

Dated: March 12, 2026			Respectfully submitted,

			*/s/Ephraim A. McDowell*


			Ephraim A. McDowell
			COOLEY LLP
			1299 Pennsylvania Ave., NW
			Suite 700
			Washington, DC 20004-2400
			Telephone: (202) 842-7800
			Facsimile: (202) 842-7899
			emcdowell@cooley.com

			*Counsel for Amici Curiae*

2

## CERTIFICATE OF COMPLIANCE

This motion complies with the word-length limits of Federal Rule of Appellate Procedure 27(d)(2)(A), as it contains 179 words. This motion also complies with the type-size and typeface requirements of Federal Rule of Appellate Procedure 27(d)(1) because it was prepared in a proportionately spaced typeface using Century Schoolbook 14-point font.

**Signature** */s/ Ephraim A. McDowell*       **Date** March 12, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2026, an electronic copy of the foregoing motion was filed with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit using the Court's CM-ECF system and was served electronically by the Notice of Docket Activity upon registered CM-ECF participants.

**Signature** _/s/ Ephraim A. McDowell_     **Date** March 12, 2026