UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 30 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| EPIC GAMES, INC.,<br><br>        Plaintiff-ctr-defendant - Appellee,<br><br>  v.<br><br>APPLE INC.,<br><br>        Defendant-ctr-claimant - Appellant. | No. 25-2935<br><br>D.C. No.<br>4:20-cv-05640-YGR<br>Northern District of California, Oakland<br><br>ORDER |

Before: S.R. THOMAS and M. SMITH, Circuit Judges, and McSHANE, Chief District Judge.[*]

The panel unanimously votes to deny the petition for panel rehearing. Judge M. Smith votes to deny the petition for rehearing en banc, and Judge S.R. Thomas and Judge McShane so recommend. The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on it. Fed. R. App. P. 40. The petition for panel rehearing and the petition for rehearing en banc are **DENIED**.

---

[*] The Honorable Michael J. McShane, United States Chief District Judge for the District of Oregon, sitting by designation.