UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

EPIC GAMES, INC.,

      Plaintiff-ctr-defendant - Appellee,

  v.

APPLE INC.,

      Defendant-ctr-claimant - Appellant.

No. 25-2935

D.C. No.
4:20-cv-05640-YGR
Northern District of California,
Oakland

ORDER

Before: S.R. THOMAS and M. SMITH, Circuit Judges, and McSHANE, Chief District Judge.[*]

Appellant Apple Inc.'s motion to stay the mandate pending the filing of a petition for writ of certiorari (Dkt. 187) is **GRANTED**. If, within that period, the Clerk of the Supreme Court advises the Clerk of this Court that a petition for certiorari has been filed, then the mandate shall be further stayed until the Supreme Court's final disposition.

---

     [*]    The Honorable Michael J. McShane, United States Chief District Judge for the District of Oregon, sitting by designation.