# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 27, 2026

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Apple Inc.
           v. Epic Games, Inc.
           No. 25-1311
           (Your No. 25-2935)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 21, 2026 and placed on the docket May 27, 2026 as No. 25-1311.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst